COPY

1  KATTEN MUCHIN ROSENMAN LLP
   DAVID HALBERSTADTER (SBN 107033)
2  SALLY WU (SBN 266294)
   2029 Century Park East
3  Suite 2600
   Los Angeles, CA 90067-3012
4  Telephone: 310.788.4400
   Facsimile: 310.788.4471
5
   Attorneys for Plaintiffs
6  PARAMOUNT PICTURES CORPORATION
   and MELANGE PICTURES LLC
7

FILED
CLERK, U.S. DISTRICT COURT
NOV - 2 2011
3:54
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 PARAMOUNT PICTURES              )  CASE NO.: CV11-9112-SJO
   CORPORATION, a Delaware         )              (AJWx)
12 corporation; and MELANGE PICTURES)
   LLC, a Delaware corporation,    )  **COMPLAINT FOR DECLARATORY**
13                                 )  **RELIEF AND COPYRIGHT**
                Plaintiffs,        )  **INFRINGEMENT**
14                                 )
        vs.                        )  **JURY TRIAL DEMANDED**
15                                 )
   INTERNATIONAL MEDIA FILMS,      )
16 INC., a Nevada corporation,     )
                                   )
17              Defendant.         )
                                   )
18                                 )
                                   )
19                                 )
                                   )
20                                 )

21      Plaintiffs PARAMOUNT PICTURES CORPORATION ("Paramount") and

22 MELANGE PICTURES LLC ("Melange") (collectively, "Plaintiffs") allege:

23              **OVERVIEW OF PLAINTIFFS' CLAIMS**

24      1.    By this action, Plaintiffs seek to put an end to the ongoing, unauthorized

25 exploitation of the classic Federico Fellini motion picture *La Dolce Vita* (the

26 "Picture") by Defendant International Media Films, Inc. ("IMF") and its licensees.

27 IMF has engaged in a brazen course of conduct, licensing to third parties distribution

28 rights that IMF does not own, demanding that Paramount and its licensees cease and

1  desist in their exploitation of the Picture and generally acting and holding itself out to
2  the public as though it owns and controls the exclusive rights to exploit and distribute
3  the Picture in the United States, rather than Plaintiffs.  It has even continued to engage
4  in this conduct after a federal court fully and finally adjudicated that IMF owns no
5  such rights.

6  ## PARTY ALLEGATIONS

7  2.     Melange is a corporation organized and existing under the laws of the State
8  of Delaware that is qualified to do business in the State of California, and which
9  maintains a principal place of business in this District.

10  3.     Paramount is a corporation organized and existing under the laws of the
11  State of Delaware that is qualified to do business in the State of California, and which
12  maintains a principal place of business in this District.

13  4.     Plaintiffs are informed and believe and, on that basis, allege that Defendant
14  International Media Films, Inc. ("IMF") is a corporation organized and existing under
15  the laws of the State of Nevada which maintains places of business in New York, New
16  York and Las Vegas, Nevada.

17  ## JURISDICTION AND VENUE ALLEGATIONS

18  5.     This Court has subject matter jurisdiction over this action pursuant to 28
19  U.S.C. §1331, on the grounds that the Complaint asserts claims arising under the
20  United States Copyright Act, 17 U.S.C. §101 *et seq.*

21  6.     Plaintiffs are informed and believe and, on that basis, allege that this Court
22  has personal jurisdiction over IMF because (i) IMF knew that Paramount was a
23  resident of the State of California, (ii) IMF engaged in multiple, intentional acts that
24  were targeted and expressly aimed at Paramount in the State of California, and (iii)
25  IMF's intentional acts actually and proximately caused harm to Plaintiffs, a significant
26  portion, if not the brunt, of which IMF knew and/or reasonably should have known
27  was likely to be sustained in the State of California, and which was in fact sustained in
28  the State of California, where Plaintiffs maintain their principal place of business.

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

Among other things, and as alleged more particularly below, IMF entered into one or more agreements by which it purported to license the United States (and Canadian) distribution rights in the Picture to third parties for the purpose of causing the Picture to be distributed and exhibited for sale in various formats throughout the United States (and Canada), including in the State of California.  IMF has caused the Picture to be marketed and sold throughout the United States (and Canada), including in the State of California, with a copyright notice that proclaims IMF to be the copyright owner of the Picture, and with other branding through which IMF represents to the public that it, rather than Plaintiffs, own and control the rights to the Picture.  IMF has also repeatedly threatened with litigation Paramount's authorized licensees and demanded that they cease their exploitation and exhibition of the Picture.

7.     Venue is appropriate in the Central District of California pursuant to 28 U.S.C. §1391(a) on the grounds that IMF resides in this District (because a defendant that is a corporation is deemed to reside in any judicial district in which it is subject to personal jurisdiction at the time the action is commenced), and pursuant to 28 U.S.C. §1391(b) on the grounds that a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred, and the intellectual property that is the subject of the action is situated, in this District.

## BACKGROUND ALLEGATIONS

**A.     Plaintiffs' Copyright Rights In The Picture**

8.     Written and directed by the critically acclaimed director, Federico Fellini, in 1960, the Picture is widely considered one of the great achievements in world cinema. The Picture was nominated for four Academy Awards, winning one.  The Picture also earned the *Palme d'Or* at the 1960 Cannes Film Festival.

9.     The Picture is the subject of several original and renewal copyright registrations.  The English-language subtitled version of the Picture was registered and renewed with the United States Copyright Office under Registration Nos. PA 607434 and  RE 618326, with the renewal in the name of Melange's predecessor-in-interest,

1  Republic Pictures Corporation ("RPC").  True and correct copies of these certificates

2  of registration are attached hereto collectively as Exhibit A and incorporated herein by

3  reference.

4      10.  The English-language dubbed version of the Picture was registered and

5  renewed with the United States Copyright Office under Registration Nos. PA 607404

6  and  RE 673979, with the renewal in the name of RPC.  True and correct copies of

7  these certificates of registration are attached hereto collectively as Exhibit B and

8  incorporated herein by reference.

9      11.  In addition, the original, Italian-language version of the Picture is the subject

10  of a "Notice of Intent to Enforce A Copyright Restored Under the Uruguay Round

11  Agreements Act" ("Restoration Notice") that was filed in the name of Republic

12  Entertainment, Inc. ("REI").  RPC changed its name to REI in 1994.  (RPC and REI

13  will hereinafter be referred to as "Republic.")  The Restoration Notice was recorded in

14  the United States Copyright Office on December 31, 1996 as Document No.

15  V8002P595.   On April 27, 1998, the United States Copyright Office issued

16  Registration No. PA 909287 to Republic for the original, Italian-language version of

17  the Picture.  True and correct copies of documents evidencing the Restoration Notice

18  and the certificate of registration are attached hereto collectively as Exhibit C and

19  incorporated herein by reference.

20      12.  Melange is the successor-in-interest to all of the rights of Republic in the

21  Picture including, without limitation, the United States copyright rights to the original,

22  Italian-language version, English-language subtitled version and English-language

23  dubbed version of the Picture.

24      13.  At all times material hereto, Paramount has been and currently is the owner

25  of, among other things, the exclusive right to distribute, subdistribute, market and

26  otherwise exploit the Picture in the United States and Canada, in all formats

27  (including, without limitation, theatrical and non-theatrical exhibition, videogram

28  (e.g., DVD and Blu-ray) exploitation, free and any form of subscription or pay

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

4

1 | television, Internet and online distribution).   Paramount acquired these exclusive
2 | rights from Melange and, before that, from Republic.

3 | **B.     IMF's Assertion Of Copyright Rights In The Picture**

4 |     14.   For at least the last three years, IMF has represented to the public and to third
5 | parties that it is the exclusive owner of all rights in the Picture, including the United
6 | States copyright rights therein.   Among other things, IMF has sent cease and desist
7 | letters to both Paramount and a number of theatrical exhibitors and organizations to
8 | which Paramount had licensed the right to exhibit the Picture theatrically, claiming to
9 | be the exclusive copyright owner and demanding the immediate cessation of all
10 | theatrical exhibitions of the Picture.   IMF has sent cease and desist letters to
11 | Paramount's distributor of films in non-theatrical markets (such as college campuses,
12 | cruise ships, parks and museums), claiming to be the exclusive copyright owner and
13 | demanding, among other things, an immediate halt to the non-theatrical distribution of
14 | the Picture and an accounting of all sums paid to Paramount in connection with the
15 | Picture.   IMF has also sent cease and desist letters to both Paramount and to certain
16 | entertainment companies that obtained from Paramount the nonexclusive right to
17 | include one or more clips from the Picture into their own entertainment works, again
18 | claiming to be the exclusive copyright owner and demanding that all footage from the
19 | Picture be removed from the motion pictures and/or television programs into which
20 | clips had been incorporated.

21 |     15.   Paramount has responded to IMF's cease and desist letters on behalf its
22 | licensees, each time informing IMF that Paramount is the holder of the exclusive
23 | United States distribution rights in and to the Picture, and that IMF has no rights in the
24 | Picture in the United States.   On at least one such occasion, Paramount also provided
25 | IMF with documentation evidencing its exclusive United States copyright rights in the
26 | Picture.   In response to each such communication, IMF denied Paramount's claims
27 | and continued to assert its purported rights in the Picture.

28 |

16.   Most significantly, IMF purported to grant to a third party, Koch-Lorber Films ("Koch") the exclusive right to distribute the Picture in home video formats (including on DVD) throughout North America.   After Koch was acquired by E1 Entertainment ("E1"), IMF purported to grant E1 expanded and additional rights to distribute the Picture in North America.   Under IMF's purported authority, Koch and now E1 have been actively distributing the Picture in home video formats and via the Internet in North America (including the United States and Canada).

**C.**   **IMF's Copyright Infringement Action Against Lucas Entertainment, Inc.**

17.   In February 2007, IMF commenced an action in the United States District Court for the Southern District of New York entitled "International Media Films, Inc. v. Lucas Entertainment, Inc., *et al.*," bearing Civil Action Case No. 07-CV-1178 (JGK) (the "SDNY Action").   In the SDNY Action, IMF alleged that it was the owner of the United States copyright rights in the Picture and the United States trademark rights in the Picture's title.   IMF alleged that Lucas Entertainment, Inc. ("Lucas Entertainment"), a producer and distributor of sexually-explicit adult films, had infringed upon IMF's copyright and trademark rights by distributing a motion picture entitled *Michael Lucas' La Dolce Vita*.   Lucas Entertainment claimed (among other things) that its film was a sexually-explicit and legally permissible parody of the Picture.

18.   During the course of the SDNY Action, Lucas Entertainment filed a motion for summary judgment against IMF.   Lucas Entertainment asserted, among other grounds for its motion, that IMF was not the owner of the United States copyright rights in the Picture and that it was not capable of making even a *prima facie* showing of such copyright ownership.   As a result, Lucas Entertainment contended, IMF could not establish a critical element of its copyright infringement claim.

**D.**   **The SDNY Judgment**

19.   On March 31, 2010, the Court in the SDNY Action issued a written Memorandum Opinion and Order granting Lucas Entertainment's summary judgment

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

1    motion and, based thereon, entered a Judgment in Lucas Entertainment's favor.  True

2    and correct copies of the Memorandum Opinion and Order (the "SDNY Order") and

3    the Judgment (the "SDNY Judgment") are attached hereto as Exhibits D and E,

4    respectively, and incorporated by reference.

5        20.    In the SDNY Order, the Court meticulously reviewed IMF's evidence of its

6    purported United States copyright ownership in the Picture.  It also carefully reviewed

7    Lucas Entertainment's evidence of the flaws in IMF's "chain-of-title" to the Picture's

8    United States copyright rights, Lucas Entertainment's objections to the admissibility

9    of IMF's evidence, and the evidence Lucas Entertainment proffered as to Melange's

10   and Paramount's ownership of the exclusive rights of copyright in the United States.

11   The Court found that not only had IMF failed to prove its purported ownership of the

12   United States copyright rights in the Picture; it had failed to make even the minimal

13   *prima facie* showing of its supposed ownership of United States copyrights necessary

14   to create a triable issue of fact as to its ownership of those rights.  The Court further

15   noted that even though Lucas Entertainment was not required to offer evidence to

16   refute IMF's copyright ownership, its evidence of Melange's and Paramount's "chain-

17   of-title" to the United States copyright rights in the Picture added weight to the

18   Court's conclusion that IMF could not demonstrate its ownership of those rights.

19       21.    Plaintiffs are informed and believe and, on that basis, allege that IMF did not

20   appeal from the SDNY Order or the SDNY Judgment based thereon, and that the

21   SDNY Judgment therefore is final.

22   **E.      IMF's Continued Assertion of Rights in the Picture**

23       22.    Notwithstanding the federal court's final adjudication that IMF did not own

24   any rights of United States copyright in the Picture, and despite its awareness of

25   Plaintiffs' United States copyright rights in the Picture, IMF has continued to act as

26   though it not only owned such rights, but that it is the exclusive owner of such rights.

27       23.    For    example,    the    "home    page"    of    IMF's    Internet    website

28   [www.internationalmediafilms.com/Start.htm] features rotating still images from the

Picture.   IMF identifies the Picture as one of the films in its library [http://www.internationalmediafilms.com/Classics.htm].   On a separate, downloadable list of all of IMF's purported films, IMF states: "The highlights of the IMF library are the precious treasures La Dolce Vita and I Vitteloni by Federico Fellini." [http://www.internationalmediafilms.com/documents/IMFsummary.pdf] IMF further represents that it owns or controls the rights to the Picture throughout the world except for Italy and France, and that it holds these rights in perpetuity.   On the "About" page of its website, IMF claims that its owner and chief executive officer currently "is developing the classic film LA DOLCE VITA into a Broadway Musical." [http://www.internationalmediafilms.com/aboutus.htm]   True and correct images of the web pages described above are attached hereto collectively as Exhibit F and incorporated herein by reference.

24.   Moreover, on January 26, 2010, while the summary judgment motion was pending in the SDNY Action but before it had been decided, E1 Entertainment issued a press release announcing that it had acquired from IMF all North American rights, including DVD, television and digital rights, to the Picture (as well as to four other Italian films).   The announcement stated:   "A 50th Anniversary special edition DVD release of 'La Dolce Vita,' as well as a theatrical re-release and a Blu-ray release, are planned for later this year."   IMF's owner and chief executive officer added: "International Media Films is delighted to enter into this new agreement with E1 Entertainment to release 'La Dolce Vita' and to offer these great classic films to North American audiences."   A true and correct copy of E1 Entertainment's press release is attached hereto as Exhibit G and incorporated herein by reference.

25.   Despite the issuance of the SDNY Order and the entry of the SDNY Judgment, IMF has continued to license the Picture to E1 Entertainment and E1 Entertainment has continued to produce and distribute home video versions of the Picture.   Pursuant to its purported license from IMF, E1 Entertainment continues to distribute a 2-Disc "Collector's Edition" of the Picture, which is available (in

California and elsewhere) at www.amazon.com, as well as many other retail outlets within the State of California and elsewhere. True and correct copies of Internet retail websites offering the Picture for sale on DVD are attached hereto collectively as Exhibit H and incorporated herein by reference.

