DAVID HALBERSTADTER (SBN 107033)
david.halberstadter@kattenlaw.com
REBECCA F. GANZ (SBN 265199)
rebecca.ganz@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiffs
PARAMOUNT PICTURES CORPORATION
and MELANGE PICTURES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and MELANGE PICTURES LLC, a Delaware corporation,<br><br>      Plaintiffs,<br><br>   vs.<br><br>INTERNATIONAL MEDIA FILMS, INC., a Nevada corporation,<br><br>      Defendant. | CASE NO.: CV11-09112-SJO (AJWx)<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER TO EXTEND DEADLINES**<br><br>[*Proposed Order filed concurrently*] |

1

31707811v2

CASE NO. CV11-09112-SJO (AJWx)

Plaintiffs Paramount Pictures Corporation and Melange Pictures LLC (collectively, "Plaintiffs"), on the one hand, and defendant International Media Films, Inc. ("Defendant"), on the other hand, through their respective counsel of record, hereby stipulate to, and respectfully request that the Court order, a modification of the Court's March 5, 2012 Scheduling Order (the "Scheduling Order") as follows:

**WHEREAS**, on March 5, 2012, the Court issued the Scheduling Order (Docket No. 25), setting forth the following dates: (1) Discovery Cutoff: November 19, 2012; (2) Motion Hearing Cutoff: December 17, 2012; (3) Pretrial Conference: February 4, 2013; (4) Jury Trial Date: February 12, 2013;

**WHEREAS**, the parties have been engaged in written discovery since June 2012, but Defendant, despite its best efforts, has had difficulty obtaining certain responsive documents from Defendant's counsel in Italy (this action involves competing claims of ownership to the Federico Fellini motion picture *La Dolce Vita*, which was produced in Italy);

**WHEREAS**, within the last week, Defendant's counsel in this action obtained at least 500 pages of responsive documents from Defendant's Italian counsel, and is in the process of conducting a review for privilege, and both parties will need to obtain translations of the Italian-language documents;

**WHEREAS**, Plaintiffs are in the process of preparing an extensive production of documents to Defendant;

**WHEREAS**, the parties believe that they must review these respective document productions in order to meaningfully conduct a mediation, and have agreed that once all responsive documents have been produced, they will engage in a private mediation, ideally by no later than December 2012;

**WHEREAS**, the parties have noticed four depositions, two of which may have to be taken in New York, but believe it would be more productive to engage in mediation before taking those depositions, and therefore have agreed to postpone those depositions until the parties have completed their mediation;

**WHEREAS**, the parties have already exchanged settlement proposals, have agreed upon two potential mediators, and are optimistic that this case can be resolved through mediation;

**WHEREAS**, in light of (i) the delay in receiving English-translated responsive documents from Italy and the impending document production by Plaintiffs, (ii) the pending mediation and (iii) the parties' belief that it would be in the interest of promoting settlement to delay the taking of depositions, if necessary, until after the mediation, counsel have agreed, subject to the Court's approval, to extend by three (3) months the Discovery Cutoff, the Motion Hearing Cutoff, the Pretrial Conference, and the Jury Trial Date;

**WHEREAS**, the parties believe there is good cause for the requested relief for the reasons stated above, and the requested modifications are not for purposes of delay, but are in good faith in the furtherance of justice and judicial economy; and

**WHEREAS**, there have been no prior extensions of any dates set forth in the Court's March 5, 2012 Scheduling Order.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties, through their respective counsel of record, and subject to the approval of the Court, as follows:

1. The Discovery Cutoff shall be extended from November 19, 2012 to February 19, 2013;

2. The Motion Hearing Cutoff shall be extended from December 17, 2012 to March 18, 2013 at 10:00 a.m.;

3. The Pretrial Conference shall be continued from February 4, 2013 to May 6, 2013 at 9:00 a.m.; and

4. The Jury Trial Date shall be continued from February 12, 2013 to May 14, 2013 at 9:00 a.m.

IT IS SO STIPULATED:

31707811v2

1  Dated: October 26, 2012    KATTEN MUCHIN ROSENMAN LLP

   By: _____
        David Halberstadter
   Attorneys for Plaintiffs
   PARAMOUNT PICTURES CORPORATION
   and MELANGE PICTURES LLC

6  Dated: October 26, 2012    CHODOS & ASSOCIATES

   By: _____
        David Manning Chodos
   Attorneys for Defendant
   INTERNATIONAL MEDIA FILMS, INC.