DAVID HALBERSTADTER (SBN 107033)
david.halberstadter@kattenlaw.com
REBECCA F. GANZ (SBN 265199)
rebecca.ganz@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Plaintiffs
PARAMOUNT PICTURES CORPORATION
and MELANGE PICTURES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and MELANGE PICTURES LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL MEDIA FILMS, INC., a Nevada corporation,<br><br>Defendant. | CASE NO.: CV11-09112-SJO (AJWx)<br><br>**ORDER REGARDING PROTECTION OF CONFIDENTIAL DOCUMENTS AND INFORMATION** |

The Court has read and considered the Stipulation Regarding Protection of Confidential Documents and Information (the "Stipulation") filed by Plaintiffs Paramount Pictures Corporation and Melange Pictures LLC (collectively, "Plaintiffs") and Defendant International Media Films, Inc. ("Defendant"). Based upon that Stipulation, and good cause appearing therefor, the Court hereby enters a Protective Order on the terms set forth therein.

Dated:     11/6/2012

_____
Honorable Andrew J. Wistrich
United States Magistrate Judge

1

CASE NO. CV11-09112-SJO (AJWX
[PROPOSED] ORDER