DAVID HALBERSTADTER (SBN 107033)
david.halberstadter@kattenlaw.com
REBECCA F. GANZ (SBN 265199)
rebecca.ganz@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiffs
PARAMOUNT PICTURES CORPORATION
and MELANGE PICTURES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and MELANGE PICTURES LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL MEDIA FILMS, INC., a Nevada corporation,<br><br>Defendant. | CASE NO.: CV11-09112-SJO (AJWx)<br><br>**JOINT EXHIBIT LIST**<br><br>Pretrial Conference<br>Date: February 4, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 1<br><br>Trial Date: February 12, 2013 |

Pursuant to Central District Local Rule 16-6 and Rule 26(a)(3)(A)(iii) of the Federal Rules of Civil Procedure, the parties to this action, through their respective counsel, hereby submit their joint list of exhibits to be used at trial.[1]

---

[1] The parties have stipulated to the admissibility of certain exhibits, which are identified below in **bold** font. Such exhibits may be received into evidence at the start of trial. Certain exhibits may only be offered if the need arises. Such exhibits are indicated with an asterisk (*).

1

31723712v1

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | *La Dolce Vita* Academy Award Credits and Data for Bulletin of Screen Achievement Records, dated November 10, 1961 | | |
| 2 | "See Astor Buying Rest-of-Market For 'Dolce Vita,'" and "Report Astor Seeks 'Dolce' Global Deal," *Variety*, December 20, 1961 | | |
| 3 | Agreement dated January 7, 1962 between Cinemat S.A. and Astor Pictures International, Inc. (PAR00001 - PAR000029) | | |
| 4 | "Private Instrument" dated March 9, 1962 between Riama Film S.P.A. and Cinemat S.A. (Italian, with English translation) (PAR00030 - PAR00039) | | |
| 5 | "Astor Acquires 'Dolce Vita' Globally; Prez Foley Discloses $1 Mil Videoffer," *Variety*, March 14, 1962 | | |
| 6 | "'Dolce Vita' Gets Approval," *New York Times*, April 19, 1962 | | |
| 7 | "Astor Pictures Buys Pathe-Amer. In Expansion Move Embracing 18 Features; Eyes Buena Vista Setup," *Variety*, | | |

2

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | June 27, 1962 |  |  |
| 8 | Acknowledgement, dated July 25, 1962 by Cinemat S.A. (PAR00042) |  |  |
| 9 | Letter agreement dated July 26, 1962 between Cinemat, S.A. and Astor Pictures, Inc. (PAR00043 - PAR00045) |  |  |
| 10 | Summons and Complaint in *Cinemat S.A. v. Astor Pictures International, Inc.*, N.Y.Sup.Ct. File No. 13934 (July 10, 1962) |  |  |
| 11 | Court filings in *Cinemat v. Astor*, including (i) Stipulation vacating default judgment and discontinuing action, and (ii) court Order vacating judgment |  |  |
| 12 | "Astor Settles Cinemat Dispute," *Hollywood Reporter*, August 22, 1962 |  |  |
| 13 | Mortgage of Chattels (Including Copyright) Pledge and Assignment, dated August 21, 1962 between Astor Pictures, Inc. and Inland Credit Corp., recorded in the Copyright Office at Vol. 1137 pp. 383 – 392 (PAR00047 - PAR00056) |  |  |

3

31723712v1

CASE NO. CV11-09112-SJO (AJWx)

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 14 | Opinion of Astor's counsel, dated August 21, 1962 to Inland Credit | | |
| 15 | "Costs Cut, Astor Pictures Continues; Inland Credit Cancels That Auction," *Variety*, January 16, 1963 | | |
| 16 | "Astor Assets Exceed Liabilities," *Variety*, February 6, 1963 | | |
| 17 | Trustee's Bill of Sale dated June 29, 1965, recorded in the Copyright Office at Vol. 1333 pp. 58-66 (PAR00059 - PAR00067) | | |
| 18 | Mortgage Purchase Agreement dated September 21, 1965 (signed August 3, 1966) between Inland Credit Corp. and Landau releasing Organization (PAR00068 - PAR00075) | | |
| 19 | "Inland Credit Proposes Stock Offering," *SEC News Digest*, February 13, 1960 | | |
| 20 | Certificate of Merger of Ardisco Realty Corporation Into Inland Credit Corporation, March 25, 1981 | | |
| 21 | "Landau-Unger Gets Mrs. FDR Picture," *Hollywood Reporter*, October 4, 1965 | | |

