DAVID HALBERSTADTER (SBN 107033)
david.halberstadter@kattenlaw.com
REBECCA F. GANZ (SBN 265199)
rebecca.ganz@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Plaintiffs
PARAMOUNT PICTURES CORPORATION
and MELANGE PICTURES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and MELANGE PICTURES LLC, a Delaware corporation,<br><br>            Plaintiffs,<br><br>     vs.<br><br>INTERNATIONAL MEDIA FILMS, INC., a Nevada corporation,<br><br>            Defendant. | CASE NO.: CV11-09112-SJO (AJWx)<br><br>**JOINT WITNESS LIST**<br><br>Pretrial Conference<br>Date: February 4, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 1<br><br>Trial Date:  February 12, 2013 |

Pursuant to Central District Local Rule 16-5, Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and this Court's Initial Standing Order, the parties to this action, through their respective counsel, hereby submit their joint witness list.

1

31724454v2

| Witness | Summary of Testimony | Time Estimate |
|---|---|---|
| Plaintiffs' Witnesses | | |
| Antonia Lianos | Ms. Lianos formerly was the Director of Contract Administration for Republic Entertainment, Inc. In that capacity, Ms. Lianos organized and maintained custody of the business and legal files for all of the motion pictures that were part of the Republic Entertainment library.<br><br>Ms. Lianos may testify to Republic Entertainment's practices and procedures with respect to maintaining "chain of title" files and records for its motion picture titles, including chain-of-title documents that Republic Entertainment "inherited" in connection with its acquisition of motion picture rights from other companies and/or which Republic Entertainment inherited via the acquisition of other motion picture companies. | |
| Marguerite A. Pacacha<br><br>Executive Vice President, Business Affairs and Legal, Paramount Pictures Corporation | Ms. Pacacha was employed by Spelling Entertainment Group prior to her employment at Paramount (which commenced in 2000), and for an approximately two-year period during that time was head of Business and Legal Affairs for Republic Entertainment, Inc., which was owned at the time by Spelling Entertainment. In that capacity, Ms. Pacacha oversaw and | |

31724454v2

| Witness | Summary of Testimony | Time Estimate |
|---|---|---|
| | maintained custody of the business and legal files for all of the motion pictures that were part of the Republic Entertainment library, including *La Dolce Vita*. | |
| | Ms. Pacacha will testify to Republic Entertainment's exploitation of *La Dolce Vita* during the time that it held the rights to that motion picture. | |
| | Ms. Pacacha also will testify to Paramount's exploitation of *La Dolce Vita.* | |
| | Ms. Pacacha also may testify to Republic Entertainment's practices and procedures with respect to maintaining "chain of title" files and records for its motion picture titles, including chain-of-title documents that Republic "inherited" in connection with its acquisition of motion picture rights from other companies and/or which Republic Entertainment inherited via the acquisition of other motion picture companies. | |
| | Ms. Pacacha also may testify to Paramount's practices and procedures with respect to maintaining chain of title files and records for the motion picture titles it inherited from Republic Entertainment. | |
| Richard Redlich, Jr. Senior Vice President, Business Affairs and Legal, Paramount | Mr. Redlich has been employed by Paramount since 2004. Previously, from approximately 1995 to 1998, Mr. Redlich was employed by | |

3

31724454v2

| Witness | Summary of Testimony | Time Estimate |
|---|---|---|
| Pictures Corporation | Republic Entertainment. | |
| | Mr. Redlich will testify to Republic Entertainment's practices and procedures with respect to maintaining and storing "chain of title" files and records for its motion picture titles, including chain-of-title documents that Republic "inherited" in connection with its acquisition of motion picture rights from other companies and/or which Republic Entertainment inherited via the acquisition of other motion picture companies. | |
| | Mr. Redlich will also testify to the manner in which Republic Entertainment's archived records have been maintained, how they can be searched, and how executives at Paramount are able to retrieve the records of Republic Entertainment from archives. | |
| | Mr. Redlich will also testify to the manner in which he (as an executive of Paramount) searched for and assembled the documents constituting Republic Entertainment's chain of title for *La Dolce Vita*. | |
| | Mr. Redlich may also authenticate certain of the business records and ancient documents that comprise Paramount's chain of title to *La Dolce Vita*, including the acquisition of relevant documents that were not in Republic | |

