UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-09112 SJO (AJWx) | Date | February 4, 2013 |
|---|---|---|---|
| Title | Paramount Pictures Corporation et al v. International Media Films Inc | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Margarita Ramirez | | |
| Deputy Clerk | Court Recorder | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Halberstadter | David Manning Chodos |

**Proceedings:**     PRETRIAL CONFERENCE

Matter called.

The Court and counsel confer regarding a discovery stipulation that impacted the parties' ability to meet time requirements set forth in the Court's Standing Order.

The Court advises the parties that trial will not go forward on February 12, 2013.

Discovery shall be completed by February 19, 2013.

The Court Orders the parties to file cross-motions for summary judgment by Thursday, April 4, 2013.

The jury trial is continued to Tuesday, September 24, 2013 @ 9:00 a.m. and the Pretrial Conference is continued to Monday, September 16, 2013 @ 9:00 a.m.

The Court deems all filed pretrial documents filed moot and stricken to be refiled consistent with the new pretrial conference date.

|  | : | 12 |
|---|---|---|
| Initials of Preparer | | vpc |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-09112 SJO (AJWx) | Date | February 4, 2013 |
|---|---|---|---|
| Title | Paramount Pictures Corporation et al v. International Media Films Inc | | |