DAVID HALBERSTADTER (SBN 107033)
david.halberstadter@kattenlaw.com
REBECCA F. GANZ (SBN 265199)
rebecca.ganz@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Plaintiffs
PARAMOUNT PICTURES CORPORATION
and MELANGE PICTURES LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and MELANGE PICTURES LLC, a Delaware corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>INTERNATIONAL MEDIA FILMS, INC., a Nevada corporation,<br><br>          Defendant. | CASE NO.: CV11-09112-SJO (AJWx)<br><br>**STIPULATION RE PROPOSED BRIEFING AND HEARING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>[*Proposed Order filed concurrently herewith*] |

Plaintiffs Paramount Pictures Corporation and Melange Pictures LLC (collectively, "Plaintiffs"), on the one hand, and defendant International Media Films, Inc. ("Defendant"), on the other hand, through their respective counsel of record, hereby stipulate, and respectfully request that the Court order, the following briefing and hearing schedule for the cross-motions for summary judgment that the Court ordered be filed on April 4, 2013:

**WHEREAS**, at the Final Pretrial Conference that took place on February 4, 2013, the Court vacated the February 13, 2013 trial date and ordered that the parties file cross-motions for summary judgment by April 4, 2013;

**WHEREAS**, the parties requested at the Final Pretrial Conference that they be granted an additional week each for the filing of opposition and reply papers in connection with such summary judgment motions, and the Court agreed to this proposal and requested that the parties establish an appropriate briefing and hearing schedule and submit it to the Court by stipulation; and

**WHEREAS**, the Court ordered that the parties' proposed briefing and hearing schedule should also allow an extra week (i.e., a total of three weeks) between the filing of any reply papers and the selected hearing date.

**NOW THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties, through their respective counsel of record, and subject to the approval of the Court, as follows:

1. Cross-Motions for Summary Judgment must be filed on or before April 4, 2013, pursuant to this Court's February 4, 2013 Minute Order (Docket No. 51);

2. The Cross-Motions for Summary Judgment will be heard on June 3, 2013 at 10:00 a.m. (or, if that date is not convenient for the Court, on the next available hearing date);

3. The parties' respective oppositions to such cross-motions must be filed on or before April 22, 2013;

31731254v1

1    4.   The parties' replies in support of their respective cross-motions must be
2  filed on or before May 13, 2013.

4  IT IS SO STIPULATED:

6  Dated:  March 14, 2013                    KATTEN MUCHIN ROSENMAN LLP

8                                            By: __/s/_____
                                                  David Halberstadter
9                                            Attorneys for Plaintiffs
                                              PARAMOUNT PICTURES CORPORATION
10                                            and MELANGE PICTURES LLC

11 Dated:  March 14, 2013                    CHODOS & ASSOCIATES

13                                            By: __/s/_____
                                                  David Manning Chodos
14                                            Attorneys for Defendant
                                              INTERNATIONAL MEDIA FILMS, INC.

31731254v1