DAVID HALBERSTADTER (SBN 107033)
david.halberstadter@kattenlaw.com
REBECCA F. GANZ (SBN 265199)
rebecca.ganz@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Plaintiffs
PARAMOUNT PICTURES CORPORATION
and MELANGE PICTURES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and MELANGE PICTURES LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL MEDIA FILMS, INC., a Nevada corporation,<br><br>Defendant. | CASE NO.:  CV11-09112-SJO (AJWx)<br><br>[Hon. James S. Otero]<br><br>**DECLARATION OF STEPHANIE WOODHEAD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Notice of Motion and Motion for Partial Summary Judgment; [Proposed] Statement of Uncontroverted Facts and Conclusions of Law; Notices of Lodging; and Declarations of Richard Redlich, Jr. and David Halberstadter*]<br><br>Date:     June 3, 2013<br>Time:    10:00 a.m.<br>Place:    Courtroom No. 1 |

**DECLARATION OF STEPHANIE WOODHEAD**

# DECLARATION OF STEPHANIE WOODHEAD

STEPHANIE WOODHEAD declares as follows:

1. I am a Senior Investigator for Applied Facts, a Los Angeles based company that provides a broad range of investigative services to its clients, including litigation intelligence and support. I have approximately 16 years of professional experience supervising and conducting a wide variety of investigations including fraud, employment, insurance matters, litigation support and due diligence. I graduated *magna cum laude* from the University of San Francisco, with a Bachelor's Degree in Business Administration and a Minor in Economics. I subsequently returned to USF to obtain my law degree. I have personal knowledge of the facts set forth in this Declaration, except for matters that have been stated based upon my information and belief; and if I were called as a witness in this action, I could and would competently testify to those facts under oath.

2. Applied Facts was engaged by the law firm of Katten Muchin Rosenman LLP to search for and obtain documents pertaining to the ownership and exploitation of the motion picture *La Dolce Vita* (the "Picture") in the United States, beginning in the 1960s in connection with the lawsuit in connection with which I am providing this declaration. I was the principal investigator for Applied Facts in connection with this engagement; the work that was performed by other Applied Facts employees and third parties was at my direction and under my supervision.

3. As a result of the efforts of Applied Facts, we were able to obtain the following documents from the various sources described below.

4. Attached hereto as Exhibit 34 is a true and correct copy of a document entitled "*La Dolce Vita* Academy Award Credits and Data for Bulletin of Screen Achievement Records," dated November 10, 1961. This document evidences that the Picture was produced in 1960 by Riama Film, S.p.A. Applied Facts obtained this document from the Academy of Motion Picture Arts and Sciences' Margaret Herrick Library, Fairbanks Center for Motion Picture Study ("AMPAS Library").

5.     Attached hereto as Exhibit 35 is a true and correct copy of an article entitled "Astor Settles Cinemat Dispute," which appeared in the *Hollywood Reporter* on August 22, 1962.  Applied Facts obtained this document from the AMPAS Library.

6.     Attached hereto as Exhibit 36 is a true and correct copy of an article entitled "Costs Cut, Astor Pictures Continues; Inland Credit Cancels That Auction," which appeared in *Variety* on January 16, 1963.  Applied Facts obtained this document from the online archives maintained by *Variety*.

7.     Attached hereto as Exhibit 37 is a true and correct copy of an article entitled "Astor Assets Exceed Liabilities," which appeared in *Variety* on February 6, 1963.  Applied Facts obtained this document from the online archives maintained by *Variety*.

8. Attached hereto as Exhibit 38 is a true and correct copy of an article entitled "Inland Credit Proposes Stock Offering," which appeared in the *SEC News Digest* on February 15, 1960.  This article reflects the fact that Ardisco Realty Corporation at the time was a subsidiary of Inland Credit Corp.  Applied Facts obtained this document by conducting research on the Internet website for the United States Securities and Exchange Commission, which publishes the *SEC News Digest* and which maintains an online archive of publications going back to 1956.  The *SEC News Digest* archive can be found at http://www.sec.gov/news/digest.shtml, and the February 15, 1960 edition can be found at http://www.sec.gov/news/digest/1960/dig021560.pdf.

9.     Attached hereto as Exhibit 39 is a true and correct copy of a "Certificate of Merger of Ardisco Realty Corporation Into Inland Credit Corporation," dated March 25, 1981.  Applied Facts obtained this document from the New York Department of State, Division of Corporations.

10.    Attached hereto as Exhibit 40 is a true and correct copy of the Annual Report of Commonwealth United Corporation ("CUC") for 1968, in which CUC reports on its acquisition of The Landau-Unger Company and that company's subsidiaries in late 1967.  Applied Facts obtained this document from the University

2
**DECLARATION OF STEPHANIE WOODHEAD**

of Wyoming's American Heritage Center. The American Heritage Center is the University of Wyoming's repository of manuscripts collections, rare books, and the university archives.

11. Attached hereto as Exhibit 41 is a true and correct copy of a document entitled "New York State - Department of State, Division of Corporations, Entity Information" for The Landau-Unger Company, dated November 27, 2012. This public document reflects The Landau-Unger Company's formation in August 1965, its name change to Commonwealth United Entertainment ("CUE") in August 1967 and its further name change to Iota Entertainment ("Iota") in April 1973. Applied Facts obtained this document from the online research site for the New York Department of State, Division of Corporations.

12. Attached hereto as Exhibit 42 is a true and correct copy of the Annual Report of National Telefilms Associates ("NTA") for 1972, in which NTA reports that the 820 films produced by Republic Pictures "are owned outright" by NTA and that "in early 1972, NTA acquired worldwide TV and theatrical distribution rights to the 820 pictures . . . produced by Republic." Applied Facts obtained this document from Thomas J. Long Business and Economics Library, Annual Report Collection, at the University of California, Berkeley.

13. Attached hereto as Exhibit 43 is a true and correct copy of a "Certificate of Merger" of NTA into Republic Pictures Corporation dated January 7, 1985. Applied Facts obtained this document from the New York Department of State, Division of Corporations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed at Los Angeles, California on April 1, 2013.

*(signature)*

STEPHANIE WOODHEAD