26. IMF's name appears prominently on the front cover of the DVD set that E1 Entertainment currently distributes: "International Media Films Presents . . . Federico Fellini's *La Dolce Vita*". The back cover of the DVD includes the following copyright notice: "© 2004 International Media Films. All Rights Reserved." A true and correct copy of the front and back covers of the DVD version of the Picture described above is attached hereto as Exhibit I and incorporated herein by reference.

27. Pursuant to its purported license from IMF, E1 Entertainment also currently enables users who register on its website to view the Picture in full on their computers. [http://www.eonetv.com/production-us.asp?id=331] A true and correct copy of the web page from which registered users may view the Picture in its entirety is attached hereto as Exhibit J and incorporated herein by reference.

**FIRST CLAIM FOR RELIEF**

**(By Paramount and Melange – For Declaratory Relief As To IMF's**

**Non-Ownership of United States Copyright Rights In The Picture)**

28. Plaintiffs incorporate herein by reference the allegations of paragraphs 1 through 27, inclusive, of this Complaint.

29. Because IMF continues to claim to the public that it is the exclusive owner of all United States copyright rights in the Picture notwithstanding the SDNY Judgment, and because IMF continues to exploit, and grant others the right to exploit, the Picture in the United States, it has become necessary for Plaintiffs to obtain a judicial declaration from this Court confirming that IMF owns no such rights in the Picture.

30. By commencing the SDNY Action, IMF put its ownership of the United States copyright rights in the Picture squarely in issue. The motion for summary judgment filed by Lucas Entertainment in the SDNY Action directly challenged (and

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

1  legally required) IMF to establish its United States copyright ownership in the Picture.
2  IMF had a full and fair opportunity in the SDNY Action to prove its United States
3  copyright ownership of the Picture, and the SDNY Order concluded that IMF had
4  failed to do so.

5       31.    Based upon the SDNY Order and the SDNY Judgment, IMF therefore is
6  barred by the doctrine of issue preclusion from seeking to establish its United States
7  copyright ownership of the Picture in this action because (i) the issue of IMF's
8  purported United States copyright ownership of the Picture in the SDNY Action and
9  in this action is identical, (ii) the issue of IMF's purported United States copyright
10  ownership of the Picture was actually litigated and actually decided in the SDNY
11  Action and (iii) the issue of IMF's purported United States copyright ownership of the
12  Picture was essential to support the SDNY Judgment.

13      32.    Accordingly, Plaintiffs are entitled to a judicial declaration that IMF owns no
14  United States copyright rights in the Picture.

15                         **SECOND CLAIM FOR RELIEF**

16     **(By Paramount and Melange – For Declaratory Relief As To Plaintiffs'**
17     **Exclusive Ownership of United States Copyright Rights In The Picture)**

18      33.    Plaintiffs incorporate herein by reference the allegations of paragraphs 1
19  through 32, inclusive, of this Complaint.

20      34.    Because IMF continues to claim to the public that it is the exclusive owner of
21  all United States copyright rights in the Picture notwithstanding the SDNY Judgment,
22  and because IMF continues to exploit, and grant others the right to exploit, the Picture
23  in the United States, it has become necessary for Plaintiffs to obtain a judicial
24  declaration from this Court confirming (i) that Melange is the owner of the United
25  States copyright in the Picture and (ii) that Paramount is the exclusive licensee of all
26  rights to distribute, subdistribute, market and otherwise exploit the Picture in the
27  United States.

28

## THIRD CLAIM FOR RELIEF

### (By Paramount – For Direct Copyright Infringement)

35.   Paramount incorporates herein by reference the allegations of paragraphs 1 through 34, inclusive, of this Complaint.

36.   By engaging in the conduct alleged above, IMF has infringed upon Paramount's exclusive distribution rights in the Picture, in both the United States and Canada.   Because IMF is fully aware that Paramount is the exclusive licensee of all distribution rights in the Picture in the United States and Canada and that IMF possesses no such rights, IMF's infringement of Paramount's copyright rights in the Picture is willful.

37.   Accordingly, Paramount is entitled to recover from IMF (i) the actual damages that Paramount has sustained as a result of IMF's infringement and all of IMF's profits that are attributable to its infringement and which are not taken into account in computing the actual damages, pursuant to 17 U.S.C. §504(b) or, in the alternative, statutory damages in the maximum allowable amount for willful infringement, pursuant to 17 U.S.C. § 504(c), as well as (ii) Paramount's full costs of suit including, without limitation, its attorneys' fees, pursuant to 17 U.S.C. § 505.

38.   IMF's conduct has caused, and unless enjoined by the Court, will continue to cause, Paramount great and irreparable injury that cannot be fully compensated or measured in money.   Plaintiffs have no adequate remedy at law.   Pursuant to 17 U.S.C. § 502, Plaintiffs therefore also are entitled to injunctive relief to prohibit further infringement of Paramount's copyright rights.

## FOURTH CLAIM FOR RELIEF

### (By Paramount – For Contributory Liability for Copyright Infringement)

39.   Paramount incorporates herein by reference the allegations of paragraphs 1 through 34, inclusive, of this Complaint.

40.   E1 Entertainment, its predecessor-in-interest, Koch, and any other third parties who have purported to license North American exploitation rights in the

1    Picture from IMF have engaged, and continue to engage, in direct infringement of

2    Paramount's exclusive distribution rights in the United States and Canada.   IMF is

3    contributorily liable for the infringement by third parties because, among other things,

4    IMF has actual knowledge of the infringement that has occurred and continues to

5    occur and IMF has caused, enabled, facilitated, and materially contributed to that

6    infringement.

7        41.   Accordingly, Paramount is entitled to recover from IMF (i) the actual

8    damages that Paramount has sustained as a result of IMF's infringement and all of

9    IMF's profits that are attributable to its infringement and which are not taken into

10   account in computing the actual damages, pursuant to 17 U.S.C. §504(b) or, in the

11   alternative, statutory damages in the maximum allowable amount for willful

12   infringement, pursuant to 17 U.S.C. § 504(c), as well as (ii) Paramount's full costs of

13   suit including, without limitation, its attorneys' fees, pursuant to 17 U.S.C. § 505.

14       42.   IMF's conduct has caused, and unless enjoined by the Court, will continue to

15   cause, Paramount great and irreparable injury that cannot be fully compensated or

16   measured in money. Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C.

17   § 502, Plaintiffs therefore also are entitled to injunctive relief to prohibit further

18   infringement of Paramount's copyright rights.

19                             **FIFTH CLAIM FOR RELIEF**

20        **(By Paramount – For Vicarious Liability for Copyright Infringement)**

21       43.   Paramount incorporates herein by reference the allegations of paragraphs 1

22   through 34, inclusive, of this Complaint.

23       44.   E1 Entertainment, its predecessor-in-interest, Koch, and any other third

24   parties who have purported to license North American exploitation rights in the

25   Picture from IMF have engaged, and continue to engage, in direct infringement of

26   Paramount's exclusive distribution rights in the United States and Canada.   IMF is

27   vicariously liable for the copyright infringement of these third parties because, as

28   Paramount is informed and believes and on that basis alleges, IMF at all times

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

relevant to this action (i) had (and continues to have) the right and ability to control and/or supervise the infringing conduct of its licensees, and (ii) had (and continues to have) a direct financial interest in, and derived (and continues to derive) substantial financial benefit from, the direct infringement by its licensees of Paramount's copyright rights in the Picture.

45.   Accordingly, Paramount is entitled to recover from IMF (i) the actual damages that Paramount has sustained as a result of IMF's infringement and all of IMF's profits that are attributable to its infringement and which are not taken into account in computing the actual damages, pursuant to 17 U.S.C. §504(b) or, in the alternative, statutory damages in the maximum allowable amount for willful infringement, pursuant to 17 U.S.C. § 504(c), as well as (ii) Paramount's full costs of suit including, without limitation, its attorneys' fees, pursuant to 17 U.S.C. § 505.

46.   IMF's conduct has caused, and unless enjoined by the Court, will continue to cause, Paramount great and irreparable injury that cannot be fully compensated or measured in money. Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiffs therefore also are entitled to injunctive relief to prohibit further infringement of Paramount's copyright rights.

WHEREFORE, Plaintiffs pray for judgment as follows:

A. <u>On the First Claim for Relief:</u>

1. A judicial declaration that IMF owns no United States copyright rights in the Picture; and

2.   The issuance of a permanent injunction prohibiting IMF from infringing upon Plaintiffs' United States copyright rights in the future;

B. <u>On the Second Claim for Relief:</u>

1. A judicial declaration that Melange is the owner of the United States copyright in the Picture;

2. A judicial declaration that Paramount is the exclusive licensee of all rights to distribute, subdistribute, market and otherwise exploit the Picture in the United States; and

3. The issuance of a permanent injunction prohibiting IMF from infringing upon Plaintiffs' United States copyright rights in the future;

C. <u>On the Third Claim for Relief</u>:

1. An award of Paramount's actual damages and all of IMF's profits that are attributable to its infringement and which are not taken into account in computing the actual damages, according to proof at trial; or, in the alternative,

2. An award of statutory damages in the maximum allowable amount for willful infringement; and

3. The issuance of a permanent injunction prohibiting IMF from infringing upon Paramount's United States and Canadian exclusive distribution rights in the future;

D. <u>On the Fourth Claim for Relief</u>:

1. An award of Paramount's actual damages and all of IMF's profits that are attributable to its infringement and which are not taken into account in computing the actual damages, according to proof at trial; or, in the alternative,

2. An award of statutory damages in the maximum allowable amount for willful infringement; and

3. The issuance of a permanent injunction prohibiting IMF from infringing upon Paramount's United States and Canadian exclusive distribution rights in the future;

E. <u>On the Fifth Claim for Relief</u>:

1. An award of Paramount's actual damages and all of IMF's profits that are attributable to its infringement and which are not taken into account in computing the actual damages, according to proof at trial; or, in the alternative,

2.   An award of statutory damages in the maximum allowable amount for willful infringement; and

3.   The issuance of a permanent injunction prohibiting IMF from infringing upon Paramount's United States and Canadian exclusive distribution rights in the future;

F.   <u>On All Claims for Relief</u>:

1.   For Plaintiffs' costs of suit including, without limitation, their attorneys' fees to the extent allowed by law; and

2.   For such other, further and/or different relief as the Court considers just and proper.

DATED:  NOVEMBER 1, 2011

KATTEN MUCHIN ROSENMAN LLP
DAVID HALBERSTADTER

By _____
Attorneys for Plaintiffs
PARAMOUNT PICTURES
CORPORATION and MELANGE
PICTURES LLC

# **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury of all claims for relief that may be tried by jury.

DATED:  NOVEMBER 1, 2011

KATTEN MUCHIN ROSENMAN LLP
DAVID HALBERSTADTER

By _____
Attorneys for Plaintiff
PARAMOUNT PICTURES
CORPORATION

31595699v3

# EXHIBIT A

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    007   04

PA      PAU

EFFECTIVE DATE OF REGISTRATION

Dec 22 1989
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   TITLE OF THIS WORK ▼

LA DOLCE VITA (English language subtitled version)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Motion picture

---

**2**   NAME OF AUTHOR ▼

**a**   Astor Pictures, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶   U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
English language subtitled version

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1961 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ April   Day ▶ 19   Year ▶ 1961
U.S.A.   ◀ Nation

---

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Astor Pictures, Inc.
c/o Republic Pictures Corporation
12636 Beatrice Street, Los Angeles, CA 90066-0930

See instructions before completing this space.

APPLICATION RECEIVED
Dec 14, 1992   Dec 22 198
ONE DEPOSIT RECEIVED
Dec 14, 1992   Dec 22 198
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of   pages

# CERTIFICATE OF RENEW⸱ REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

RE   618 326

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC. 22 1989
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

1
Name  Republic Pictures Corporation
Address  12636 Beatrice Street, Los Angeles, CA 90066-0930
Claiming as  Proprietor of Copyright in a Work Made for Hire. *(Use appropriate statement from instructions)*

2
Name
Address
Claiming as  *(Use appropriate statement from instructions)*

3
Name
Address
Claiming as  *(Use appropriate statement from instructions)*

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

LA DOLCE VITA   (English Language Subtitled Version)

**RENEWABLE MATTER:**

English Subtitles were added to this pre-existing work.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK·**

Title of periodical or composite work:
If a periodical or other serial give: Vol. . . . . . . . . . .   No. . . . . . . .   Issue Date . . . . . .

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Astor Pictures

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

\*PA 607 434

**ORIGINAL COPYRIGHT CLAIMANT:**

~~Republic Pictures Corporation~~
\*Astor Pictures Inc.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form. give:

DATE OF PUBLICATION:  April 19   1961
(Month)   (Day)   (Year)

**OR**

• If the original registration for this work was made in unpublished form. give:

DATE OF REGISTRATION: . . . . . . . . . .
(Month)   (Day)   (Year)

# EXHIBIT B

# CERTIFICATE OF REGISTRATION

## FORM PA
UNITED STATES COPYRIGHT OFFICE



**REGISTRATION NUMBER**

PA   607 404
(PA)                PAU

**EFFECTIVE DATE OF REGISTRATION**

Nov   15   1991
Month   Day   Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**

LA DOLCE VITA (English language dubbed version)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion picture

---

**2**

**a** **NAME OF AUTHOR ▼**

Ardisco Financial Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

English language dubbed version

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1966 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 31   Year ▶ 1966
U.S.A. ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Ardisco Financial Corporation
c/o Republic Pictures Corporation
12636 Beatrice Street, Los Angeles, CA 90066-0930

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
DEC. 14, 1992
**ONE DEPOSIT RECEIVED**
Nov 15 1991 *
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# CERTIFICATE OF REGISTRATION



This Certificate issued, under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM RE
For Renewal of a Work
UNITED STATES COPYRIGHT



RE 673-979

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

SEP 2 6 1994

| Month | Day | Year |
|-------|-----|------|

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET(RE/CON).

## 1 — RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼   (See instructions)

**1**
Name ...... REPUBLIC PICTURES CORPORATION
Address ...... 12636 BEATRICE STREET, LOS ANGELES, CA 90066-0930
Claiming as ... PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as

**3**
Name
Address
Claiming as

## 2 — TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

LA DOLCE VITA   (English Language Dubbed Version)

**RENEWABLE MATTER ▼**

English Language Dubbed Version Of Motion Picture

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼

## 3 — AUTHOR(S) OF RENEWABLE MATTER ▼

ARDISCO FINANCIAL CORPORATION
c/o Republic Pictures Corp.

## 4 — ORIGINAL REGISTRATION NUMBER ▼  ORIGINAL COPYRIGHT CLAIMANT ▼

PA 607 404   ARDISCO FINANCIAL CORPORATION
c/o Republic Pictures Corp.