31723712v1

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 22 | "Landau-Unger Acquires Biofilm, 'La Dolce Vita,'" *Motion Picture Exhibitor*, October 13, 1965 | | |
| 23 | "Landau-Unger Exit AA 'Sales Agency'; Dicker Tie to American International," *Variety*, December 15, 1965 | | |
| 24 | "Landau-Unger Inks Distribution Deal For U.S. With AIP," *Hollywood Reporter*, December 22, 1965 | | |
| 25 | Agreement dated March 4, 1966 between Landau/Unger Company and Titan Productions, Inc. (PAR00076 - PAR00081) | | |
| 26 | "'The Sweet Life' With Detours," *Variety Weekly*, June 29, 1966 | | |
| 27 | "'La Dolce Vita' English Version Set for Aug. 31," *Hollywood Reporter*, July 22, 1966 | | |
| 28 | "English 'La Dolce' Preems," *Hollywood Reporter*, August 29, 1966 | | |
| 29 | "La Dolce Vita," *Motion Picture Herald*, October 12, 1966 | | |
| 30 | Letter dated April 20, 1967 | | |

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | from The Landau/Unger Company to Fleetwood Films, Inc., with attachments |  |  |
| 31 | "Italo Lines Translated Anew in AIP's Release of Fellini's 'Dolce Vita,'" *Variety*, May 31, 1967 |  |  |
| 32 | Inter-Office Memorandum from Edythe-Rein (Landau), dated August 14, 1967, re: Corporate Name Changes (PAR00082) |  |  |
| 33 | Certificate of Amendment of Certificate of Incorporation of Unger Productions, Inc., dated August 15, 1967 (PAR00100 - PAR00101) |  |  |
| 34 | "Men At The Top: Oliver Unger fills in at Commonwealth United," *Los Angeles Times – Business & Finance*, November 1, 1967 |  |  |
| 35 | Prospectus, Commonwealth United Corporation, dated October 16, 1968 |  |  |
| 36 | Commonwealth United Corporation Annual Report, 1968 |  |  |
| 37 | NYS Department of State, Division of Corporations, Entity Information for The Landau-Unger Company, dated November 27, 2012 |  |  |

31723712v1

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 38 | Assignment, dated January 30, 1969 between Ardisco and Unger Productions, recorded in the Copyright Office at Vol.1333 pp. 67-71 (PAR00102 - PAR00107) | | |
| 39 | Letter dated April 8, 1969 from Movielab, Inc. to Commonwealth United Entertainment, Inc. | | |
| 40 | Internal CUC Memorandum dated February 11, 1970, regarding "Liquidation of Subsidiaries" | | |
| 41 | Summons and Complaint in the civil action entitled "Edythe Landau v. Commonwealth United Corporation, filed in the Civil Court of the City of New York, County of Bronx on May 7, 1970 | | |
| 42 | Letter dated February 16, 1971 from Bonded Services to Commonwealth United Enterprises, Inc. | | |
| 43 | Agreement dated as of June 30, 1971 between Commonwealth United Entertainment and National Telefilm Associates (PAR00108 - PAR00216) | | |
| 44 | Abstract of NTA – Bank of | | |

7

31723712v1

CASE NO. CV11-09112-SJO (AJWx)