31724454v2

| Witness | Summary of Testimony | Time Estimate |
|---|---|---|
| | Entertainment's archived records. | |
| Stephanie Woodhead<br><br>Applied Facts<br>700 Wilshire Blvd., Suite 520<br>Los Angeles, CA 90017<br>(213) 892-8700<br>(213) 683-1939 (Fax) | Ms. Woodhead is an employee of Applied Facts, a company that was engaged by Plaintiffs to search for and obtain records pertaining to *La Dolce Vita* and the various companies that owned and transferred rights in that motion picture, which records were archived in various third party locations, such as university and other libraries, court files and other government records. She will authenticate certain of the exhibits to be introduced at trial. | |

Defendant's Witnesses

| | | |
|---|---|---|
| Alberto Leone | Mr Leone is the president of International Media Films (IMF). He will testify to the manner in which IMF keeps chain of title documents, how IMF acquired title to the film in question, what took place in the New York action to which the Plaintiffs make reference and his knowledge about the documents and transactions that led to IMF obtaining title to the La Dolce Vida and facts invalidating the purported chain of title asserted by the Plaintiff. | |

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

1    Defendant recieved Plaintiffs' Joint Witness list at 1:22 PM on January 14,
2    2013, the day that the witness lists are due.  Because of the nature or the central
3    dispute between the parties, Defendants' witness lists depends upon the oral testimony
4    it must rebut, and upon issue that will be revealed by ongoing discovery. . Defendant
5    IMF's discovery is not yet closed and IMF.  IMF has interrogatory responses due from
6    Plaintiffs on this date, January 14, 2013 but has not yet received them.  Plaintiff
7    Melange has not yet produced its PMK corporate representative for deposition
8    response to the Second Deposition Notice served upon it.  IMF therefore reserves the
9    right to amend the list to designate  further witnesses and description of their proposed
10   testimony upon completion of that discovery materia   Assuming prompt compliance
11   by the Plaintiff's, that discovery should be complete by January 28th, 2013, and
12   Defendant's should be in a position to supplement its list by February 5, 2013.

13   IMF therefore reserves the right to amend the list to designate  further witnesses
14   and description of their proposed testimony upon completion of that discovery materia
15   Assuming prompt compliance by the Plaintiff's, that discovery should be complete by
16   January 28th, 2013, and Defendant's should be in a position to supplement its list by
17   February 5, 2013.

18   Plaintiffs state that they advised IMF of the need to prepare inserts for a Joint
19   Witness List on Tuesday, January 8, 2013.  IMF did nothing about the Joint Witness
20   List despite repeated promptings by Plaintiffs, and did not until this afternoon claim

6

**CASE NO. CV11-09112-SJO (AJWx)**

31724454v2

1   that they needed to see the list of Plaintiffs' witnesses before providing their
2   own witness list.

Dated: November 30, 2012         KATTEN MUCHIN ROSENMAN LLP
                                 David Halberstadter
                                 Rebecca F. Ganz


                                 By:  /s/
                                     David Halberstadter
                                 Attorneys for Plaintiffs
                                 PARAMOUNT PICTURES CORPORATION
                                 and MELANGE PICTURES LLC


Dated: January    , 2013         CHODOS & ASSOCIATES
                                 David Manning Chodos

                                 ISAACMAN, KAUFMAN & PAINTER
                                 Jack G. Cairl


                                 By:  /s/
                                     David Manning Chodos
                                 Attorneys for Defendants
                                 INTERNATIONAL MEDIA FILMS

31724454v2