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: August 31, 1966
(Month)   (Day)   (Year)

**OR**

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)   (Day)   (Year)

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions.   • Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of ____ pages

# EXHIBIT C



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = V8002P595
Search Results: Displaying 1 of 1 entries



---

**Labeled View**

*La dolce vita = The sweet life.*

|  |  |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V8002P595 |
| **Date of Recordation:** | 1996-12-31 |
| **Entire Copyright Document:** | V8002P595 (Single page document) |
| **Title:** | La dolce vita = The sweet life. |
| **Notes:** | Motion picture. Filed for all rights in United States (excluding Puerto Rico & US Virgin Islands) |
|  | Notice of intent to enforce a copyright restored under the Uruguay Round Agreements Act. |
| **Owner:** | Republic Entertainment, Inc. 5700 Wilshire Blvd.; Suite 515; Los Angeles, CA 90036. PHONE 310-965-6900. FAX: 310-965-6953. |
| **Author:** | Federico Fellini, Ennio Flajano, Tullio Pinelli, Brunello Rondi, Nino Rota. |
| **Date of Publication:** | 1997-04-25 |
| **Variant title:** | Sweet life. |
| **Names:** | Fellini, Federico |
|  | Flajano, Ennio |
|  | Pinelli, Tullio |
|  | Rondi, Brunello |
|  | Rota, Nino |
|  | Republic Entertainment, Inc. |



---



| **Save, Print and Email (Help Page)** |
| Select Download Format  Full Record ▾      Format for Print/Save |
| Enter your email address:  [                    ]  Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=V8002P595&Search_Code=...   11/1/2011



# FORM GATT

For
UNI
REG **PA 909-287**

TX    PA    VA    SR    SRU
EFFECTIVE DATE OF REGISTRATION

## APR 27 1998
Month    Day    Year


100168061

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

## 1

**a** TITLE:

LA DOLCE VITA
English translation:
THE SWEET LIFE

**b** DESCRIPTION OF THE WORK: *(Check one or more)*
- [ ] literary work
- [ ] musical work, including any accompanying words
- [ ] dramatic work, including any accompanying music
- [ ] pantomime or choreographic work
- [ ] pictorial, graphic, or sculptural work
- [x] motion picture or other audiovisual work
- [ ] architectural work
- [ ] sound recording, created in _____ (year)

## 2

**a** AUTHOR(S):
Name:   Federico Fellini

Citizenship (when work was created):  Italy
Domicile (when work was created):  Italy
Date of death: October 31, 1993

**b** Name:   Ennio Flaiano

Citizenship (when work was created):  Italy
Domicile (when work was created):  Italy
Date of death:

## 3

YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year:  1960

Nation:  ITALY

## 4

**a** OWNER(S) OF U.S. COPYRIGHT:
Name:   REPUBLIC ENTERTAINMENT INC.

Address:  5700 WILSHIRE BLVD., SUITE 525
LOS ANGELES, CA  90036

**b** Means by which copyright ownership was transferred
*(if owner is not the author)*:

By Assignment of all U.S. Rights.

APPLICATION RECEIVED
APR. 27, 1998

DEPOSIT RECEIVED
APR. 27, 1998    ½"VTAI

FUNDS RECEIVED

3

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

LIMITATION OF COPYRIGHT: If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**5**

PREVIOUS REGISTRATION: If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

DEPOSIT ACCOUNT If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.

Name ▼   Republic Entertainment Inc.

Account Number ▼   DA078883

**7**

CORRESPONDENCE Give the name and address to which correspondence about this application should be sent.   ☐ Same as space 4a.   ☐ Same as space 9.

Adele Sparks, Business & Legal Affairs
Republic Entertainment Inc.
5700 Wilshire Blvd., Suite 525 North
Los Angeles, CA 90036

Area or Country Code and Telephone Number ▶   (213) 965-6900          Fax Number ▶   (213) 965-6929

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)

☐ Author
☐ Owner of U.S. copyright
☒ Agent of   Republic Entertainment Inc.
              (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name:   Robert Norton, VP Business & Legal Affairs   Date:   December 1, 1997

Handwritten signature (X) ▼

MAIL
CERTIFICATE
TO

Name ▼   Adele Sparks, Business & Legal Affairs
         Republic Entertainment Inc.

Number/Street/Apt ▼   5700 Wilshire Blvd., Suite 525, North

City/State/ZIP/Nation ▼   Los Angeles, CA 90036

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee
   (See Instructions)
   payable to Register of Copyrights
3. Deposit

MAIL ALL 3 ELEMENTS IN THE SAME PACKAGE TO:
Register of Copyrights
Southeast Station P.O. Box 72400
Washington, D.C. 20024 U.S.A.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1995—100,000      ♻ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1996-387-237/20,015

# CONTINUATION SHEET

**FORM GATT/CON** ■
For Restored Works
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 909 - 287

TX      (PA  )      VA                    SRU
CONTINUATION SHEET RECEIVED

APR. 27. 1998

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.

## A — Identification

Title from Form GATT or first title from GATT/GRP:

LA DOLCE VITA

## B — Continuation of Spaces

CONTINUATION OF (check which):   ☒ Space 2   ☐ Space 4   ☐ Space 5   ☐ Space ___

Author:  Tullio Pinelli
Citizenship: Italy
Domicilec Italy

Author:  Brunello Rondi
Citizenship:  Italy
Domicile:  Italy

Author:  Nino Rota
Citizenship: Italy
Domicile:  Italy
Date of Death:  April 1979

# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────

INTERNATIONAL MEDIA FILMS, INC.,

                    Plaintiff,              07 Civ. 1178 (JGK)

          - against -                       MEMORANDUM OPINION AND
                                            ORDER
LUCAS ENTERTAINMENT, INC., ET AL.,

                    Defendants.
────────────────────────────

JOHN G. KOELTL, District Judge:

     International Media Films, Inc. ("IMF" or "the plaintiff"),

the purported owner of the copyright to Federico Fellini's

classic film La Dolce Vita ("the Fellini film"), alleges

copyright infringement and related claims against the defendants

Lucas Entertainment, Inc., Lucas Distribution, Inc., and Andrei

Treivas Bregman, known as Michael Lucas (collectively, "Lucas

Entertainment" or "the defendants").  IMF maintains that its

copyright is violated by the defendants' two-part pornographic

film Michael Lucas' La Dolce Vita ("the Lucas film").  IMF

brings claims for false designation of origin and dilution by

tarnishment under §§ 43(a) & (c)(1) of the Lanham Act, 15 U.S.C.

§ 1125, trademark infringement, injury to business reputation,

dilution, and unfair competition in violation of New York

General Business Law §§ 360-k & 360-l, and copyright

infringement under §§ 106 and 501 of the Copyright Act, 17

U.S.C. § 101, et seq.  The defendants counterclaim for

cancellation of the plaintiff's copyright registration, alleging that the plaintiff does not have rights to the copyrighted film.

On May 29, 2007, the Court denied the plaintiff's motion for a preliminary injunction, finding insufficient irreparable harm for a preliminary injunction, in part due to the plaintiff's unreasonable delay in filing suit and failure to show a likelihood of marketplace confusion.

The defendants move for summary judgment on all claims pursuant to Federal Rule of Civil Procedure 56. The gist of the defendants' motion is that the plaintiff cannot prove that it owns the copyright to the Fellini film, a film that was indisputably in the public domain in the United States prior to 1996. The plaintiff cross moves to strike certain of defendants' summary judgment evidence.

I.

The standard for granting summary judgment is well established. Summary judgment may not be granted unless "the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c)(2); see also Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986); Gallo v. Prudential

2

Residential Servs. Ltd. P'ship, 22 F.3d 1219, 1223 (2d Cir. 1994). "[T]he trial court's task at the summary judgment motion stage of the litigation is carefully limited to discerning whether there are genuine issues of material fact to be tried, not to deciding them. Its duty, in short, is confined at this point to issue-finding; it does not extend to issue-resolution." Gallo, 22 F.3d at 1224. The moving party bears the initial burden of informing the district court of the basis for its motion and identifying the matter that it believes demonstrates the absence of a genuine issue of material fact. Celotex, 477 U.S. at 323. The substantive law governing the case will identify those facts that are material and "only disputes over facts that might affect the outcome of the suit under the governing law will properly preclude the entry of summary judgment." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986); see also Heicklen v. Toala, No. 08 Civ. 2457, 2010 WL 565426, at *1 (S.D.N.Y. Feb. 18, 2010).

Summary judgment is appropriate if it appears that the nonmoving party cannot prove an element that is essential to the non-moving party's case and on which it will bear the burden of proof at trial. See Cleveland v. Policy Mgmt. Sys. Corp., 526 U.S. 795, 805-06 (1999); Celotex, 477 U.S. at 322; Powell v. Nat'l Bd. of Med. Exam'rs, 364 F.3d 79, 84 (2d Cir. 2004). In determining whether summary judgment is appropriate, a court

3

must resolve all ambiguities and draw all reasonable inferences
against the moving party.  See Matsushita Elec. Indus. Co. v.
Zenith Radio Corp., 475 U.S. 574, 587 (1986) (citing United
States v. Diebold, Inc., 369 U.S. 654, 655 (1962)); see also
Gallo, 22 F.3d at 1223.  Summary judgment is improper if there
is any evidence in the record from any source from which a
reasonable inference could be drawn in favor of the nonmoving
party.  See Chambers v. T.R.M. Copy Ctrs. Corp., 43 F.3d 29, 37
(2d Cir. 1994).  If the moving part meets its initial burden of
showing a lack of a material issue of fact, the burden shifts to
the nonmoving party to come forward with "specific facts showing
a genuine issue for trial."  Fed. R. Civ. P. 56(e)(2).  The
nonmoving party must produce evidence in the record and "may not
rely simply on conclusory statements or on contentions that the
affidavits supporting the motion are not credible."  Ying Jing
Gan v. City of New York, 996 F.2d 522, 532 (2d Cir. 1993); see
also Scotto v. Almenas, 143 F.3d 105, 114-15 (2d Cir. 1998);
Heicklin, 2010 WL 565426, at *1.


## II.


The following facts are undisputed unless otherwise noted.

The parties do not dispute that the Fellini film was
produced by Riama Film S.P.A. ("Riama") as principal producer,

Société Nouvelle Pathé Cinema, and Gray Film S.A. (collectively,
"the Co-Producers").  (Defs.' Statement of Undisputed Material
Facts Pursuant to Local Rule 56.1 ("Defs.' 56.1 Stmt.") ¶ 14;
Pl.'s Resp. to Defs.' 56.1 Stmt. ("Pl.'s 56.1 Stmt.") ¶ 14;
Pl.'s Statement of Additional Material Facts ("Pl.'s Additional
56.1 Stmt.") ¶ 1.)  The parties also do not dispute that the
Fellini film was in the public domain in the United States prior
to January 1, 1996.  (Defs.' 56.1 Stmt. ¶ 4; Pl.'s 56.1 Stmt. ¶
4.)

The Lucas film contains sexually explicit depictions that
are not present in the Fellini film, and which occupy the
majority of the running time of the Lucas film.  (Defs.' 56.1
Stmt. ¶¶ 64, 95; Pl.'s 56.1 Stmt. ¶¶ 64, 95.)  The Lucas film is
primarily marketed and sold through stores, distributors, and
websites that specialize in adult films, although it has been
publicized in some non-adult media.  (Defs.' 56.1 Stmt. ¶¶ 66-
67; Pl.'s 56.1 Stmt. ¶¶ 66-67.)  There is no evidence that any
consumer has returned either film on the grounds that the
consumer was confused about its contents.  (Defs.' 56.1 Stmt. ¶¶
68-69; Pl.'s 56.1 Stmt. ¶¶ 68-69.)  Retailers and distributors
of the Lucas film generally do not stock the Fellini film.
(Defs.' 56.1 Stmt. ¶ 96; Pl.'s 56.1 Stmt. ¶ 96.)

The defendants identify several other releases in the
United States of the Fellini film, other films based on the

5

Fellini film, or with the same or similar titles, which the
plaintiff has not targeted for copyright infringement claims.
(Defs.' 56.1 Stmt. ¶¶ 49-63, 97-102; Pl.'s 56.1 Stmt. ¶¶ 49-63.)


### A.


IMF alleges that it is the rightful holder of the copyright
to the Fellini film in the United States.

The parties agree that on March 9, 1962 Riama assigned to
Cinemat, S.A. ("Cinemat"), in the Riama-Cinemat agreement, all
global economic rights to the Fellini film Riama then
controlled, excluding rights in Italy and its ex-colonies,
France and its ex-colonies, Belgium, Luxembourg, and vessels
flying the Italian flag.  (Defs.' 56.1 Stmt. ¶ 22; Pl.'s 56.1
Stmt. ¶ 22; Pl.'s Additional 56.1 Stmt. ¶¶ 2, 8.)

The plaintiff alleges that on December 9, 1980 Cinemat
transferred all of its rights to Hor A.G. ("Hor") in a written
agreement ("the Cinemat-Hor agreement").  (Pl.'s Additional 56.1
Stmt. ¶ 9; Leone Decl. Ex. C, Feb. 21, 2008.)  IMF has produced
a photocopy of what purports to be a certified copy of the
Cinemat-Hor agreement, the original of which is allegedly on
file with the Public Register of Liechtenstein.  (Leone Decl.
Ex. C, Feb. 21, 2008.)  Alfredo Leone, the sole shareholder of
IMF, testified that IMF is unable to produce an original copy of

the Cinemat-Hor agreement.  (Defs.' 56.1 Stmt. ¶ 32; Butterfield Decl. Ex. 12 at 250-51, 253, Feb. 1, 2008.)

Dr. Bernd Hammermann, Head of the Land Registry and Public Register Office of Liechtenstein, examined the certified copy of the Cinemat-Hor agreement and has contacted the Public Prosecutor's Office of Liechtenstein because Dr. Hammermann doubts the authenticity of the certified copy.  (Lucas Decl. Ex. 2, Feb. 1, 2008.)  According to Dr. Hammermann, a certified copy of the document bearing the Public Register's stamp would verify that an official from the Public Register compared the stamped copy to the original on file with the Public Register.  (Lucas Decl. Ex. 2, Feb. 1, 2008.)  Dr. Hammermann doubts the authenticity of the certified copy because it uses the abbreviation "Dec. 1980" for December rather than the German "Dez." that typically would be used in Liechtenstein, because the fee quoted is higher than the fee charged by the Public Register of Liechtenstein in December 1980, and because the signature from the Public Register is of an employee who was hired by the Public Register after December 1980.  (Lucas Decl. Ex. 2, Feb. 1, 2008; Leone Decl. Ex. C, Feb. 21, 2008; Defs.' 56.1 Stmt. ¶¶ 84-87; Pl.'s 56.1 Stmt. ¶¶ 84-87.)  Dr. Hammermann does not indicate whether there is an original of the Cinemat-Hor agreement on file with the Public Register, or, if so,

whether IMF would be able to obtain a certified copy of it. (Lucas Decl. Ex. 2, Feb. 1, 2008.)

IMF produced a December 1980 declaration of Bruno A. Hugi, the administrator of Cinemat, declaring that Cinemat transferred all rights in the subject and script of the Fellini film to Hor. (Pl.'s Additional 56.1 Stmt. ¶¶ 9-10; Leone Decl. Ex. D, Feb. 21, 2008.) However, Italian lawyer Luciano Daffarra questions the validity of the Hugi declaration because the signature did not match the requirements of Italian law, because under Italian law the notarization merely indicates that the document was signed on the indicated date rather than the veracity of the document, and because the declaration recites a payment amount that is only 1/100th the amount Hugi received during the sale of the same rights to Astor Pictures. (Daffarra Decl. ¶¶ 42-48, Jan. 1, 2008.) He also notes that the Hugi declaration is not an authentication of the purported Cinemat-Hor agreement, which is not a part of that declaration. (Daffarra Decl. ¶ 48, Jan. 1, 2008.)