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | America NT & SA Loan Agreement, dated November 1, 1971, and November 1, 1971 Loan Agreement |  |  |
| 45 | Letter dated March 6, 1972 from NTA to KTXL-TV |  |  |
| 46 | Commonwealth United Entertainment – Supplementary Financial Information as of March 31, 1972 |  |  |
| 47 | Agreement dated as of June 29, 1972 between CUE and NTA (PAR00233 - PAR00267) |  |  |
| 48 | Agreement dated November 12, 1973 between Iota Entertainment and NTA (PAR00268 - PAR00270) |  |  |
| 49 | Closing Binder – Settlement Between National Telefilm Associates and Iota Entertainment – May 20, 1982 – Index and Memorandum of Closing (PAR00397 – PAR00405) |  |  |
| 50 | Settlement Agreement dated April 14, 1982 between NTA and Bart Tiernan III, Trustee-in-Bankruptcy of the Estate of Iota Industries, the sole stockholder of Iota Entertainment |  |  |

8

**CASE NO. CV11-09112-SJO (AJWx)**

31723712v1

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | (PAR00408 - PAR00418) |  |  |
| 51 | Order of the United States District Court for the Southern District of New York, dated April 13, 1982 (PAR00420 – PAR00421) |  |  |
| 52 | Stipulation discontinuing *Iota v. NTA* lawsuit in the Supreme Court of New York (PAR00423 – PAR00424) |  |  |
| 53 | * Additional Documents From Closing Binder – Settlement Between National Telefilm Associates and Iota Entertainment – May 20, 1982 (PAR00425 - PAR00432) |  |  |
| 54 | Closing Binder – Redwood Investors Syndicate/NTA, May 13, 1982 – Index and Memorandum of Closing (PAR00303 - PAR00309) |  |  |
| 55 | Loan and Security Agreement, dated April 14, 1982, between NTA and RIS (PAR00311 – PAR00362) |  |  |
| 56 | * Additional Documents From Closing Binder -- Redwood Investors Syndicate/NTA, May 13, 1982 (including payments, promissory notes, Financing |  |  |

9

31723712v1

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Statements) (PAR00363 - PAR00396) |  |  |
| 57 | Closing Binder – Stock Purchase Closing between Redwood Investors Syndicate and Iota Industries, May 20, 1982 – Index and Memorandum of Closing (PAR00438 – PAR00443) |  |  |
| 58 | Stock Purchase Agreement dated April 14, 1982 between RIS and Tiernan, as Trustee-in-Bankruptcy for Iota Industries, sole stockholder of Iota Entertainment (PAR00448 – PAR00474) |  |  |
| 59 | * Additional Documents From Closing Binder -- Stock Purchase Closing between Redwood Investors Syndicate and Iota Industries, May 20, 1982 (PAR00475 - PAR00565) |  |  |
| 60 | Transfer and Release, dated July 30, 1984 between RIS and NTA (PAR00297 - PAR00302) |  |  |
| 61 | NTA Annual Report, 1972 |  |  |
| 62 | Certificate of Merger of NTA into Republic Pictures Corporation, dated January 7, |  |  |

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | 1985<br><br>(PAR00574 - PAR00576) |  |  |
| 63 | Copyright registration certificate – English language subtitled version, No. PA607434<br><br>(PAR00566) |  |  |
| 64 | Copyright renewal certificate – English language subtitled version, No. RE618326<br><br>(PAR00567) |  |  |
| 65 | Copyright registration certificate – English language dubbed version, No. PA607404<br><br>(PAR00568) |  |  |
| 66 | Copyright renewal certificate – English language dubbed version, No. RE673979<br><br>(PAR00569) |  |  |
| 67 | Internal Memorandum of Republic Pictures, Inc., dated March 1, 1988, regarding expiration of Orion Pictures Corporation's rights to CUE Features |  |  |
| 68 | Letter dated March 11, 1988 from Orion Pictures Corporation to Republic Pictures, with enclosures |  |  |
| 69 | Amended and Restated Certificate of Incorporation |  |  |

11

CASE NO. CV11-09112-SJO (AJWx)