The plaintiff alleges that Hor transferred its rights in the Fellini film to Oriental Films S.r.l. ("Oriental Films") by a written agreement dated November 20, 1981 ("the Hor-Oriental agreement"). (Pl.'s Additional 56.1 Stmt. ¶¶ 11-12; Leone Decl. Exs. E-F, Feb. 21, 2008.)

8

IMF maintains that Oriental Films granted the right to
lease and sell the Fellini film to Cinestampa Internazionale
S.r.l. ("Cinestampa") in a letter dated October 23, 1997, and
that Oriental Films transferred all of its rights in the Fellini
film to Cinestampa on January 7, 1998 ("the Oriental-Cinestampa
agreement").  (Pl.'s Additional 56.1 Stmt. ¶¶ 13-15; Leone Decl.
Exs. G-I, Feb. 21, 2008.)  Daffarra declared that there are
reasons to think both the Hor-Oriental agreement and Oriental-
Cinestampa agreement instruments are not authentic, including
IMF's failure to produce the power of attorney allegedly
authorizing the Hor-Oriental transfer and the failure to enter
the chain of title documents in the Italian Society of Authors
and Publishers ("SIAE") registration.  (See Daffarra Decl. ¶¶
50-59, Jan. 1, 2008.)

Finally, the plaintiff alleges that Cinestampa transferred
its rights in the Fellini film to IMF on September 20, 2001.
(Pl.'s Additional 56.1 Stmt. ¶ 16; Leone Decl. Ex. J, Feb. 21,
2008.)  The plaintiff also alleges that the transfer from
Cinestampa to IMF was verified in a declaration notarized on
September 7, 2005.  (Pl.'s Additional 56.1 Stmt. ¶ 17; Leone
Decl. Ex. K, Feb. 21, 2008.)  IMF produced a 2005 letter from
Nicola Rocchetti, an Italian lawyer for Cinestampa, concluding
that IMF owned all economic rights to the Fellini film outside
of Italy and its former colonies, Belgium, Luxembourg, and

9

France and its former colonies.  (Pl.'s Additional 56.1 Stmt. ¶
18; Leone Decl. Ex. L, Feb. 21, 2008.)  The unsworn letter
recites the documents provided to the lawyer by Cinestampa,
including the purported Cinemat-Hor agreement, but does not
purport to discuss any of the alleged challenges to any of the
documents.  IMF has produced no evidence from any person with
personal knowledge of the transfers in its purported chain of
title except for the final link of the transfer from Cinestampa
to IMF.

The United States Copyright Office received IMF's
registration of the restoration copyright to the Fellini film on
December 26, 2002.[1]  (Pl.'s Additional 56.1 Stmt. ¶ 21; Leone
Decl. Ex. N, Feb. 21, 2008.)  In a later dated March 9, 2004,
the Copyright Office notified IMF that the Fellini film was
already registered to Republic Entertainment, Inc. as of April
27, 1998.  (Butterfield Decl. Ex. 34, Feb. 1, 2008.)

---

[1] After the Uruguay round of GATT negotiations, Congress passed the Uruguay
Round Agreements Act ("URAA") amending § 104A of the Copyright Act to bring
the United States into compliance with the Berne Convention.  The purpose of
§ 104A was to restore copyrights for foreign works previously in the public
domain in the United States due to noncompliance with certain formalities
such as notice of copyright under United States copyright law.  See Troll Co.
v. Uneeda Doll Co., 483 F.3d 150, 153 (2d Cir. 2007).  Restored copyrights
were effective January 1, 1996 for works that met the requirements of § 104A.
See 17 U.S.C. § 104A(h)(2)(A).

**B.**

The defendants trace a conflicting chain of title to the
Fellini film through a series of transactions culminating in
ownership by Paramount Pictures Corporation ("Paramount"), an
account that the plaintiff disputes in its entirety.  The
defendants allege that the Co-Producers of the Fellini film
first assigned distribution rights to the Fellini film in the
United States and Canada to Astor Pictures International ("API")
by an agreement dated January 7, 1961 ("the 1961 Cineriz-API
agreement"), with Cineriz as the sales agent for the Co-
Producers.  (Defs.' 56.1 Stmt. ¶ 17.)   However, as the plaintiff
points out, the defendants have not produced the 1961 Cineriz-
API agreement to the Court.  (Pl.'s 56.1 Stmt. ¶ 17.)   The
defendants also maintain that on January 8, 1962 API obtained
broader rights to the Fellini film from Cinemat.  (Defs.' 56.1
Stmt. ¶ 21; Pacacha Decl. Ex. 1.)

The defendants allege that API assigned all of its rights
in the Fellini film, including the rights assigned to API in the
1961 Cineriz-API agreement, to Astor Pictures, Inc. ("Astor
Pictures") on January 11, 1962.  (Defs.' 56.1 Stmt. ¶ 18;
Pacacha Decl. Ex. 3.)   Astor Pictures distributed the Fellini
film in an English-subtitled version throughout the United
States beginning in April 1961, marking the debut of the film in

11

the United States.   (Defs.' 56.1 Stmt. ¶¶ 19-20; Pl.'s 56.1
Stmt. ¶¶ 19-20; Butterfield Decl. Ex. 14, Feb. 1, 2008.)

The parties agree that on March 9, 1962 Riama assigned to
Cinemat in the Riama-Cinemat agreement all global economic
rights to the Fellini film that Riama then controlled excluding
rights in Italy and its ex-colonies, France and its ex-colonies,
Belgium, Luxembourg, and vessels flying the Italian flag.
(Defs.' 56.1 Stmt. ¶ 22; Pl.'s 56.1 Stmt. ¶ 22; Pl.'s Additional
56.1 Stmt. ¶¶ 2, 8.)

According to the defendants, Astor Pictures' rights were
transferred to Ardisco Financial Corp. ("Ardisco"), which
created an English-dubbed version of the Fellini film that it
released for distribution in the United States in 1966.   (Defs.'
56.1 Stmt. ¶ 25; Pacacha Decl. Ex. 6; Butterfield Decl. Ex. 41,
Feb. 1, 2008.)

Ardisco's rights were later acquired by Republic
Entertainment, Inc. ("Republic"), which registered and renewed
the copyright in the English subtitled and dubbed versions of
the Fellini film.   (Defs.' 56.1 Stmt. ¶¶ 26-27; Pl.'s 56.1 Stmt.
¶¶ 26-27; Pacacha Decl. Ex. 6.)   Republic also registered its
claim to a restored copyright in the original Italian version of
the Fellini film in 1998.   (Defs.' 56.1 Stmt. ¶ 28; Pl.'s 56.1
Stmt. ¶ 28; Butterfield Decl. Ex. 36, Feb. 1, 2008.)

The defendants allege that Paramount Pictures Corp. ("Paramount") has controlled Republic's film library since 2000, although the plaintiff disputes this claim. (Defs.' 56.1 Stmt. ¶ 30; Pl.'s 56.1 Stmt. ¶ 30.)

### C.

IMF brings claims for false designation of origin and dilution by tarnishment under §§ 43(a) and (c)(1) of the Lanham Act, 15 U.S.C. § 1125, trademark infringement, injury to business reputation, dilution, and unfair competition in violation of New York General Business Law §§ 360-k & 360-*l*, and copyright infringement under §§ 106 and 501 of the Copyright Act, 17 U.S.C. § 101, et seq. The defendants counterclaim for cancellation of the plaintiff's copyright registration, alleging that the plaintiff does not have rights to the copyrighted film.

On May 29, 2007, this Court denied the plaintiff's motion for a preliminary injunction, finding insufficient irreparable harm for a preliminary injunction in part due to the plaintiff's unreasonable delay in filing suit and a failure to show a likelihood of marketplace confusion.

The defendants move for summary judgment on all claims pursuant to Federal Rule of Civil Procedure 56, arguing that the plaintiff cannot show it owns the copyright to the Fellini film

and that the Fellini and Lucas films are not substantially similar.  The plaintiff opposes the motion and cross moves to strike certain of defendants' summary judgment evidence.

### III.

### A.

The ownership of a copyright is generally determined under the laws of the state with the most significant relationship to the property and the parties, but the scope of protection afforded to the copyright owner is determined by the laws of the state in which infringement is alleged to have occurred.  See Itar-Tass Russian News Agency v. Russian Kurier, Inc., 153 F.3d 82, 90-91 (2d Cir. 1998) (applying Russian law to issue of copyright ownership and American law to infringement issue). The parties agree that the Fellini film was in the public domain on January 1, 1996.  The plaintiff claims it was restored to copyright protection according to legislation enacted in the United States to implement the obligations of the United States under the URAA.  After the Uruguay round of GATT negotiations, Title 17 of the United States Code was amended in part to provide that "[a] restored work vests initially in the author or initial rightholder of the work as determined by the law of the

14

source country of the work."  17 U.S.C. § 104A(b).  The source country of the Fellini film and screenplay is Italy.

The plaintiff bears the burden of proving both that the plaintiff owns a valid copyright and that the defendants have infringed that copyright.  See Yurman Design, Inc. v. PAJ, Inc., 262 F.3d 101, 108-09 (2d Cir. 2001).  The defendants argue that the plaintiff has not provided a valid chain of title to demonstrate that IMF owns a valid copyright in the Fellini film. Ordinarily, a copyright registration is presumed valid and it is the alleged infringer who bears the burden of proving invalidity of the registration.  See Hamil Am. Inc. v. GFI, 193 F.3d 92, 98 (2d Cir. 1999); see also 17 U.S.C. § 410(c).  However, copyright registration is not prima facie evidence of ownership of a valid copyright when the registration, like the registration of the restored copyright here, is made more than five years after the original publication.  See Troll Co. v. Uneeda Doll Co., 483 F.3d 150, 154 n.5 (2d Cir. 2007); see also 17 U.S.C. § 410(c).[2] Moreover, a transferee plaintiff in a copyright infringement action must prove that the copyright was properly transferred to the plaintiff.  See Kenbrooke Fabrics, Inc. v. Soho Fashions, Inc., No. 87 Civ. 5775, 1989 WL 117704, at *1 (S.D.N.Y. Oct. 2,

---

[2] While it is possible for a registration made more than five years after first publication to carry some evidentiary weight, see Troll Co. v. Uneeda Doll Co., 483 F.3d 150, 154 n.5 (2d Cir. 2007), the registration here carries no such weight, and the plaintiff has not argued that it does.  Indeed, the Copyright Office notified IMF that it had received a registration for the Fellini film more than four years before from Republic Entertainment.

1989) (dismissing complaint when plaintiff failed to prove transfer of copyright).

The defendants argue that summary judgment is warranted because the plaintiff has not produced any admissible evidence of the Cinemat-Hor agreement, the Hor-Oriental agreement, or the Oriental-Cinestampa agreement.

The defendants allege that the photocopy of the certified copy of the Cinemat-Hor agreement produced by IMF is a photocopy of a forgery.  IMF has produced a photocopy of what purports to be a certified copy of the Cinemat-Hor agreement.  The original agreement is allegedly on file with the Public Register of Liechtenstein, although Leone acknowledges that IMF is unable to produce an original signed version of the agreement.  The defendants have produced the opinion of Dr. Bernd Hammermann, the head of the Public Register in Liechtenstein, who notes that a certified copy would ordinarily bear the Public Register's stamp verifying that an official with the Public Register had compared the certified copy with the original on file.  IMF produced what purports to be a photocopy of the certified copy of the Cinemat-Hor agreement, but Dr. Hammermann has referred the matter to the authorities in Liechtenstein because he believes that the document is a forgery.  Dr. Hammermann notes that the alleged certified copy uses the English abbreviation "Dec." for "December" rather than the German "Dez.," which would

have been standard in Liechtenstein.  Moreover, the document
recites a fee which was not in effect on the date the document
purports to have been signed, and bears the signature of an
official who was not working for the Public Register on that
date.

The document submitted by IMF purports to be a photocopy of
a certified copy of the Cinemat-Hor agreement.  Under Federal
Rule of Evidence 1003, a duplicate, such as a photocopy, is
admissible in the same circumstances where the original would be
admissible unless, among other reasons, "a genuine question is
raised as to the authenticity of the original."  Fed. R. Evid.
1003.  The defendants argue that the plaintiff's version of the
Cinemat-Hor agreement is inadmissible because it is a duplicate
of the certified copy and genuine questions have been raised
regarding the authenticity of the original—in this case, the
alleged certified copy of the agreement that IMF has photocopied
to submit to this court.  See Opals on Ice Lingerie v. Body
Lines, Inc., 320 F.3d 362, 371 (2d Cir. 2003) (duplicate
inadmissible when genuine questions raised as to authenticity of
original pursuant to Rule 1003); Pro Bono Invs., Inc. v. Gerry,
No. 03 Civ. 4347, 2005 WL 2429777, at *5 (S.D.N.Y. Sept. 30,
2005) (duplicate inadmissible pursuant to Rule 1003 when genuine
questions raised as to authenticity of original, including
questions as to why original could not be produced).

17

The plaintiff has submitted no first hand testimony regarding the Cinemat-Hor agreement, and therefore cannot prove the Cinemat-Hor transfer if the copy of the agreement submitted here is inadmissible. The Hugi declaration does not fill the evidentiary gap.  On its face the Hugi declaration is hearsay and is not admissible, nor is there any basis to believe that Mr. Hugi could be produced to testify at trial thirty years after his declaration.  Further, the declaration itself does not purport to authenticate the specific document on which the plaintiff attempts to rely for its chain of title.  Moreover, there are reasons to question the authenticity of the document, including the improper signature and small fee recital.

The plaintiff responds that Rule 1003 must be read in conjunction with Rule 1004, which excuses the production of an original when the original is lost or destroyed and there is no allegation of bad faith, or when the original cannot be obtained by available judicial processes.  See Fed. R. Evid. 1004. However, IMF has not explained why it believes that the original Cinemat-Hor agreement allegedly on file with the Public Register of Lichtenstein is lost or destroyed, or why the original cannot be obtained from Lichtenstein by judicial processes.  See Wesco Distribution, Inc. v. Anshelewitz, No. 06 Civ. 13444, 2008 WL 2775005, at *9 (S.D.N.Y. July 16, 2008) (duplicate admissible under Rule 1004 to prove contents of original when original lost

18

or destroyed).  Ultimately, if there were an authentic Cinemat-Hor agreement, the plaintiff should be able to obtain a certified copy of the original on file in Liechtenstein without attempting to rely on a photocopy of a questionable certified copy.  Without some reason to believe that the original is lost or otherwise unavailable, Rule 1004 is inapplicable in this case.  Under Rule 1003, the copy of the certified copy is inadmissible because questions have been raised about the authenticity of the certified copy.

When IMF's copy of the Cinemat-Hor agreement is excluded, IMF's chain of title is missing a crucial link and therefore IMF has failed to establish by a preponderance of the evidence that it holds a valid copyright.  Because at trial IMF would bear the burden of proving that it holds a valid copyright, summary judgment for the defendants is appropriate on IMF's copyright claims.