31723712v1

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | of Republic Pictures Corporation, dated August 22, 1994 (PAR00577 - PAR00579) |  |  |
| 70 | Form GATT, dated April 27, 1998, No. PA909287 (PAR00570 - PAR00573) |  |  |
| 71 | Certificate of Conversion from a Corporation to a Limited Liability Company, dated December 7, 2005 (PAR00580 - PAR00581) |  |  |
| 72 | Short Form Assignment executed December 21, 2005, between Republic Entertainment LLC and Melange Pictures LLC (PAR00582 - PAR00586) |  |  |
| 73 | Short Form Memorandum of Distribution Rights executed December 21, 2005 (PAR00587 - PAR00588) |  |  |
| 74 | DVD Sales Estimates for Dolce Vita, Inception to Date through January 23, 2011 (Produced by IMF) |  |  |
| 75 | La Dolce Vita, Summary of All Contracts (Produced by IMF) |  |  |
| 76 | Agreement, dated as of may 14, 2003, between IMF and |  |  |

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | KOCH Lorber Films LLC (Produced by IMF) |  |  |
| 77 | Exclusive Distribution Agreement, dated as of November 16, 2009, between IMF and E1 Entertainment U.S., LP (Produced by IMF) |  |  |
| 78 | Letter agreement, dated February 26, 2010, between E1 and IMF (Produced by IMF) |  |  |
| 79 | * Letter agreement, dated March 17, 2010, from Alfredo Leone of IMF to Michael Rosenberg of KOCH Lorber Films (Produced by IMF) |  |  |
| 80 | Letter, dated January 10, 2011, from Seth Redniss to Donna Call of Swank Motion Pictures, Inc. (Produced by IMF) |  |  |
| 81 | Letter, dated February 10, 2011, from Lawrence Sapadin of E1 to Alfredo Leone of IMF (Produced by IMF) |  |  |
| 82 | Letter, dated February 25, 2011, from Alfredo Leone of IMF to Lawrence Sapadin of E1 |  |  |

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax

31723712v1

CASE NO. CV11-09112-SJO (AJWx)

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | (Produced by IMF) | | |
| 83 | Expert Declaration of Avv. Luciano Daffarra Concerning the Chain-of-Titles of the Motion Picture "La Dolce Vita" Directed by Federico Fellini (Italy, 1959), dated January 1, 2008, filed in the civil action entitled "International Media Films, Inc. v. Lucas Entertainment, Inc.," Civil Action No. 07-CV-1178 (JGK) (Southern District of New York 2007) (the "SDNY Action") (Produced by IMF) | | |
| 84 | Supplementary Expert Declaration of Avv. Luciano Daffara, dated March 11, 2008, filed in the SDNY Action (Produced by IMF) | | |
| 85 | Memorandum Opinion and Order, dated March 31, 2010, filed in the SDNY Action | | |
| 86 | Civil Judgment, entered March 31, 2010, in the SDNY Action | | |
| 87 | Screenshot of "Welcome to IMF" page of IMF's website (attached to Complaint as part of Exhibit F) | | |
| 88 | Screenshot of "IMF | | |

14

31723712v1

CASE NO. CV11-09112-SJO (AJWx)

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Classics" page of IMF's website<br><br>(attached to Complaint as part of Exhibit F) |  |  |
| 89 | Downloadable list of all of IMF's purported films, available from IMF's website<br><br>(attached to Complaint as part of Exhibit F) |  |  |
| 90 | "About Us" page of IMF's website<br><br>(attached to Complaint as part of Exhibit F) |  |  |
| 91 | Downloadable list of all of IMF's purported films, available from IMF's website<br><br>(attached to Complaint as part of Exhibit F) |  |  |
| 92 | Screenshots of miscellaneous Internet retail websites offering the Picture for sale on DVD<br><br>(attached to Complaint as Exhibit H) |  |  |
| 93 | Front and back covers of DVD version of the Picture currently distributed by E1 Entertainment<br><br>(attached to Complaint as Exhibit I) |  |  |
| 94 | Screenshot of the Internet web page from which |  |  |