The defendants also argue that the Hor-Oriental and Oriental-Cinestampa agreements present gaps in IMF's chain of title because the plaintiff has not provided originals of these documents.  The defendants cite to the declaration of Luciano Daffarra, an Italian lawyer.  The Daffarra Declaration opines that there are various reasons to be suspicious of the purported Hor-Oriental and Oriental-Cinestampa agreements, including IMF's failure to produce the power of attorney allegedly authorizing

19

the Hor-Oriental transfer and the failure to enter the chain of title documents on the SIAE registration. (See Daffarra Decl. ¶¶ 50-59, Jan. 1, 2008.) The plaintiff has failed to provide the originals of these documents or to respond to the questions raised about their authenticity, but Daffarra's declaration provides additional support for the conclusion that IMF cannot prove its chain of title because of the inadmissibility of copies of these two additional links in the plaintiff's alleged chain of title.

The plaintiff also relies on the expert report of law professor Peter Jaszi, who opines that "IMF now stands in the shoes of the motion picture's original producer, Riama Film S.P.A., where U.S. domestic copyright is concerned." (McCallion Decl. Ex. 2 at ¶ 10.) In arriving at this conclusion, Professor Jaszi relies on the transfer instruments submitted to this Court. However, the report does not examine whether those transfer instruments are themselves authentic or admissible. Indeed, Professor Jaszi's opinion concerns primarily the scope of Italian copyright law. He explains his expertise as "domestic, comparative and international copyright law . . . ." (McCallion Decl. Ex. 2 at ¶ 1.) He does not purport to be an expert document examiner. To the extent that he refers to the documents of title, he describes them as a "clear and apparently undisputed chain of assignments." (McCallion Decl. Ex. 2 at ¶

20

10.)   The chain is certainly not "undisputed."   There is no
basis to believe that Professor Jaszi has provided an opinion as
to the legitimacy of any of the documents or that he has the
expertise to do so.

**B.**

The defendants present evidence of that the chain of title
to the Fellini film runs from Riama to Paramount through Astor
Pictures and Republic, among others.   The defendants do not have
to prove that Paramount is in fact the owner of the copyright to
prevail on this motion.   In fact, it is possible for the Fellini
film to be in the public domain.   See <u>Metro-Goldwyn-Mayer</u>
<u>Studios Inc. V. Grokster, Ltd.,</u> 545 U.S. 913, 954 (2005)
(referring to films in the public domain).   It is the plaintiff
who bears the burden of proving that its chain of title is
valid.   See <u>Yurman Design</u>, 262 F.3d at 108-09.

However, the defendants' evidence of an alternative chain
of title does lend credence to their argument that the plaintiff
cannot prove it properly holds the copyright in the Fellini
film.   The film was released in the United States in 1961 and
there was extensive media coverage of the opening.   (Butterfied
Decl. Ex. 14, Feb. 1, 2008.)   This evidence lends credence to
the defendants' argument that Cinemat could not have conveyed

21

its interest to Hor in 1980 when the film had opened so publicly in the United States through a chain of title that is inconsistent with Cinemat continuing to hold the copyright. Moreover, Republic registered a restored copyright in the film in 1998. IMF received notice of the Republic registration when IMF filed its registration in December 2002. All of this evidence lends support to the defendants' argument that IMF does not hold the copyright to the Fellini film.

In any event, the plaintiff has failed to show that it has sufficient admissible evidence from which a reasonable fact finder could conclude that it was the copyright owner of the Fellini film. See Am. Plastic Equip., Inc. v. Toytrackerz, LLC, No. 07 Civ. 2253, 2009 WL 902422, at **6-7 (D. Kan. Mar. 31, 2009) (granting summary judgment on copyright infringement claim when plaintiff cannot meet burden of proving ownership of copyright). Therefore, the defendants are entitled to summary judgment dismissing the plaintiff's claims for copyright infringement.[3]

---

[3] It is unnecessary to reach the defendants' additional arguments for summary judgment, including the argument that the defendants' film did not infringe the Fellini film.

22

**IV.**

The defendants also seek summary judgment on the plaintiff's trademark claims, arguing that IMF does not own the copyright in the Fellini film and therefore cannot prove that it is the owner of the claimed mark.  In order to prevail on its Lanham Act claims for its unregistered alleged trademarks, the plaintiff must prove that "it has a valid mark that is entitled to protection under the Lanham Act" and that the defendants' use of the mark in commerce without the plaintiff's consent "is likely to cause confusion . . . as to the affiliation, connection, or association of [defendant] with [plaintiff], or as to the origin, sponsorship, or approval of [the defendant's] goods, services, or commercial activities by [plaintiff]."  1-800 Contacts, Inc. v. WhenU.Com, Inc., 414 F.3d 400, 406-07 (2d Cir. 2005) (alterations in original) (quoting 15 U.S.C. § 1125(a)(1)(A)).

In this case, the plaintiff cannot prove that it owns a valid trademark.  The plaintiff has been unable to prove a chain of title that would make it the owner of the copyright of the Fellini film.  It follows from the fact that the plaintiff's chain of title is insufficient that the "plaintiff does not have any ownership or proprietary interest in any protectible mark that it alleges [the] defendant[s] to have infringed."  Pannonia

23

Farms, Inc. v. USA Cable, No. 03 Civ. 7841, 2004 WL 1276842, at
*6 n.15 (S.D.N.Y. June 8, 2004); see also Christopher D.
Smithers Found., Inc. v. St. Lukes-Roosevelt Hosp. Ctr., No. 00
Civ. 5502, 2001 WL 761076, at *4 (S.D.N.Y. July 6, 2001)
(finding that standing to pursue trademark claim requires "some
discernable interest in the mark").  Therefore, the plaintiff
cannot show that it has standing to assert that there is
confusion of origin or any other trademark claim and summary
judgment in favor of the defendants on the trademarks claims is
appropriate.

**V.**

The plaintiff has also asserted state law claims.  The
Court declines to exercise supplemental jurisdiction over those
claims because the Court has dismissed all of the federal
claims.  See 28 U.S.C. § 1367(c)(3) (district court may decline
to exercise supplemental jurisdiction when it "has dismissed all
claims over which it has original jurisdiction"); Marcus v. AT&T
Corp., 138 F.3d 46, 57 (2d Cir. 1998) ("In general, where the
federal claims are dismissed before trial, the state claims
should be dismissed as well.").

24

## VI.

The plaintiff moves to strike certain of the defendants' summary judgment evidence. Much of this motion appears to be an effort to provide additional arguments that would have otherwise been precluded by the reasonable page limits on the motion. For example, the plaintiff argues that evidence in the defendants' affidavits is irrelevant and argumentative. The Court has not relied on any irrelevant or argumentative information, and the Court has relied only on admissible evidence in deciding the motion for summary judgment. The plaintiff's motion to strike is therefore denied as moot.

## VII.

The defendants asserted a counterclaim for cancellation of the plaintiff's restored copyright registration. The defendants bear the burden of proof on this claim. The defendants agreed after oral argument to withdraw their counterclaim without prejudice if the plaintiff's claims were dismissed. The defendants' counterclaim is therefore dismissed without prejudice.

25

CONCLUSION


The defendants' motion for summary judgment is **granted**.
The plaintiff's trademark claims and copyright claims are
**dismissed**.   The Court declines to exercise supplemental
jurisdiction over the plaintiff's state law claims and those
claims are **dismissed without prejudice**.   The plaintiff's motion
to strike is **denied as moot**.   The defendants' counterclaim is
**dismissed without prejudice**.

The Clerk is directed to close Docket No. 54.

SO ORDERED.

Dated:     New York, New York
           March 31, 2010
                                        _____
                                            John G. Koeltl
                                    United States District Judge

# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
INTERNATIONAL MEDIA FILMS, INC.,
                              Plaintiff,

                 -against-

LUCAS ENTERTAINMENT, INC., ET AL.,
                              Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/10

07 **CIVIL** 1178 (JGK)
**JUDGMENT**

 

Defendants having moved for summary judgment on all claims pursuant to Fed. R. Civ. P. 56, plaintiff having cross-moved to strike certain of defendants' summary judgment evidence, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on March 31, 2010, having rendered its Memorandum Opinion and Order granting defendants' motion for summary judgment, dismissing plaintiff's trademark claims and copyright claims, declining to exercise supplemental jurisdiction over the plaintiff's state law claims and dismissing those claims without prejudice, denying plaintiff's motion to strike as moot, and dismissing defendants' counterclaim without prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 31, 2010, defendants' motion for summary judgment is granted; plaintiff's trademark claims and copyright claims are dismissed; the Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and those claims are dismissed without prejudice; plaintiff's motion to strike is denied as moot; and defendants' counterclaim is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
     March 31, 2010

          **J. MICHAEL McMAHON**
          —————————————————
          **Clerk of Court**

          BY: ———————————————

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

          **Deputy Clerk**

# EXHIBIT F

# Welcome to IMF



Projects

About us

Contact us

Links

# IMF Classics

**IMF Home**      **Projects**      **About us**      **Contact us**          **Links**



**La Dolce Vita by Federico Fellini**

A rich, detailed panorama of Rome's modern decadence and sophisticated immorality, the film is episodic in structure but held tightly in focus by the wandering protagonist through whom we witness the sordid action. Marcello (extraordinarily played by Marcello Mastroianni) is a tabloid reporter trapped in a shallow high-society existence.

**I Vitelloni by Federico Fellini**

Five young men linger in post-adolescent limbo dreaming of adventure and escape from their small seacoast town. They while away their time spending the lira doled out by their indulgent families on drink, women, and nights at the local pool hall. It is masterpiece of sharply drawn character sketches. Watch Quicktime Trailer

**Divorce Italian Style by Pietro Germi**

A bored upper-class Sicilian (Mastroianni) has grown tired of his wife and would rather marry his attractive cousin. Unfortunately, divorce is illegal in Italy. Therefore, he decides to find a lover for his wife and murder her out of "jealousy". A hilarious farce about love and marriage.

**Germania Anno Zero by Roberto Rossellini**

In this Neorealist masterpiece, twelve-year-old Edmund, a child who has known only upheaval and terror, struggles to help his family survive the devastation of post WW II Germany.  One day he meets his former schoolteacher, who now profits from Nazi propaganda, and sets in motion a shocking new chain of violence.

**Bellissima by Luchino Visconti**

Film director Blasetti is looking for a little girl for his new movie. Along

with other mothers, Maddelena takes her daugther to Cinecittà, hoping she'll be selected and become a star. She is ready to sacrifice anything for little Maria, even if her husband would prefer they save their little money for the rent, instead of paying teachers, hairdressers or bribes for her illusions.

**La Terra Trema by Luchino Visconti**

A family struggles to find happiness against the backdrop of Sicily's fishing community. Real Sicilian locals played all of the villagers, whose lives undergo dramatic changes when their plot to overthrow the wholesalers deprives them of a decent living. Against the odds, they still enjoy love, laughter, and friendship within their community.

**Ossessione by Luchino Visconti**

Beautiful hotel owner Giovanna is hopelessly drawn to Gino, a handsome drifter. They decide to kill off her spouse and collect his hefty insurance premium, but soon the lovers are trapped in a spiral of deception, jealousy, and fate. Adapted from James M. Cain's "The Postman Always Rings Twice."

**Shoeshine (Sciuscia) by Vittorio De Sica**

With no one else to turn to, two boys, Giuseppe and Pasquale form a solid friendship, as well as a "corporation" of sorts: they eke out a living shining the boots of American GIs. The boys' hope for a rosier future is manifested in their dreams of owning a beautiful white horse. This, along with all their other aspirations, is eradicated when one boy inadvertently causes the death of the other.

**La Moglie Piu Bella by Damiano Damiani**

When, Francesca (Ornella Muti), a 16 year old girl, rebels against Sicilian tradition by refusing to partake in a pre-arranged marriage, she is kidnapped and raped by the nephew of the local mafia Don. Her accusations sends the rapist to jail. A teenage hit man sent to kill Francesca falls in love with his intended victim.

**Love by Appointment by Armando Nannuzzi**

Ernest Borgnine and Robert Alda are free swinging businessman looking for love.  Francoise Fabian is a young, highly styled, money hungry madam who provides sexual entertainment for a very special clientele. Corinne, Norma and Silvia are Francoise's three Passion Princesses, eager to fulfill

the client's every desire.



INTERNATIONAL MEDIA FILMS

The highlights of the IMF library are the precious treasures La Dolce Vita and I Vitteloni by Federico Fellini. Two powerful films by Visconti, Ossessione and La Terra Trema. A delightful comedy starring Marcello Mastroianni dir. by Pietro Germi called, Divorce Italian Style. One intense drama by De Sica, the father of Italian neorealism, entitled Sciuscia. And neorealist classics by Rossellini, Germania Anno Zero and Citta Aperta. We are also very proud to offer an extensive library of 13 Mario Bava films. There has been extensive coverage recently on resurgence in Bava's popularity and influence on modern filmmakers.

Mr. Leone has been a pioneering force in the film industry since 1956. He has served as a producer, writer, director, actor or consultant on over 25 film and television projects but is best known for his collaboration with Italy's foremost director of fantasy and horror films Mario Bava. Mr. Leone's film projects include Four Times That Night (1969), Baron Blood (1972), Lisa and the Devil (1973), Love By Appointment (1976) and, for NBC-TV, Gold of the Amazon Women (1979). Mr. Leone also produced and co-wrote Lisa and The Devil and directed new sequences for House of Exorcism under the pseudonym Mickey Lion. He has acted as consultant on the Hollywood productions The Border starring Jack Nicholson and The Best Little Whorehouse in Texas starring Burt Reynolds and Dolly Parton. For 2002, Mr. Leone has resurrected director Mario Bava's "lost" 1974 film Kidnapped.

| FILM TITLE | RIGHTS | DIR. | GENRE | DURATION |
|---|---|---|---|---|
| La Dolce Vita | World except Italy, France | Fellini | Classics | Perpetuity |
| I Vitelloni | US & Canada | Fellini | Classics | Perpetuity |
| Divorce Italian Style | US & Canada | P. Germi | Classics | Perpetuity |
| Flavia The Muslim Nun | US & Canada | Mingozzi | Classics | Perpetuity |
| Story of A Cloistered Nun | US & Canada | Paoella | Classics | Perpetuity |
| Bellissima | US, Canada, Israel, France | Visconti | Classics | Perpetuity |
| La Terra Trema | World except Italy, Spain | Visconti | Classics | Perpetuity |
| Ossessione | World except Italy, Spain | Visconti | Classics | Perpetuity |
| Sciuscia | World except Italy | De Sica | Classics | Perpetuity |
| Germania Anno Zero | World except Italy | Rossellini | Classics | Perpetuity |
| Citta Aperta | Pending | Rossellini | Classics | Perpetuity |
| La Moglie Piu Bella | US & Canada | Damiani | Classics | Perpetuity |
| Mio Nome E Nessuno | US & Canada | S. Leone | Classics | Perpetuity |
| Baron Blood | World ex/ 50% Italy | Bava | Horror | Perpetuity |
| Black Sabbath | World except Italy | Bava | Horror | Perpetuity |
| Black Sunday | World except Italy, Spain | Bava | Horror | Perpetuity |
| Evil Eye | World except Italy, Spain | Bava | Horror | Perpetuity |
| Five Dolls for August Moon | World except Italy, Spain | Bava | Mystery | Perpetuity |
| House of Exorcism | World | Bava | Horror | Perpetuity |
| Twitch of The Death Nerve | World except Italy | Bava | Horror | Perpetuity |
| Kill Baby Kill | World except Italy | Bava | Horror | Perpetuity |
| Lisa and the Devil | World except Spain, Port. | Bava | Horror | Perpetuity |
| Kidnapped | World | Bava. | Action | Perpetuity |
| Four Times That Night | World except Germany | Bava. | Comedy | Perpetuity |
| Roy Colt and Winchester Jack | World | Bava | Western | Perpetuity |
| Knives of the Avenger | World except Italy | Bava. | Action | Perpetuity |
| Gold of the Amazon Women | World | Mark Lester | Action | Perpetuity |
| The Price of Power | US & Canada | M. Patrizi | Western | Perpetuity |
| Vengeance | English Speaking Terr. | A.Dawson | Action | Perpetuity |
| Love by Appointment | World | A.Nanuzi | Drama | Perpetuity |
| La Cage Los Angeles | World | A.Leone | Variety | Perpetuity |
| Voices Beyond The Grave | US.&.Canada | Fulci | Horror | 15.Yr.Lic |



**Alfredo Leone**
**CEO and Owner**



Mr. Leone has been a pioneering force in the entertainment industry for more than 50 years, serving as a producer, writer, director, actor and consultant on countless films and television projects.