15

31723712v1

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | registered users of E1 Entertainment's website may view the Picture in its entirety (via streaming) (attached to the Complaint as Exhibit J) | | |
|  | | | |
| 100 | Private Instrument dated March 9, 1962 between Riama Film S.P.A. and Cinemat S.A. (Italian, with English translation) | | |
| 101 | Deed of Assignment dated December 9, 1980 between Cinemat S.A. and Hor A.G. (Italian, with English translation) | | |
| 102 | Verified Declaration of Bruno A. Hugi, CEO of Cinemat S.A. confirming transfer to Hor A.G. dated December 29, 1980. (Italian, with English translation) | | |
| 103 | Deed of Assignment dated November 20, 1981 between Hor A.G. and Oriental Films S.r.1. (Italian, with English translation) | | |
| 104 | Verified Official Stamped Declaration by Hor A.G. confirming transfer to Oriental Films S.r.1 dated March 15, 1982. (Italian, with English translation) | | |
| 105 | Letter Agreement dated October 23, 1997 between | | |

16

31723712v1

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Oriental Films S.r.1 and Cinestampa Internazionale s.r.1. (Italian, with English translation) |  |  |
| 106 | Private Instrument dated January 7, 1998 between Oriental Films S.r.1 and Cinestampa Internazionale s.r.1. (Italian, with English translation) |  |  |
| 107 | Declaration of Oriental Films S.r.1 dated April 10, 1998 confirming transfer to Cinestampa Internazionale s.r.1. (Italian, with English translation) |  |  |
| 108 | Deed of Assignment dated September 20, 2001 between Cinestampa Internazionale s.r.1 and International Films Media, Inc. (Italian, with English translation) |  |  |
| 109 | Verified Declaration of Cinestampa Internazionale s.r.1 confirming transfer to International Films Media, Inc. dated September 7, 2005. (Italian, with English translation) |  |  |
| 110 | Opinion Letter dated July 6, 2005 from Nicola Rocchbtti Esq., legal counsel to Cinestampa Internazionale s.r.1. (Italian, with English translation) |  |  |
| 111 | United States Copyright Office Certificate of Recordation dated October 29, 2001 for the transfer of |  |  |

CASE NO. CV11-09112-SJO (AJWx)

31723712v1

| Exh. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | "*La Dolce Vita*" from Cinestampa Internazionale s.r.1 to International Films Media, Inc. |  |  |
| 112 | International Films Media, Inc.'s United States Copyright Office Certificate of Copyright Registration in "*La Dolce Vita*" dated December 26, 2003. |  |  |

Defendant IMF states that its discovery is not yet closed and IMF has interrogatory responses due from Plaintiffs on this date January 14, 2013 but has not yet received them. Defendant IMF further states Plaintiff Melange has not yet produced its PMK corporate representative for deposition in response to the Second Deposition Notice served upon it. IMF therefore reserves the right to amend the list to designate further documents upon completion of that discovery material. IMF states that, assuming prompt compliance from the Plaintiffs, that discovery should be complete by January 28th, 2013, and Defendant's should be in a position to supplements its list by February 5, 2013.

Plaintiffs state that while it is true that discovery remains open -- for both Plaintiffs and IMF -- the pending discovery that IMF describes above will not result in the production of any additional documents by Plaintiffs because no additional documents are sought thereby. To the extent that IMF's statement regarding the deposition of Melange's corporate designee implies that Melange has in any manner delayed the deposition, Plaintiffs wish to advise the Court that both Plaintiffs and IMF previously had agreed to postpone the depositions that each had noticed until (if

31723712v1

1  necessary) after the parties completed a mediation.  IMF only re-noticed Melange's
2  deposition last Thursday, January 9, 2013.

3  Dated:  January 14, 2013            KATTEN MUCHIN ROSENMAN LLP
4                                      David Halberstadter
                                       Rebecca F. Ganz
5

6                                      By: /s/
7                                          David Halberstadter
                                       Attorneys for Plaintiffs
8                                      PARAMOUNT PICTURES CORPORATION
                                       and MELANGE PICTURES LLC
9

10

11 Dated:  January 14, 2013            CHODOS & ASSOCIATES
                                       David Manning Chodos
12
                                       ISAACMAN, KAUFMAN & PAINTER
13                                     Jack G. Cairl
14

15                                     BY: /s/
                                           David Manning Chodos
16                                     Attorneys for Defendants
                                       INTERNATIONAL MEDIA FILMS
17

18

19

20

21

22

23

24

25

26

27

28