Through IMF, Mr. Leone is developing new productions and re-makes from the film library. Currently, he is developing the classic film LA DOLCE VITA into a Broadway Musical.
In 2006, Mr. Leone formed Hammond Studios in Louisiana and has been approved by the State of Louisiana for an $845 million film studio and luxury resort development for which the company will receive $332 million tax credit.
As a developer, Mr. Leone partnered with David B. Putnum in the North Beach Development Corporation.
For over a decade Mr. Leone collaborated with Italy's foremost director of sci-fi and horror, Mario Bava, whose work has been acknowledged as a major influence by such filmmakers as Scorsese, Tim Burton, Quentin Tarantino, Joe Dante, Wes Craven and Guillermo del Toro. It was during this period that Telly Savalas's trademark lollipop was born. In May of 2002, The Egyptian Theater in Hollywood had a retrospective of the Bava library. The Egyptian Theater has scheduled a new retrospective for Spring 2008.
In addition, Mr. Leone founded Euro-America in Rome to promote and produce international co-ventures and world-wide distribution, producing such films as *Baron Blood* (Joseph Cotton and Elke Sommer), *Lisa and The Devil* (Telly Savalas) *Love By Appointment* (Ernest Borgnine).

Mr. Leone owned and operated the world famous dinner theater, LA CAGE, Los Angeles, a five star restaurant and entertainment establishment.

Mr. Leone is a prominent member of the FRIAR'S and The LAMBS CLUB and is a member of THE ACADEMY OF MOTION PICTURES.



**Andreas von Scheele**
**President**



Andreas von Scheele is spearheading new production and new markets for IMF's extensive film library.

Andreas has been a filmmaker for over a decade. His credits include a feature film (as writer, director, and producer called *Anna's Thread*; numerous shorts, including, *The Lottery*, which toured the festival circuit. From 2004-6, Andreas produced a daily 10-minute news show for RAINEWS24. www.rainews24.it

Andreas has written 5 feature scripts and translates from Italian to English. He has translated filmmaker Ilaria Borrelli's novel *Tremors* and the production script for the film *Princess of The Sparrow Hawks*.

Andreas is also part owner and a regular creative contributor of FLY 16X9, a luxury lifestyle/new media production company that Vogue magazine recently called a "limited edition

opus... connecting fashion, fine arts and cinema." In this unique setting, Andreas has shot, directed and edited films for Karl Lagerfeld, Valentino, Calvin Klein, Veuve Clicquot, Banana Republic, Tod's (with Sienna Miller) and more. Andreas now also heads up the marketing and sales arm for FLY 16X9. www.insidefly.com

For two years he was story editor and office manager at Sigourney Weaver's production company Goat Cay Productions.

His creative work can be found at www.andreasvonscheele.com

# EXHIBIT G

News Room

   Email   Print Friendly   Share

**SOURCE: E1 Entertainment**



January 26, 2010 11:20 ET

## E1 Entertainment Acquires All North American Rights to Federico Fellini's "La Dolce Vita"

**Long Term Agreement Covers All Rights Including DVD, Television and Digital Rights; Agreement Also Includes 4 Other Italian Classics**

PORT WASHINGTON, NY--(Marketwire - January 26, 2010) - E1 Entertainment has acquired all North American rights to Federico Fellini's 1960 masterpiece "La Dolce Vita," as well as other classic Italian films for North America, in a new deal with International Media Films. Previously, E1 handled North American home video rights only for "La Dolce Vita."

A 50th Anniversary special edition DVD release of "La Dolce Vita," as well as a theatrical re-release and a Blu-ray release, are planned for later this year.

Winner of an Academy Award and the Grand Prize at the Cannes Film Festival, Federico Fellini's masterpiece gave the world the term "paparazzi," and catapulted Fellini to the pantheon of visionary directors. Marcello Mastroianni stars as tabloid reporter Marcello, the role that made him an international sensation. Vividly brought to life by Fellini's iconic images and composer Nino Rota's classic score, "La Dolce Vita" is a towering achievement in world cinema and one of the most popular and influential films of all time.

Other films included in this deal are Vittorio De Sica's "Shoe-Shine" (1946) plus three important early films by Luchino Visconti: "Bellissima" (1951), "La Terra Trema" (1948), and "Ossessione" (1943).

Alfredo Leone, a pioneering force in the entertainment industry for more than 50 years, serving as a producer, writer, director, actor and consultant on countless films and television projects, is CEO and owner of International Media Films. His company recently won the 34th Annual Saturn Award for its DVD Box Set of horror pioneer Mario Bava's films.

E1 Entertainment Distribution U.S. President Michael Rosenberg states, "We are pleased to expand our relationship with Alfredo Leone to distribute these important films, many of which have not been available in the U.S."

Leone adds, "International Media Films is delighted to enter into this new agreement with E1 Entertainment to release 'La Dolce Vita' and to offer these great classic films to North American audiences."

About E1 Entertainment

E1 Entertainment (AIM: ETO) is a leading independent entertainment content owner that acquires film, television and music rights and exploits these rights in all media in more than 190 countries. The company currently operates in Canada, the U.S., the UK, Holland and Belgium through its four primary businesses units: E1 Television, E1 Films, E1 Music and E1 Distribution. These businesses collectively represent E1's extensive expertise in film distribution, television and music production/distribution, Kids content, Licensing and Distribution. E1's content library includes more than 3,700 feature films, 2,700 hours of original television programming and 15,000 music tracks.

### Contact Information

For more information, contact:
Giovanna Melchiorre
516-484-1000x279
Email Contact

   Email   Print Friendly   Share

News Room

# EXHIBIT H





Hello. Sign in to get personalized recommendations. New customer? Start here.

FREE Two-Day Shipping for College
Presented by Toshiba

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Digital Items | Your Account | Help

Shop All Departments

Search | Movies & TV

Cart    Wish List

Movies & TV

New Releases | Bestsellers | Today's Deals | Blu-ray | Browse Genres | TV Shows | Amazon Instant Video | Prime Instant Videos | Your Video Library

More Amazon.com Search Results for "la dolce vita dvd"

**La Dolce Vita [VHS]**
Buy new: ~~$14.98~~ **$13.22**
43 Used & new from $3.06
(122)

**La Dolce Vita (Deluxe Collector's Edition)**
Buy new: ~~$79.98~~ **$51.99**
23 Used & new from $23.04
(122)

**LA DOLCE VITA [NTSC/REGION 1 & 4 DVD. Import-Latin America] (Collecto...**
Buy new: **$14.97**
8 Used & new from $11.99

See all 78 results





Click for larger image and other views

Share your own related images

## La Dolce Vita (2-Disc Collector's Edition) (1961)

Marcello Mastroianni (Actor), Anita Ekberg (Actor) | Rated: NR | Format: DVD

(122 customer reviews) |          (6)

List Price: ~~$39.98~~
Price: **$13.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
You Save: $25.99 (65%)

**In Stock.**
Sold by newbury_comics and Fulfilled by Amazon.

**Want it delivered Monday, August 15?** Order it in the next 20 hours and 18 minutes, and choose **One-Day Shipping** at checkout. Details

47 new from $10.24    28 used from $8.75
1 collectible from $29.99

Also Available in:
| | List Price: | Our Price: | Other Offers: |
|---|---|---|---|
| Amazon Instant Video | | $9.99 | |
| VHS Tape | $14.98 | $13.22 | 43 used & new from $3.06 |

Quantity: 1

or
Sign in to turn on 1-Click ordering.
or



Amazon Prime Free Trial required. Sign up when you check out. Learn More

**More Buying Choices**
76 used & new from $8.75

Have one to sell?
or
Get up to a $4.50 Amazon gift card    Trade in here

Share



**Trade In This Movies & TV Item for $4.50**
Trade in La Dolce Vita (2-Disc Collector's Edition) for a $4.50 Amazon.com Gift Card that can be redeemed for millions of items store wide. See more Movies & TV eligible for trade-in

> See more product promotions

## Special Offers and Product Promotions

- **Up to 50% Off Select Movie Collections**: For a limited time, load up on select box set and double packs of movie favorites on DVD and Blu-ray and save up to 50%. Offer ends August 29, 2011. Shop now.
- **Got an opinion about movies?** Movie fans are invited to help shape the next blockbuster at Amazon Studios, a movie development website. Thousands of scripts and test movies are looking for an audience, and your reviews can make a difference. Learn more.

## Frequently Bought Together

**Price For All Three: $72.66**

+          +

Case 2:11-cv-09112-SJO-AJW  Document 1  Filed 11/02/11  Page 73 of 102  Page ID #:98

     Show availability and shipping details

☑ **This item:** La Dolce Vita (2-Disc Collector's Edition) ~ Marcello Mastroianni  DVD  $13.99
☑ 8 1/2: The Criterion Collection ~ Bruno Agostini  DVD  $26.18
☑ Amarcord: The Criterion Collection ~ Pupella Maggio  DVD  $32.49

---

## What Other Items Do Customers Buy After Viewing This Item?

  8 1/2: The Criterion Collection ~ Bruno Agostini  DVD
(131)
$26.18

  Amarcord: The Criterion Collection ~ Pupella Maggio  DVD
(73)
$32.49

  Raging Bull (Special Edition) ~ Robert De Niro  DVD
(246)

Roman Holiday (Special Collector's Edition) ~ Gregory Peck  DVD
(205)
$5.78

› **Explore similar items**

---

## Product Details

**Actors:** Marcello Mastroianni, Anita Ekberg, Anouk Aimée, Yvonne Furneaux, Magali Noël
**Format:** Anamorphic, Black & White, Collector's Edition, DVD, Enhanced, Original recording remastered, Restored, Subtitled, Widescreen, NTSC
**Language:** English (Dolby Digital 5.1), Italian (Dolby Digital 1.0), Italian (Dolby Digital 2.0 Stereo), Italian (Dolby Digital 5.1)
**Subtitles:** English, Spanish
**Region:** Region 1 (U.S. and Canada only. Read more about DVD formats.)
**Aspect Ratio:** 2.35:1
**Number of discs:** 2
**Rated:**
**Studio:** Koch Lorber Films
**DVD Release Date:** September 21, 2004
**Run Time:** 174 minutes
**Average Customer Review:**        (122 customer reviews)
**ASIN:** B00005JKGO
**Amazon Bestsellers Rank:** #2,882 in Movies & TV (See Top 100 in Movies & TV)
        #32 in Movies & TV > DVD > Foreign Films

Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

For more information about "La Dolce Vita (2-Disc Collector's Edition)" **visit the Internet Movie Database (IMDb)**

---

## Special Features

Fellini TV: collection of never-before-seen Fellini shorts
"Remembering the Sweet Life": interviews with Marcello Mastroianni and Anita Ekberg
"Cinecitta: The House of Fellini": musical montage of Fellini's beloved studio
"Fellini, Roma and Cinecitta": interview with Fellini
Eight-page collector's booklet with rare and hard-to-find photos from the set photographer
Introduction by Academy Award nominee Alexander Payne
Liner notes by Dennis Bartok

73

Restored mono sound, with optional stereo and 5.1 tracks

Restoration demo

Biographies

Filmographies

Photo gallery

**Read more**

## Editorial Reviews

### Amazon.com

At three brief hours, *La Dolce Vita*, a piece of cynical, engrossing social commentary, stands as Federico Fellini's timeless masterpiece. A rich, detailed panorama of Rome's modern decadence and sophisticated immorality, the film is episodic in structure but held tightly in focus by the wandering protagonist through whom we witness the sordid action. Marcello Rubini (extraordinarily played by Marcello Mastroianni) is a tabloid reporter trapped in a shallow high-society existence. A man of paradoxical emotional juxtapositions (cool but tortured, sexy but impotent), he dreams about writing something important but remains seduced by the money and prestige that accompany his shallow position. He romanticizes finding true love but acts unfazed upon finding that his girlfriend has taken an overdose of sleeping pills. Instead, he engages in an ménage à trois, then frolics in a fountain with a giggling American starlet (bombshell Anita Ekberg), and in the film's unforgettably inspired finale, attends a wild orgy that ends, symbolically, with its participants finding a rotting sea animal while wandering the beach at dawn. Fellini saw his film as life affirming (thus its title, *The Sweet Life*), but it's impossible to take him seriously. While Mastroianni drifts from one worldly pleasure to another, be it sex, drink, glamorous parties, or rich foods, they are presented, through his detached eyes, are merely momentary distractions. His existence, an endless series of wild evenings and lonely mornings, is ultimately soulless and facile. Because he lacks the courage to change, Mastroianni is left with no alternative but to wearily accept and enjoy this "sweet" life. --Dave McCoy

### Product Description

LA DOLCE VITA - DVD Movie

See all Editorial Reviews

## Customer Reviews

**122 Reviews**

| 5 star: | (82) |
|---|---|
| 4 star: | (13) |
| 3 star: | (14) |
| 2 star: | (4) |
| 1 star: | (9) |

**Average Customer Review**
(122 customer reviews)

Share your thoughts with other customers:

### Most Helpful Customer Reviews

115 of 121 people found the following review helpful:

**The gist: simply one of the greatest films ever made,**

January 8, 2003

By **Robert Moore** (Chicago, IL USA) - See all my reviews

This review is from: La Dolce Vita (2-Disc Collector's Edition) (DVD)

The is a movie of stunning images that taken together provide a stunning and ironical montage of "the good life." In fact, by the end I was reminded simultaneously of Thoreau's statement that the mass of people live lives of quiet desperation and Kierkegaard's belief that the natural condition of human beings is that of despair. There is no plot. The movie consists of a series of loosely or unconnected scenes with little or not attempt to link them. Many of the scenes are stunning. Some are disturbing. None of them are boring, which is remarkable given the length of the film (166 minutes).

The beginning is memorable, with a helicopter flying over Rome with a statue of Christ hanging underneath. A celebrity journalist, portrayed brilliantly by Marcello Mastroianni (the original producer, Dino de Laurentiis, pulled out of the project when Fellini refused to cast Paul Newman in the lead role), is following the statue in order to write about it, but he and his team get distracted by women sunbathing in bikinis on a rooftop. In this and many other scenes, the tremendous gap between traditional and historical symbols of meaning and current preoccupation with mere pleasure is articulated. The overwhelming sense in the film is


amazonlocal
Save 50% or more in Chicago
▸ See today's deal
Advertisement                    Ad feedback

### Most Recent Customer Reviews

**Masterpiece**

La Dolce Vita shows how vulgar and how rotten to the core the idea of celebrity, gossip and 'high society' is and it is about as relevant now as it has ever been!

**Read more**

Published 12 days ago by Georgio Alfani

of the tremendous triviality of these people's lives and the loss of moral purpose. There are only two exceptions in the film: Marcello's close friend Steiner, whose life is a search for meaning and truth, and a young girl Marcello first meets at a restaurant where she is a food server and then sees again in the last few moments of the film. But Steiner's search is a futile one, leading him not merely to kill himself but his two children as well. And the young girl is not merely a symbol of innocence, but of innocence lost, not to be found again. In the last few seconds of the film, after a drunken debauch, Marcello walks to the seashore at dawn. There he sees the young girl across a watery divide. She waves to him, and tries to shout something to him. But her words are drowned by the waves and the wind, and eventually they both smile, realizing that they he will never be able to hear what she has to say. The way that Marcello wistfully shrugs his shoulders is almost an acknowledgement that he is one of the damned. It is one of the most heartbreaking moments in modern film, as well as one of the most poignant.

Rome itself is as prominent in this film as any of the characters, but it is not the Rome one finds in ROMAN HOLIDAY. Much of the city looks not historic or beautiful, but antiseptic, shoddily fabricated, barely reclaimed modern ruins. There are a number of ugly modernistic buildings and a number of the areas look bleak and abandoned. This is all, of course, highly symbolic of the bleakness of the lives of the characters. Many films have discussions like this imposed on them (I think of some of the magnificent parodies in episodes of Monty Python), but LA DOLCE VITA almost demands metaphysical discussion. Fellini is concerned with the fate of human beings in the modern world, with what we have all lost and what we have failed to acquire in its place.

Special mention has to be made of the extraordinary music for the film written by the incomparable Nino Rota, and easily stands as one of the very greatest film scores ever written, as integral to the success of the film as Bernard Hermann's scores for NORTH BY NORTHWEST or PSYCHO or Ennio Morricone's for A FISTFUL OF DOLLARS. It is not epic or histrionic, but playful and light, almost ironic, as if to underscore the manner in which the characters whistle while Rome burns itself out.

A spectacular film, one of my favorites ever. It is arguably Fellini's greatest film, and one of the great monuments of cinema.

Help other customers find the most helpful reviews    Report abuse | Permalink
Was this review helpful to you?                         Comment (1)

121 of 131 people found the following review helpful:
**No Salvation Within Four Walls**, September 13, 2004
By **mackjay** (Cambridge, MA) - See all my reviews
This review is from: La Dolce Vita (2-Disc Collector's Edition) (DVD)
LA DOLCE VITA is neither terrible nor overrated. There is something to be said for the pretty large number of film fans who love this one. It is an episodic film, but that is a feature of much of Fellini. In several films, Fellini builds his meaning in this way: not so much with a single continuing plot, but with a series of smaller stories that add up to a total collection of ideas.

Maybe the secret (if there is one) of LA DOLCE VITA's appeal is that it's so darned interesting all the time. This especially applies to the plot concerning Steiner. Steiner is the key figure in the film, apart from Marcello himself, who is Fellini's and the viewer's counterpart. What Steiner represents to Marcello is of prime importance. The young reporter sees the older man as a perfected, idealized version of himself. He longs to emulate Steiner and is convinced this man knows how to live life fully. There is irony aplenty in the entire Steiner narrative. When Marcello brings his wife to the Steiner party, they meet a few interesting, but mostly insufferably pretentious 'intellectual' types. (the famous Fellini 'careless' post-dubbing of dialogue in this scene particularly amusing: it seems to add to these characters' disconnection from a true self, as though they don't even realize what they are actually saying). Steiner himself associates with these people, yet does not truly seem to be one of them. He feels trapped by his own pretentious circle of intellectuals. When Marcello tell him how much he envies and admires him, Steiner replies:

**A collectible for sure**
I had this on VHS with a dubbed in English version. The DVD stated it too was dubbed in English, but it isn't. It is subtitled in English and Italian. **Read more**
Published 18 days ago by William Dakota

**The Saccharine Life**
I still recall my first couple viewings of La Dolce Vita. I was always unsure exactly what I thought of this peek into the lives of the rich and beautiful... **Read more**
Published 28 days ago by A. Rodriguez

**Purchased as a gift.**
This was purchased as a gift for someone who is a fan of La Dolce Vita. It was packaged nicely and appeared expensive as a Collector's Edition should be. **Read more**
Published 6 months ago by IslandSandy

**La Dolce Vita**
This film represents Fellini at the pinnacle of his success. 8 1/2 is autobiographical and considered the companion piece to this film. **Read more**
Published 8 months ago by Cindi Dewey

**Wasn't what I expected!**
I was not thrilled with this movie. I thought it was going to be better than it was unfortunately. It was very long and boring. I actually fell asleep while watching it. **Read more**
Published 11 months ago by DBLARCOM

**Simply Unforgettable**
La Dolce Vita (The Daily Vitamin) has some truly unforgettable cinematography. I was immediately struck by the opening scene of the film where we have the unforgettable sight of a... **Read more**
Published 18 months ago by Lord Schitsdain

**Fifty Years Old and Still Going Strong**
Federico Fellini's widescreen 1960 B&W masterpiece, LA DOLCE VITA (literally "The Sweet Life") has turned fifty years old, but despite some inevitable anachronisms, its themes of... **Read more**
Published 19 months ago by Allen Smalling

**La Dolce Cinema...**
Of all of Fellini's films, this one is the one that most of my friends consider the greatest. I adore it, admire it and consider it a masterpiece. **Read more**
Published 20 months ago by Andrew Ellington

**Great Movie, Bad Edition**
Warning! -- Avoid this edition. The subtitles are hideous, yellow, and intrusive. They are laid over the picture and absolutely ruin the image. **Read more**
Published 22 months ago by D. Stanley

**Search Customer Reviews**

☑ Only search this product's reviews

> **See all 122 customer reviews...**

"Don't be like me. Salvation doesn't lie within four walls. I'm too serious to be a dilettante and too much a dabbler to be a professional. Even the most miserable life is better than a sheltered existence in an organized society where everything is calculated and perfected."

This gives Marcello much to contemplate for the rest of the film. And Steiner's subsequent suicide confirms the deep suspicion growing within the protagonist that all of existence, as he himself has known it thus far, is fundamentally absurd and meaningless. For this reason the film is existential in its outlook. Marcello is the modern, urban human, trapped in an absurd universe. But Fellini, seems not fully despairing in his outlook. Consider, for example, the significance of Marcello's interaction with the blonde girl in the cafe--she represents a simpler life away from the city and the over-complications of modern existence. Many viewers have missed the fact that it is this same girl who waves to Marcello on the beach in the film's final scene: she waves and is telling something he is never able to hear, so he waves once, and turns back to the empty, inebriated crowd as they speculate about the unknowability of nature, embodied by a monstrous, bloated fish.

LA DOLCE VITA is a great film for the way it pulls some viewers in and forces them to contemplate the actual content of what they are seeing. The film's main theme is one it shares with fims of Antonioni: modern man has become disconnected from the natural world and he suffers because of it. LA DOLCE VITA's visual style is poetic, some of its characters are more than compelling and hard to forget, and its musical score by Nino Rota is among the most memorable of all time.

Help other customers find the most helpful reviews          Report abuse | Permalink
Was this review helpful to you?                              Comments (2)

29 of 29 people found the following review helpful:
**Get this onto DVD!**, October 15, 2001
By **"jisyn"** (Evanston, IL USA) - See all my reviews
This review is from: La Dolce Vita (2-Disc Collector's Edition) (DVD)
My favorite Fellini film, combining the brilliant kaleidescopic parading of faces that characterize his later films with the humanistic neorealism of his earlier work. Told in a series of all-night parties that each end with the recognition of dawn, the movie tells the story of a tabloid writer who has risen to the top of his profession only to be dragged down because he can't find any sustaining meaning in the glitz and glamour.

But the story line, although more important here than in later Fellini films, is really just a device to put actors on the screen, and nobody does this better. The cast is real reason to see this; Mastroianni in the role of his life, Anouk Aimee as a bored rich woman, and Anita Ekberg spilling out of her dress as an American actress are merely the most famous - every single performance, even by the most trivial of parts, is astounding and some of the best ever captured on film. My personal favorite is the clown trumpet player with the balloons at the Cha-Cha Club - in the middle of his performance he flashes one quick look at Mastroianni that speaks volumes.

Unfortunately, the only version I have ever seen is in a standard screen ratio that is obviously badly panned - in a film this full of images there is almost more panning than actual camera movement going on, and still too much is happening off-screen. This movie needs badly to be letterboxed and given a new subtitle translation - but in the meantime, even if you have to settle for the poor VHS version, just enjoy what we have, from the awesome set pieces like the chasing of the Madonna and the final party, to the amazing Nino Rota score and the haunting organ melody of "Patricia".

Help other customers find the most helpful reviews          Report abuse | Permalink
Was this review helpful to you?                              Comment

Share your thoughts with other customers:
› **See all 122 customer reviews...**

http://www.amazon.com/dp/B00005JKGO/?tag=googhydr-20&hvadid=4542299995&ref=...   8/12/2011

## Customers Who Bought This Item Also Bought

Page 1 of 16









Back

Next

**8 1 / 2: The Criterion Collection** DVD ~ Bruno Agostini
(131)
$26.18

**The Bicycle Thief** DVD ~ Lamberto Maggiorani
(131)
$11.62

**Amarcord: The Criterion Collection** DVD ~ Pupella Maggio
(73)
$32.49

**Fellini's Roma** DVD ~ Pedro Gonzalez Gonzalez
(33)
$12.99



**Breathless: The Criterion Collection** DVD ~ Jean-Paul Belmondo
(95)
$33.99

**La Strada (1954) - Essential Art House** DVD ~ Anthony Quinn
(6)
$17.99

---

### Tag this product (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

**Search Products Tagged with**

› **Explore product tags**

### Customer Discussions

**This product's forum**
› **See all 2 discussions...**

### Look for Similar Items by Category

Movies & TV > Movies

### Look for Similar Items by Subject

**Search Movies & TV by subject:**

☐ Drama
☐ Foreign Film - Italian
☐ Foreign Film [Dub Or Subtitle]
☐ Foreign Video - Italian
☐ International
☐ Movie

Find products matching ALL checked subjects

i.e., each product must be in subject 1 AND subject 2 AND ...

---

**Feedback**

› If you need help or have a question for Customer Service, **contact us**.
› Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?
› Is there any other feedback you would like to provide? **Click here**

http://www.amazon.com/dp/B00005JKGO/?tag=googhydr-20&hvadid=4542299995&ref=...   8/12/2011

newbury comics Privacy Statement     newbury comics Shipping Information     newbury comics Returns & Exchanges

## Your Recent History (What's this?)

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Self-publish with Us
› See all

**Let Us Help You**
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon**.com

Canada   China   France   Germany   Italy   Japan   United Kingdom

| AbeBooks | AmazonLocal | AmazonWireless | Askville | Audible | Diapers.com | DPReview | Endless | Fabric |
|---|---|---|---|---|---|---|---|---|
| Rare Books & Textbooks | Great Local Deals in Your City | Cellphones & Wireless Plans | Community Answers | Download Audio Books | Everything But The Baby | Digital Photography | Shoes & More | Sewing, Quilting & Knitting |

| IMDb | MYHABIT | Shopbop | Small Parts | Soap.com | Warehouse Deals | Woot | Zappos |
|---|---|---|---|---|---|---|---|
| Movies, TV & Celebrities | Private Fashion Designer Sales | Designer Fashion Brands | Industrial Supplies | Health, Beauty & Home Essentials | Open-Box Discounts | Never Gonna Give You Up | Shoes & Clothing |

Conditions of Use    Privacy Notice    © 1996-2011, Amazon.com, Inc. or its affiliates

78



MUSIC   MOVIES   GAMES

View Cart   Your Account   Wish List   Help Center

Existing Customer? Sign In

McAfee SECURE
TESTED DAILY 12-AUG

All | Blu-ray | TV on DVD | Search Title

## Browse

> Action/Adventure
> Animation
> Blu-ray
> Box Sets
> Children's
> Comedy
> Drama
> Family
> Horror
> In Theatres
> Nature
> Music Video
> Mystery
> Recommended
> Romance
> Science Fiction

### Browse Television

> TV on DVD
> Adult Swim
> Discovery Channel
> HBO
> MTV
> National Geographic
> Sci-Fi Channel

### Movie Features & More

> Audiobooks
> Bobbleheads
> Bargain Bin
> Best Sellers
> Box Office Top 10
> 2011's Hot Movies
> Future Releases
> Recent Releases
> Top Movie Charts

### Browse Music

> Alt/Indie
> Classical
> Heavy Metal
> Jazz
> Movie Soundtracks
> Rap/Hip Hop
> Rock/Pop
> Vinyl Records

### Browse Games

> PlayStation 3
> Nintendo Wii
> XBox 360
> Nintendo DS
> Sony PSP
> PC Games
> Accessories



**Large Front**

## La Dolce Vita DVD

Widescreen; Collector's Edition; Remastered; Subtitled; Enhanced CD

☆☆☆☆☆
5 out of 5 stars (2 Customer Reviews)



**Add to Cart**

**Our Price: $27.79**

**For Sale Usually ships in 1-2 days**

| | |
|---|---|
| Category | Dramas DVDs, Foreign Films Movies, Recommended Videos, Classic, Essential Cinema, Self-Discovery, Satire, 1960s, Italian , Surreal, Italy, Reporters, Sixties |
| Starring | Marcello Mastroianni, Anita Ekberg, Anouk Aimée, Alain Cuny, Nico, Yvonne Furneaux, Laura Betti, Riccardo Garrone, Nadia Gray, Magali Noel, Jacques Sernas |
| Director | Federico Fellini |
| Composer | Nino Rota |
| Costume Designer | Piero Gherardi |
| Director of Photography | Otello Martelli |
| Editor | Leo Cattozzo |
| Executive Producer | Franco Magli |
| Producer | Giuseppe Amato, Angelo Rizzoli |
| Production Designer | Piero Gherardi |
| Screenwriter | Federico Fellini, Ennio Flaiano, Tullio Pinelli, Brunello Rondi |

Starring Marcello Mastroianni, Anouk Aimee and Anita Ekberg, this all time classic was nominated for 5 Academy Awards.

Director Federico Fellini's portrait of a hedonistic 20th century Rome centers on a handsome journalist (Marcello Mastroianni) in constant pursuit of the extravagant, the sensational, and the absurd, who works for a scandal sheet and becomes intimately involved with the decadent high-society individuals his publication so often maligns. The immoral lifestyles he witnesses nearly paralyze him with shock and outrage, yet he struggles with his complicity.

In Federico Fellini's seminal film LA DOLCE VITA, a three-hour masterpiece that shows one man's descent into "the sweet life" of debauchery, Marcello Mastroianni stars as eccentric journalist Marcello Rubini. On assignment to chronicle the lives of the rich and famous Italian aristocracy in a gossip column for a Roman newspaper, Marcello floats from one fabulous party to the next, meeting all varieties of beautiful, extravagant people. While he would never protest this seemingly ideal job, it makes him feel lonely and empty, and he stays up drinking and dancing night after night only to wake up each morning unbalanced and unfocused. The film follows Marcello's ups and downs in an episodic pattern in which each evening is a new story, a new adventure, a new dare, a new woman with whom to fall helplessly in love--but only for that night. Each morning the slate is wiped clean, and Fellini resets Marcello's score to zero. Sprinkled with religious images and gestures at salvation, LA DOLCE VITA is supreme in the beauty of its all-encompassing symbolism that is expressed through lavish sets, an alluring script, overemphasized physical movements, roller-coaster jazz music, and helpless emotions.

Theatrical release: 1960. The film is set in Rome on the Via Veneto, which is the street in Rome that houses the city's most popular nightclubs and restaurants. In fact, the Via Veneto that appears in the film is a constructed set, not the real thing. Fellini originally wanted to title the film 2000 YEARS AFTER CHRIST, to reflect Rome as a representation of Western culture that no longer valued Christianity and spirituality but was instead built on gossip, publicity, and hype. Academy Awards: Best (Black-and-White) Costume Design. Winner of the 1961 New York Film Critics Award for Best Foreign Language Film. Academy Award Nominations: 4, including Best Director, Best (Original) Story and Screenplay. The Republic Pictures Home Video version is mastered from the original film negative.

**La Dolce Vita Reviews:**

"...One of the key works of the modern cinema. A brilliantly conceived epic fable..." -- Kevin Thomas, Los Angeles Times

"...The movie leaps from one visual extravaganza to another....The movie is made with boundless energy..." -- Roger Ebert, Chicago Sun-Times

### Related Links

Add to WishList

**Share this Product**

Like   Be the first of your friends to like this

### Current Top Sellers

1. Jesse Stone: Innocents Lost Widescreen
2. Lie With Me Widescreen Unrated
3. Women In Prison Triple Feature Widescreen
4. Soul Surfer Widescreen
5. Paul Widescreen

> All Time Top Sellers

### New Releases

This Week

1. Paul Widescreen
2. Jumping The Broom Widescreen
3. Doctor Who - The Sunmakers
4. Your Highness Widescreen
5. Super

Next Week

1. Juego Del Ahorcado
2. Ill Met By Moonlight
3. Norml Life
4. Grace Card Widescreen
5. Meet Monica Velour

### Top Future Releases

1. Leslie Sansone: 5 Really Big Miles
2. Madea's Big Happy Family Widescreen
3. NCIS - The Complete Eighth Season Widescreen
4. Thor Widescreen
5. Dexter - The Complete Fifth Season Widescreen



"With its shimmering, beguilingly familiar Nino Rota score, Otello Martelli's ravishingly lighted black-and-white cinematography and its endless processions of the foolish, the grotesque, the jaded and the merely young and beautiful, LA DOLCE VITA is truly unforgettable."-- Kevin Thomas, Los Angeles Times

"[A] peerless, protean act of visual choreography." -- Steve Daly, Entertainment Weekly

"[T]his remains a mesmerizing spectacle with gonzo casting."-- Mike Clark, USA Today

"[A] piercing depiction of moral failure with a palpable sense of desolation at its core." -- Glenn Kenny, Premiere

"[Fellini] highlights the triviality and absurdity of a culture in which every banality uttered by a star obsesses the press..." -- Geoffrey Macnab, Sight and Sound

| Product Detail | 2 Customer Reviews | DVD Features | Similar Movies | Awards |

**▶ Detailed La Dolce Vita Movie Information**

La Dolce Vita

| | |
|---|---|
| List Price | $39.98 (You save $12.19) |
| Studio | E1 Entertainment Distribution |
| Orig Year | 1960 |
| All Time Product Rank | 13,291 |
| CD Universe Part number | 6735179 |
| Catalog number | 3012 |
| Discs | 2 |
| Release Date | Sep 21, 2004 |
| Rating | Not Rated |
| Also Known As | Dolce Vita; Sweet Life |
| Running Time | 167 Minutes |
| Additional Info | Widescreen; Collector's Edition; Remastered; Subtitled; Enhanced CD |
| Movie Details | B&W; Collector's Edition; Widescreen; Remastered; Subtitled; Enhanced CD; 2-Disc Collector's Edition |

**▶ La Dolce Vita DVD Related Soundtracks**

La Dolce Vita DVD



Fellini
**La Dolce Vita Vinyl LP** (1994)
For Sale Pre-Order Now! Available: Friday, August 26, 2011

 $28.79

**▶ Ads by Google (turn off ads)**

DVD Replication
1,000 DVD replicated, printed bulk $550.00 U.S. Dollars
www.HollywoodDisc.com

Watch Full Episodes
Turn Your Computer into a TV! Watch Full TV Episodes Online.
www.TelevisionFanatic.com

**▶ Buy La Dolce Vita Posters From Allposters.com**

Buy La Dolce Vita DVD



**The Sweet Life, 1960**

Other

**Price: $39.99**



**Anita Ekberg - La Dolce vita**

Photo

**Price: $7.99**



**Anita Ekberg - La Dolce vita**

Photo

Price: $7.99

▶ **Customers Who Buy La Dolce Vita Movie Purchase:**

Purchase La Dolce Vita Movie

To buy, Click on price to add to cart

 **Laura DVD** (1944) ☆☆☆☆☆  20th Century Fox

**$10.85** [BUY IT] [DETAILS]

La Dolce Vita Film A classic noirish mystery with a consummate ensemble of actors. Dana Andrews adroitly plays the detective who delves into the murder of the stunningly beautiful Laura, with whom it seems everyone, including the detective himself, is in love. But Webb ...

**Also Bought**

 **Grapes Of Wrath DVD** (1940) ☆☆☆☆☆

**$10.85** [BUY IT] [DETAILS]

La Dolce Vita Review John Ford's memorable screen version of John Steinbeck's epic novel of the Great Depression--often regarded as the director's best film--stars Henry Fonda as Tom Joad. After having served a brief prison sentence for manslaughter, Joad arrives at his family's Oklahoma ...

**Also Bought**

 **8 1/2 DVDs** (1963) ☆☆☆☆☆ Subtitled

**$33.35** [BUY IT] [DETAILS]

La Dolce Vita DVD Federico Fellini's Oscar-nominated 8 1/2 is a masterpiece of storytelling and cinema. The most autobiographical of Fellini's films, the plot of which concerns a 43-year-old film director who is having a midlife crisis, it is a career benchmark for this ...

**Also Bought**

 **Fellini's Roma DVD** (1972) ☆☆☆☆☆ Widescreen

**$10.85** [BUY IT] [DETAILS]

La Dolce Vita Movie ROMA, the Federico Fellini-directed benchmark of the Italian New Wave, explores the city of Rome from several different perspectives, giving it a mystical life of its own that hangs in the balance between its rich history and its modern identity. ...

**Also Bought**

 **Umberto D. DVD** (1952)  Subtitled; Black & White

**$25.25** [BUY IT] [DETAILS]

La Dolce Vita Video UMBERTO D., from director Vittorio De Sica, is a simple, heartbreaking tale about the life of an elderly pensioner. Penniless and alone, with only the maid (Lina Gennari) from his rooming house and a devoted dog for companionship, the old ...

**Also Bought**

 **I Vitelloni DVD** (1953) Full Frame; Subtitled; Black & White

**$24.99** [BUY IT] [DETAILS]

La Dolce Vita Film Five adolescent loafers in the Adriatic city of Rimini postpone adulthood by idling in their home town. Fellini's elegy to the passage of youth reveals true insights through the characters of the likeable boys, one of whom depends on his ...

**Also Bought**

 **God Said Ha! DVD** (1999)

Check Availability [DETAILS]

La Dolce Vita Review Julia Sweeney's touchingly funny one-woman show of how one person's bad luck can still be very funny. Centered on her real-life misadventures, GOD SAID HA! follows a year in the life of the talented actress and former SATURDAY NIGHT LIVE ...

**Other Ideas**

 **Penn & Teller Off The Deep End DVD** (2005)

**$19.29** [BUY IT] [DETAILS]

La Dolce Vita DVD Always looking for somewhere unusual to perform their magic, Penn & Teller venture deep underwater for this NBC show. Being submerged doesn't seem to bother the unflappable duo, and they pull off some incredible tricks and stunts amid the fish ...

**Other Ideas**

82



## FREE MY TOWN ACCESS »

*Sign up takes less than 60 seconds*

Already member? - **LOG ON NOW »**

- Home
- News
- Movie Database & Calendar
  - Main »
  - DVD and Blu-ray Release Calendar »
  - Upcoming DVD and Blu-ray Cover Art »
- Reviews
- Message Board
- My Town
- Blu-ray and HD
- About

Search Movie Database for [＿＿＿＿＿＿] GO



THERE IS STILL TIME TO SHOW OFF YOUR STAR WARS COLLECTION

**Save big and support the site:**



The Unusual Suspects
**Amazon Instant Video** ~ J. Miller Tobin
↟ Sales Rank in : 39 (previously unranked)
Download: **$1.99**

(Visit the Movers & Shakers in list for authoritative information on this product's current rank.)

Show»

# La Dolce Vita (DVD)

## APPROX. 174 MINS. - PROD. YEAR: 1960 - MPA RATING: NR

- Release details
- Review
- Easter eggs
- Cover art
- Video clips
- Comments[12]
- Also out on

## DVD cover art

- 1
- 2

84





Add to my collection »  Add to wish list »
Amazon.com (USA):

**Shop from $9.99 »**

AXEL Music (Europe):



La Dolce Vita
€ 17.99

**BUY IT NOW**
Buy it from PlanetAxel

85







O.CO°
also known as Overstock.com®

ℤmail™ Sign-up    We Recommend          Community    Login / Create Account

**Always $2.95 Shipping on your entire order.**
*Excludes AK, HI, Int'l

Shopping | Cars | Vacations | Insurance

Browse Departments          What would you like to save on today?          [ Search ]          0 Item(s)

Online Shopping    Books & Media    Movies    Foreign                                                Share

**People Who Viewed This Also Viewed**



Service (Serbis) - Unrated
Version (DVD)
Today $17.93



LES MISERABLES (1995)
Today $19.34



Flower and Snake II (DVD)
Today $17.17

Photos

## La Dolce Vita (DVD)

Write a review

Compare $72.79

**Today $46.79**

**Club O $39.77**  Save $33.02 (45%)
after 15% Rewards Rebate of $7.02 + free shipping

Learn More or accept terms & add Club O to Cart

**10% off Amazon** - Amazon Price $51.99
(as of 08/03/2011 08:24 Mountain Time, excludes
shipping)

**Item#: 10004350**
*Deluxe Edition* In Federico Fellini's seminal film
LA DOLCE VITA, a three-hour masterpiece that
shows one man's de

*Very High Sell Out Risk*

Quantity:  [ 1 ▾ ]
Warranty:
[ Select your Platinum Protection Plan ▾ ]

[ 🛒 Add to Cart ]

0

Like          Be the first of your friends to like this.

Details | Shipping & Returns | Payment Methods

In Federico Fellini's seminal film LA DOLCE VITA, a three-hour masterpiece that shows one man's descent into "the sweet life" of debauchery, Marcello Mastroianni stars
as eccentric journalist Marcello Rubini. On assignment to chronicle the lives of the rich and famous Italian aristocracy in a gossip column for a Roman newspaper,
Marcello floats from one fabulous party to the next, meeting all varieties of beautiful, extravagant people. While he would never protest this seemingly ideal job, it makes

# EXHIBIT I



EXHIBIT I – *La Dolce Vita* DVD Cover



EXHIBIT I – *La Dolce Vita* DVD Cover

# EXHIBIT J



# SALES

ABOUT eOne | PROGRAM SALES | PRODUCTION | FAMILY | CATALOGUES | PRESS | CONTACT



▶  00:00 ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━  00:00  ◀━███



## La Dolce Vita

0 Episodes x 174 Minutes

Marcello Mastroianni stars as a tabloid report Marcello, his beat is Rome's international jet-set, an exotic world indelibly brought to life by Fellini. In Pursuit of the next big scandal, Marcello is continually seduced and repulsed by the hedonistic lifestyle of the rich, amoral and bored to whom nothing is sacred. The most talked about film of its day, La Dolce Vita is a towering achievement in world cinema, and one of the most popular and influential films of all time

"... one of the all-time classics of European cinema..." The New York Times

Winner of an Academy Award® and the Grand Prize at the Cannes Film Festival.

Languages: Italian, English
Subtitles: English, Spanish

To view full episode enter your
Username and Password.

User:
[                    ]

Password:
[                    ]

[ Login ]

- current tab: US ONLY
- NEW
- FILMS
- FACTUAL
- FAMILY
- FORMATS
- HD
- ALL

## US ONLY









97

Entertainment One Television

      

       

      



- ALL
- NEW

**NEW**

**SERIES**

**FILMS**

**FACTUAL**

**FAMILY**

**FORMATS**

**HD**

**ALL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV11- 9112 SJO (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**ORIGINAL**

Name & Address:
David Halberstadter (107033)
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, California  90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paramount Pictures Corporation, a Delaware corporation; and Melange Pictures LLC, a Delaware corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>International Media Films, Inc., a Nevada corporation<br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11-9112 ~SJO(AJWx)**<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _David Halberstadter_____, whose address is _Katten Muchin Rosenman, 2029 Century Park East, Ste 2600, Los Angeles, CA 90067_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   **NOV - 2 2011**

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

---

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

COPY

| I (a) PLAINTIFFS   (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| Paramount Pictures Corp. and Melange Pictures LLC | International Media Films, Inc., |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| David Halberstadter 107033<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, California  90067<br>(310) 788-4400 | |

**II.   BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.   CITIZENSHIP OF PRINCIPAL PARTIES -** For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.   ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V.   REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No        ☒ **MONEY DEMANDED IN COMPLAINT: $** according to proof

**VI.   CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. Section 101.  Plaintiffs seek declaratory relief respecting the ownership of exclusive rights of copyright and damages for copyright infringement.

**VII.   NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-9112

**FOR OFFICE USE ONLY:**    Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No   [ ] Yes

If yes, list case number(s): _____

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)     [ ]  A.  Arise from the same or closely related transactions, happenings, or events; or

[ ]  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]  C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]  D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date  11/2/11

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |