1 DAVID MANNING CHODOS, ESQ. (State Bar No.:39555)
CHODOS & ASSOCIATES
2 1880 Century Park East, Suite 1450
Los Angeles, California 90067-1615
3 Telephone: (310) 203-3888
Fax: (310) 203-3866
4

5 Attorneys for Defendant
INTERNATIONAL MEDIA FILMS, INC.
6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10 PARAMOUNT PICTURES            ) **Case No. CV 11-09112 SJO (AJWx)**
11 CORPORATION, a Delaware       )
   corporation; and MELANGE      ) Assigned to the Hon. James Otero
12 PICTURES LLC, a Delaware      ) Courtroom No. 1
   corporation,                  )
13                               )
14          Plaintiffs,          ) **DECLARATION OF ALFREDO**
                                 ) **LEONE IN SUPPORT OF**
15     vs.                       ) **OPPOSITION TO MOTION FOR**
                                 ) **PARTIAL SUMMARY JUDGEMENT**
16                               ) **"EXHIBITS A- Q"**
17 INTERNATIONAL MEDIA FILMS,    )
   INC., a Nevada corporation,   )
18                               )
            Defendants.          )
19                               )
20                               )
21                               ) Date:      June 3, 2013
                                 ) Time:      10:00 a.m.
22                               ) Location:  Dept. 1
23 _____)

24

25

26

27

28

-1-

**DECLARATION OF ALFREDO LEONE EXHIBITS A-Q**

EXHIBIT A

# RESOLUTION OF THE BOARD OF DIRECTORS

## OF

## INTERNATIONAL MEDIA FILMS, INC.

### A NEVADA CORPORATION

In accordance with the Provisions of Nevada Corporate Law MICHAEL L. POTTER, a Director of INTERNATIONAL MEDIA FILMS, INC., hereby consents to the following action:

RESOLVED that ALFREDO LEONE is hereby appointed President, Secretary, Treasurer and Director of INTERNATIONAL MEDIA FILMS, INC., and be it

**RESOLVED** that I, MICHAEL L. POTTER, hereby tender my resignation as President, Secretary, Treasurer and Director of INTERNATIONAL MEDIA FILMS, INC., a Nevada Corporation, such resignation effective as of this date, and be it

**RESOLVED** that I, ALFREDO LEONE, having been elected an Officer of INTERNATIONAL MEDIA FILMS, INC., a Nevada corporation, do hereby accept the position of President, Secretary, Treasurer and Director.

DATED Las Vegas, Nevada, this 4th day of NOVEMBER, 2004.

_____

_____
MICHAEL L. POTTER

EX A - 1

EXHIBIT B

*Verbum Linguistic Services*
Rosanna M. Giammanco Frongia, Ph.D.
POB 3944 ● Grand Central Station ● New York NY 10163
vox 212/599-3275 ● cell. 917/744-1633 ● fax 718/727-0770
e-mail RosannaGiammanco@cs.com

ATA Accreditation: English > Italian
ATA Accreditation: Italian > English
Certified by Translators & Interpreters Guild
Certified by NYC Board of Education
U.S. Dept. of State Clearance & Translator
U.S. Federal Court Interpreter & Translator

Past President, NY Circle of Translators
Member, Italy-America Chamber of
  Commerce
Listed in *Bowker's Literary Market Place*
Listed in *Int'l Who's Who in Translation &
  Terminology*

# CERTIFICATE OF ACCURACY

STATE OF NEW YORK    )
COUNTY OF NEW YORK) SS:

## TRANSLATION OF DOCUMENT FROM ITALIAN TO ENGLISH

On this day personally appeared before me Dr. ROSANNA M. GIAMMANCO who, after being duly sworn, deposes and says:

That she is a translator of the ITALIAN and ENGLISH languages by profession and that she is thoroughly conversant with these languages.

That she has carefully made the attached translation from the attached original documents, written in the ITALIAN language, as follows:

-DEED OF ASSIGNMENT between HOR A.G. and ORIENTAL FILMS S.r.l. dated November 20, 1981 with Invoice;
-DEED OF ASSIGNMENT between HOR A.G. and CINEMAT S.A. dated December 9, 1980;
-DEED OF ASSIGNMENT between RIAMA FILM S.p.A. and CINEMAT S.A. dated March 9, 1962 with Transcription Note;
-S.I.A.E. TRANSCRIPTION RECORD re: the film "LA DOLCE VITA."

That the attached translation is true and correct ENGLISH version of such originals, to the best of her knowledge and belief.

ROSANNA M. GIAMMANCO, Ph.D.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 20th DAY OF MARCH, 2002.

NOTARY PUBLIC

**FABIO FRONGIA**
Notary Public, State of New York
No. 31-49836228
Qualified in New York County
Commission Expires July 5 2002

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000327

EX B-1

*Verbum Linguistic Services*
Tel. (212) 599-3275 – Fax (718) 727-0770 – Rosanna@lannmancofics.com

*Translation*

[ROUND TAX STAMP L. 300]

[ROUND STAMP: Cinema]

## PRIVATE DEED

With this private deed between **RIAMA FILM S.p.A.**, in the person of its legal representative Mr. ERALDO LEONI, with registered office in Viale Castrense 9, Rome, party of the first part, and **CINEMAT S.A.**, in the person of its legal representative Mr. BRUNO A. HUGH, with registered office in 25 Rue du Rhône, Geneva, Switzerland, party of the second part;

**NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

1)     RIAMA FILM S.p.A., producer of the Italian-nationality film entitled "**LA DOLCE VITA**," transfers for the sum of _____ to CINEMAT S.A., which in turn accepts it, all the rights it owns to "LA DOLCE VITA", as follows: specifically, the rights of financial exploitation and exhibition of the film, as well as the receipts and income from leasing said film, and in general, all the benefits to which the assignor is entitled relative to said film.

This assignment is being made and accepted for the entire world with the exception of Italy, former Italian colonies, the Island of Malta and Italian registry ships; France, Belgium, Luxembourg, Republic of Congo, Protectorate of Rwanda Urundi, Central African Federation, Congo, Ivory Coast, Dahomey, Gabon, Higher Volta, Nigeria, Mali, Senegal, Chad, Togo, Cameroon, Mauritania, Guinea, French Sahara, French Somalia, Madagascar, Reunion Island, Kerguelen Islands, Comoros Islands, North and South Vietnam, Laos, Cambodia, French Antilles, St. Pierre and Miquelon, New Caledonia, French Pacific Islands, Trumalin and Glorious Islands, French military

-1-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000342

EXB - 2

bases in Germany, and the ships registered in all the above mentioned countries.

2)      The parties state that they wish to avail themselves of the special tax provisions accorded by the current law on cinematography for the purpose of fixed-tax registration of this deed;

3) This private deed shall be notified to S.I.A.E. – Società Italiana Autori ed Editori [Italian Authors and Publishers Association] for transcription into the State Cinema Registry, for which purpose the assignor RIAMA FILM S.p.A. is hereby authorized by assignee to take all the necessary steps, including signing where necessary the relative transcription note.

CINEMAT S.A., Geneva                     RIAMA FILM
Signature (illegible)                          Signature (illegible)

This March 9, 1962.

[ROUND STAMP ON PAGE 1]: S.I.A.E. – Società Italiana Autori ed Editori
[Italian Authors and Publishers Association] - Tax Stamp Virtually Paid
Permit of the Rome Financial Ministry – Presid. Decree No. [illegible] of 1/18/74

[STAMP ON PAGE 1]: Protocol Registration No. 17643 – March 27, 1962 at 5:30 p.m.
Signed (illegible)

[STAMP ON PAGE 1 AND 2]: S.I.A.E. – Società Italiana Autori ed Editori
[Italian Authors and Publishers Association] –
By delegation of the Special Commissioner – The Director (signed: illegible)

[STAMP]: OFFICE OF PRIVATE AND FOREIGN DEEDS – ROME
(illegible) – Received Lire 6,325 – Signed: Cashier (illegible signature)
Registration No. 48734 – Signed: Office Manager (illegible signature)

[ROUND STAMP]: Office of Private and Foreign Deeds – Rome – March 24, 1962

-2-

CONFIDENTIAL - ATTORNEY'S EYES ONLY                     IMF 000343

EX.B-3

*Verbum Linguistic Services*
Tel. (212) 599-3275 – Fax (713) 727-0770 – RosarinaGiammanco@cs.com

*Translation*

## TRANSCRIPTION NOTE

We hereby request transcription of the above private deed in which RIAMA FILM S.p.A., producer of the Italian-nationality film entitled "**LA DOLCE VITA**," transfers to CINEMAT S.A., with registered office at 25 Rue du Rhône, Geneva, Switzerland, which in turn accepts it, all the rights to the film "LA DOLCE VITA" owned by the assignor RIAMA FILM S.p.A., and specifically, the rights of financial exploitation and exhibition of the film, as well as the receipts and income from leasing said film, and in general, all the benefits to which the assignor is entitled relative to said film.

This assignment is being made and accepted for the whole world with the exception of Italy, former Italian colonies, the Island of Malta and Italian registry ships; France, Belgium, Luxembourg, Republic of Congo, Protectorate of Rwanda Urundi, Central African Federation, Congo, Ivory Coast, Dahomey, Gabon, Higher Volta, Nigeria, Mali, Senegal, Chad, Togo, Cameroon, Mauritania, Guinea, French Sahara, French Somalia, Madagascar, Réunion Island, Kerguelen Islands, Comoros Islands, North and South Vietnam, Laos, Cambodia, French Antilles, St. Pierre and Miquelon, New Caledonia, French Pacific Islands, Trumalin and Glorious Islands, French military bases in Germany, and the ships registered in all the above mentioned countries.

This ..........

CINEMAT S.A.                      RIAMA FILM
Signature (illegible)              Signature (illegible)

[stamp]: S.I.A.E. – Società Italiana Autori ed Editori
[Italian Authors and Publishers Association] –
By delegation of the Special Commissioner – The Director (signed: illegible)

ROUND STAMP: (illegible)

-3-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000344

EXB-4

*Verbum Linguistic Services*

Tel. (212) 599-3275 – Fax (718) 727-0770 – RosannaGiammanco@cs.com

*Translation*

## NOTICE OF SERVICE

Upon request of the RIAMA FILM Società per Azioni, I, undersigned, Court Process Server at the Unified Process Service Office of the Court of Appeals in Rome, duly served notice of the foregoing deed, by delivering separate copies of same to the following parties:

1. Società Italiana Autori ed Editori [Italian Authors and Publishers Association], at Via E. Gianturco 2, Rome, where I delivered it in the hands of [illegible], the employee in charge, at 5:30 p.m.

Rome, March 27, 1962

[signed: illegible]
The Court Process Server
[name: illegible]

2. Ministry of Tourism and Performing Arts – General Division of the Performing Arts, at Via della Ferratella 45/51, Rome, where I delivered to the hands of
..............

[stamp]: S.I.A.E. – Società Italiana Autori ed Editori
[Italian Authors and Publishers Association] –
By delegation of the Special Commissioner – The Director (signed: illegible)

-4-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000345

EFB-5

*Verbum Linguistic Services*
Tel. (212) 599-3275 – Fax (718) 727-0770 – RosannaGiammanco@cs.com

*Translation*

[ROUND STAMP]:
S.I.A.E. – Società Italiana Autori ed Editori
[Italian Authors and Publishers Association]
Tax Stamp Virtually Paid
Permit of the Rome Financial Ministry
Presid. Decree No. [illegible] of 1/18/74

This photostatic copy consists of five pages written on one side and is a true copy of the original deed that was served upon S.I.A.E. on March 27, 1962, Reference No. 17643.

Issued upon the request of CINESTAMPA INT., Reference No. 43048, who specifically requested copy of the deed and not the certificate excerpted from the State Cinema Registry.

[stamp]: S.I.A.E. – Società Italiana Autori ed Editori
[Italian Authors and Publishers Association] –
By delegation of the Special Commissioner –
The Director (signed: illegible)

Rome, September 3, 2001.

-5-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000346

EXB-6

## SCRITTURA PRIVATA

La S.P.A. Riama Film, con sede in Roma Viale Castrense n. 9, in persona del rappresentante legale Sig. Eraldo LEGNI, da una parte, e la Cinemai S.A. con sede in Ginevra/Svizzera, 28 Rue du Rhône, in persona del legale rappresentante Sig. Bruno A. HUGI, dall'altra parte, con la presente si danno atto di quanto segue :

1) - La S.P.A. Riama Film, produttrice del film di nazionalità italiana dal titolo "LA DOLCE VITA", cede per il corrispettivo di Dollari US. 240.000.- (duecentoquarantamila), alla Cinemai S.A., che accetta, tutti i diritti di pertinenza della cedente S.p.A. Riama Film relativi al film "LA DOLCE VITA" e specificatamente i diritti di utilizzazione economica e di rappresentazione, nonché i proventi e ricavi di noleggio e più in genere tutti i benefici di spettanza della cedente e relativi al detto film.  La cessione è fatta ed accettata per tutto il mondo tranne che per l'Italia, ex-colonie Italiane, Isola di Malta e navi battenti bandiera italiana; la Francia, Belgio, Lussemburgo, Repubblica del Congo, Protettorato Ruanda Urundi, Federazione Centrale Africana, Congo, Costa d'Avorio, Dahomey, Gabon, Alto Volta, Nigeria, Mali, Senegal, Tchad, Togo, Camerun, Mauritania, Sahara Francese, Somalia Francese, Madagascar, ......., Isole Kerguelen, isole Comore, Nord e Sud Vietnam, Laos, Cambogia, Antille Francesi, St. Pierre et Miquelon, Nuova Caledonia, isole Francesi del Pa-

SOCIETA ITALIANA AUTORI ED EDITORI
per delega del COMMISSARIO STRAORDINARIO
IL RESPONSABILE

IMF 000017

EXB-7

cifico, isole Tromelin e Gloriose, Paesi militali francesi in

Germania, navi battenti bandiera di tutti i citati paesi. -

8) - Le parti dichiarano di volersi avvalere delle agevolazioni

fiscali previste dalla vigente legge sulla Cinematografia per

la registrazione a tassa fissa. -

9) - Il presente atto notificato alla S.I.A.E. - Società Ita-

liana Autori ed Editori per la trascrizione nei Pubblici Regi-

stro Cinematografico Italiano, per il che la cedente S.F.A.

Riama Film resta

.............  dalla cessionaria autorizzata a compiere

le necessarie formalità sottoscrivendo ove occorra anche la

relativa nota di trascrizione. -

li

CINEMAT S.A., Geneva          RIAMA FILM

9th March 1962

..... PRIVATI ED ESTERI DI ROMA

Eseguita  registrazione al
N.   [48731
                          Mod. II Vol.

Addì _____

Addì _____

IL CASSIERE          IL CAPO UFFICIO

SOCIETÀ ITALIANA AUTORI ED EDITORI
per delega del COMMISSARIO STRAORDINARIO
IL RESPONSABILE

IMF 000018

EXB-8

NOTA DI TRASCRIZIONE

Si chiede la trascrizione dell'autografa scrittura privata con

la quale la S. p. A. Riama Film, produttrice del film di naziona-

lità italiana del titolo "LA DOLCE VITA", cede alla Cinemat

S.A., che accetta, tutti i diritti d'[pertinenza] della cedente

*N.R.F.*

*con sede in Ginevra - Svizzera - 25 RUE DU RHONE*

*[pubblico]*

S. p. A. Riama Film relativi al film "LA DOLCE VITA" e spe-

cificatamente i diritti di utilizzazione economica e di rappre-

sentazione, nonchè i proventi e ricavi di noleggio e più in gene-

re tutti i benefici di spettanza della cedente e relativi al detto

film.  La Cessione è fatta ad accettata per tutto il mondo tran-

ne che per l'Italia, ex-Colonie Italiane, Isola di Malta e navi

battenti bandiera italiana; in Francia, Belgio, Lussemburgo,

Repubblica del Congo,  Protettorato Ruanda Urundi, Federazio-

ne Centrale Africana, Congo, Costa d'Avorio, Dahomey, Gabon,

Alto Volta, Nigeria, Mali, Senegal, Tchad, Togo, Camerun, Mau-

ritania, Guinea, Sahara Francese, Somalia Francese, Madagascar,

Isola Reunione, Isola Kerguelen, Isole Comore, Nord e Sud Viet-

nam, Laos, Cambogia, Antille Francesi, St. Pierre et Mique-

lon, Nuova Caledonia, Isole Francesi del Pacifico, Isole Tristan-

lin e Glorious, Basi militari francesi in Germania, navi bat-

tenti bandiera di tutti i citati paesi.

B

CINEMAT. S.A.

RIAMA FILM

SOCIETÀ ITALIANA AUTORI ED EDITORI
per delega del COMMISSARIO STRAORDINARIO
IL RESPONSABILE

IMF 000019

EXB-9

Relazione di Notificazione

Sull'istanza della Società per Azioni RIAMA FILM;;, io sot-
toscritto Ufficiale Giudiziario addetto all'Ufficio Unico
Notifiche della Corte di Appello di Roma ho per ogni effet-
to di legge notificato il soprascritto atto, portandone se-
parate copie a:

1.- S.I.A.E. - Società Italiana Autori ed Editori - Via
E. Cialturco, 2 - Roma, dove l'ho lasciato nelle mani di

CINEMAT ... Gerara ...

Roma li 27-3-1968

2.- Ministero Turismo e Spettacolo - Direzione Generale
dello Spettacolo - Via della Ferratella, 45/51, Roma - dove
l'ho lasciato nelle mani di

SOCIETA' ITALIANA AUTORI E EDITORI
per delega del COMMISSARIO STRAORDINARIO
IL RESPONSABILE

IMF 000020

EXB-10



La presente copia fotostatica costituita da N. 5
facciate è conforme all'originale dell'atto notifica-
to alla S.I.A.E. in data 24.03.1962   Prot. n. 18643
(Si rilascia a domanda di *Cinetama Spot.*
Prot. n. 43248    che ha espressamente richiesto co-
pia dell'atto e non il certificato estratto dal PRO)

SOCIETA' ITALIANA AUTORI ED EDITORI
per delega del COMMISSARIO STRAORDINARIO
IL RESPONSABILE

**ROMA**    - 3 SET 2001

IMF 000021

*EXB-11*

EXHIBIT C

*Verbum Linguistic Services*
**Rosanna M. Giammanco Frongia, Ph.D.**
POB 3944 ● Grand Central Station ● New York NY 10163
vox 212/599-3275 ● cell. 917/744-1633 ● fax 718/727-0770
e-mail RosannaGiammanco@cs.com

ATA Accreditation: English > Italian
ATA Accreditation: Italian > English
Certified by Translators & Interpreters Guild
Certified by NYC Board of Education
U.S. Dept. of State Clearance & Translator
U.S. Federal Court Interpreter & Translator

Past President, NY Circle of Translators
Member, Italy-America Chamber of Commerce
Listed in *Bowker's Literary Market Place*
Listed in *Int'l Who's Who in Translation & Terminology*

## CERTIFICATE OF ACCURACY

STATE OF NEW YORK    )
COUNTY OF NEW YORK) SS:

### TRANSLATION OF DOCUMENT FROM ITALIAN TO ENGLISH

On this day personally appeared before me Dr. ROSANNA M. GIAMMANCO who, after being duly sworn, deposes and says:

That she is a translator of the ITALIAN and ENGLISH languages by profession and that she is thoroughly conversant with these languages.

That she has carefully made the attached translation from the attached original documents, written in the ITALIAN language, as follows:

-DEED OF ASSIGNMENT between HOR A.G. and ORIENTAL FILMS S.r.l. dated November 20, 1981 with Invoice;
-DEED OF ASSIGNMENT between HOR A.G. and CINEMAT S.A. dated December 9, 1980;
-DEED OF ASSIGNMENT between RIAMA FILM S.p.A. and CINEMAT S.A. dated March 9, 1962 with Transcription Note;
-S.I.A.E. TRANSCRIPTION RECORD re: the film "LA DOLCE VITA."

That the attached translation is true and correct ENGLISH version of such originals, to the best of her knowledge and belief.

ROSANNA M. GIAMMANCO, Ph.D.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 20th DAY OF MARCH, 2002.

NOTARY PUBLIC

**FABIO FRONGIA**
Notary Public, State of New York
No. 31-49836228
Qualified in New York County
Commission Expires July 5 2002

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000327

EXC-1

## PRIVATE DEED

### BETWEEN

**CINEMAT S.A.,** with registered office at 25, Rue du Rhône, Geneva, Switzerland;

### And

**HOR A.G.,** with registered office at Heiligkreuz 40, Vaduz, Liechtenstein;

### WHEREAS

CINEMAT S.A. states that it owns in perpetuity all the rights of financial exploitation for the entire world, with the exception of ITALY, to the following film: **"LA DOLCE VITA"** directed by Federico Fellini – having purchased them from RIAMA FILM S.p.A. of Rome on March 9, 1962;

### NOW THEREFORE,

### THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1) This preamble is an integral and essential part of the present contract;

2) CINEMAT S.A. transfers to HOR A.G., which accepts and in turn purchases, all the rights in perpetuity to the above-mentioned film, in all television and audiovisual formats and via all distribution media, present and future, now known and yet to be discovered, for the entire world with the exception of ITALY and former Italian colonies, and FRANCE and former French colonies;

3) CINEMAT S.A. from this moment forth authorizes HOR A.G. to access, in perpetuity, the negative materials wherever they may be located, for the printing of all the copies they may need for the film's exploitation, at the latter's expense;

4) As compensation for this assignment, HOR A.G. shall pay to CINEMAT S.A. the price of _____ upon signing of this private contract, which shall also be receipt of payment;

.. / .

-1-

EXC-2

6) All expenses related to the shipping and provision of photo, publicity and
advertising material for the film referred to in this contract shall be borne by HOR A G.

Vaduz, December 9, 1980.


**ASSIGNOR**                              **ASSIGNEE**
CINEMAT S.A.                              HOR A.G.
Signature (illegible)                     Signature (illegible)


[REVENUE STAMP]

Attorney – FL 9490 Vaduz
Certified.
Principality of Liechtenstein
Regional Court Clerk
Vaduz, this December 16, 1980
Signature (illegible)

[ROUND STAMP] – Regional Court – Principality of Liechenstein


-2-

Ex C-3

## SCRITTURA PRIVATA

TRA la CINEMAT S.A. con sede in GINEVRA (Svizzera) - 25, Rue du Rhône

E

la HOR A.G. con sede in VADUZ (Liechtenstein) - Heilig-kreuz, 40

PREMESSO

che la CINEMAT S.A. dichiara di essere proprietaria di tutti i diritti di utilizzazione economica in perpetuo e per tutto il mondo con esclusione dell'ITALIA del film:

"LA DOLCE VITA" per la regia di Federico Fellini - per averli acquistati dalla RIAMA FILM S.p.a. di Roma in data 9.3.1962

SI CONVIENE E SI STIPULA QUANTO SEGUE:

1) La premessa fa parte integrante ed essenziale della presente Scrittura Privata;
2) La CINEMAT S.A. cede alla HOR A.G. che accetta ed acquisisce in perpetuo tutti i diritti relativi al film in premessa, in tutti i formati televisivi ed audiovisivi, con ogni mezzo di diffusione presente, futuro, scoperto e da scoprire, per tutto il mondo con esclusione dell'ITALIA ed ex-colonie e della FRANCIA ed ex-colonie;
3) La CINEMAT S.A. autorizza fin d'ora la HOR A.G.all'-accesso in perpetuo ai materiali negativi ovunque essi si trovino depositati, per permettere la stampa a proprie spese delle copie necessarie per lo sfruttamento del film;
4) Il prezzo della predetta cessione viene stabilito in Usa $ 15.000= (Usa dollari quindicimila=) pagati dalla HOR A.G. alla CINEMAT S.A. alla firma della presente scrittura privata che ne costituisce anche quietanza;

../.

EXC-4

- 2 -

5) Tutte le spese di spedizione e fornitura di foto e
di materiale pubblicitario relative al film in oggetto
della presente scrittura privata, sono a carico della
HOR A.G..

Vaduz, 9.12.1980

LA CEDENTE                          LA CESSIONARIA

CINEMAT S.A.                        HOR A.G.

Kopie beglaubigt
Öffentlichkeitsregisteramt
Vaduz, am    RR 16 DEC. 1980

EXC-5

EXHIBIT D



**TRANSPERFECT**
T R A N S L A T I O N S

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
TOKYO
TORONTO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Marina Yoffe, hereby certify that the attached translation of the following documents:
Statutory Declaration, Signature Authentication, the undersigned document, Declaration,
Invoice, Transfer Instrument and Establishing Agreement is, to the best of my knowledge
and belief, a true and accurate translation from Italian into English.

Marina Yoffe

Sworn to before me this

13th day of March 2007

Signature, Notary Public

HEATHER BOSLEY
Notary Public - State of New York
No. 01BO6118858
Qualified in NEW YORK County
My Commission Expires OCT 12, 2011

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000387

ExD-1

[hw:] 1

[stamp:] Dr. GIANTOMMASO PARISI
NOTARY
Via Montebello No. 22
Tel. 06.49.57.681 – 00185 ROME

STATUTORY DECLARATION

(Art. 4, Law No. 15 of January 4, 1968)

The undersigned:

- BRUNO A. HUGI, Miederbipp [sic] (BE),

Before Dr. Giantommaso PARISI, Notary, residing in Rome, with office at Via Montebello No. 22

DECLARES

- That he is the Administrator of the Company CINEMAT S.A., headquartered in Geneva, Rue du Rhône, No. 25 and that he transferred in perpetuity to the Company HOR A.G. headquartered in Vaduz (LICHTENSTEIN) all the rights in the subject and script of the film: "LA DOLCE VITA" directed by Federico Fellini, in all television and audiovisual formats by any broadcast means present and future, discovered and to be discovered, for the entire world, with the exclusion of Italy and former colonies and FRANCE and former colonies.

    In addition, he declares that he received in cash the amount of US dollars fifteen thousand as balance of the contract executed on 12/9/1980 with HOR A.G.

    Rome, December 29, 1980

In witness whereof
[signature]

[stamp:]
PARISI GIANTOMMASO SON OF THE LATE CARLOS
NOTARY IN ROME

-I-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000388

EX D-2

Dott. GIANTOMMASO PARISI
NOTAIO
Via Montebello, 22
Tel. 06.49.57.681 - 00185 ROMA

DICHIARAZIONE SOSTITUTIVA DI ATTO NOTORIO

( Art. 4 Legge 4 gennaio 1968 n. 15 )

Il sottoscritto:

- BRUNO A. HUGI, Niederbipp (BE),

Innanzi al Dott. Giantommaso PARISI Notaio residen-
te in Roma, con studio in Via Montebello n. 22

DICHIARA

- di essere l'Amministratore della Società CINEMAT
S.A. con sede in Ginevra, Rue du Rhône n. 25 e di
aver ceduto in perpetuo alla Società HOR A.G. con
sede in Vadus (LIECHTENSTEIN) tutti i diritti sul
soggetto e sulla sceneggiatura relativi al film:
"LA DOLCE VITA" per la regia di Federico Fellini,
in tutti i formati televisivi ed audiovisivi con
ogni mezzo di diffusione presente e future, scoper-
te e da scoprire per tutto il mondo con esclusione
dall'Italia ed ex-colonie e della FRANCIA ed ex-
colonie.

Inoltre dichiara, di aver ricevuto in contanti la
somma di Usa dollari quindicimila a saldo del con-
tratto stipulato in data 9.12.1980 con la HOR A.G..

Roma, 29 dicembre 1980

In fede

- I -

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000395

EX D-3

EXHIBIT E

*Verbum Linguistic Services*
Rosanna M. Giammanco Frongia, Ph.D.
POB 3944 • Grand Central Station • New York NY 10163
vox 212/599-3275 • cell. 917/744-1633 • fax 718/727-0770
e-mail RosannaGiammanco@cs.com

ATA Accreditation: English > Italian
ATA Accreditation: Italian > English
Certified by Translators & Interpreters Guild
Certified by NYC Board of Education
U.S. Dept. of State Clearance & Translator
U.S. Federal Court Interpreter & Translator

Past President, NY Circle of Translators
Member, Italy-America Chamber of
    Commerce
Listed in *Bowker's Literary Market Place*
Listed in *Int'l Who's Who in Translation &
    Terminology*

## CERTIFICATE OF ACCURACY

STATE OF NEW YORK    )
COUNTY OF NEW YORK) SS:

### TRANSLATION OF DOCUMENT FROM ITALIAN TO ENGLISH

On this day personally appeared before me Dr. ROSANNA M. GIAMMANCO who, after being duly sworn, deposes and says:

That she is a translator of the ITALIAN and ENGLISH languages by profession and that she is thoroughly conversant with these languages.

That she has carefully made the attached translation from the attached original documents, written in the ITALIAN language, as follows:

-**DEED OF ASSIGNMENT between HOR A.G. and ORIENTAL FILMS S.r.l. dated November 20, 1981 with Invoice;**
-**DEED OF ASSIGNMENT between HOR A.G. and CINEMAT S.A. dated December 9, 1980;**
-**DEED OF ASSIGNMENT between RIAMA FILM S.p.A. and CINEMAT S.A. dated March 9, 1962 with Transcription Note;**
-**S.I.A.E. TRANSCRIPTION RECORD re: the film "LA DOLCE VITA."**

That the attached translation is true and correct ENGLISH version of such originals, to the best of her knowledge and belief.

ROSANNA M. GIAMMANCO, Ph.D.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 20th DAY OF MARCH, 2002.

NOTARY PUBLIC

**FABIO FRONGIA**
Notary Public, State of New York
No. 31-4983622B
Qualified in New York County
Commission Expires July 5 2002

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000327

EX-E-1

*Verbum Linguistic Services*
Tel. (212) 599-3275 – Fax (718) 727-0770 – RosannaGiammanco@cs.com

*Translation*

## PRIVATE DEED

In the year 1981, on the 20th day of the month of November, in Vaduz;

### BETWEEN

**HOR A.G.**, with registered office at Heiligkreuz 40, Vaduz, Liechtenstein, in the person of its attorney Mr. GABRIELE AGHIB on the "ASSIGNOR" side;

### And

**ORIENTAL FILMS S.r.l.** with registered office in Via A. Fogazzaro 30, Rome –with identification number 00941301004, in the person of its managing director Mrs. ELENA SANTARELLI on the "ASSIGNEE" side;

### WHEREAS

HOR A.G. states that it is has exclusive ownership of 100% of the residual rights of financial exploitation for all types of formats, now known and yet to be discovered, for the entire world except for the territories listed next to each title, to the following films:

| | |
|---|---|
| 1) SCIUSCIA' | Directed by Vittorio De Sica – except ITALY; |
| 2) **LA DOLCE VITA** | Directed by Federico Fellini – except ITALY and former ITALIAN COLONIES, FRANCE and former FRENCH COLONIES; |
| 3) OSSESSIONE | Directed by Luchino Visconti – except ITALY and SPAIN; |
| 4) LA TERRA TREMA | Directed by Luchino Visconti – except ITALY and SPAIN; |

-1-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000330

EXE-2

*Verbum Linguistic Services*
Tel. (212) 599-3275 – Fax (718) 727-0770 – RosannaGiammanco@cs.com

*Translation*

as per photocopies of contracts attached hereto;

## NOW THEREFORE,

### THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1) This preamble is an integral and essential part of the present contract;

2) HOR A.G., as represented above and with the above-listed registered address, assigns, transfers and sells to ORIENTAL FILMS S.r.l., as represented above and with the above-listed registered address, which in turn purchases it, 100% (one hundred percent) of all the residual rights of financial exploitation, in all formats and via all distribution media, present and future, now known and yet to be discovered, for the entire world with the exception of the territories listed next to each title, of the following films:

| | |
|---|---|
| 1) SCIUSCIA' | Directed by Vittorio De Sica – except ITALY; |
| 2) **LA DOLCE VITA** | Directed by Federico Fellini – except ITALY and former ITALIAN COLONIES, FRANCE and former FRENCH COLONIES; |
| 3) OSSESSIONE | Directed by Luchino Visconti – except ITALY and SPAIN; |
| 4) LA TERRA TREMA | Directed by Luchino Visconti – except ITALY and SPAIN; |

3) The ASSIGNOR guarantees the absolute ownership of the rights that are the subject matter of this contract and guarantees to the ASSIGNEE the specific enjoyment

-2-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000331

EX "E"-3

*Verbum Linguistic Services*

Tel. (212) 599-3275 – Fax (718) 727-0770 – RosannaGiammanco@cs.com

*Translation*

of same, and that it shall stand surety for same, declaring itself liable for every action and /or disturbance in this respect;

4) As compensation for this assignment, the Assignee shall pay to the Assignor the total price of _____

by bank transfer by and no later than November 30, 1981;

5) HOR A.G. from this moment forth authorizes ORIENTAL FILMS S.r.l. to access, in perpetuity, the negative materials located in the developing and printing laboratories both in Italy and abroad for the printing of all the copies they may need at their own expense;

6) This PRIVATE DEED shall be registered, if need be, by the Assignee at their expense.

7) All expenses related to the shipping and provision of publicity and advertising material for the films referred to in this contract shall be borne by ORIENTAL FILMS S.r.l.

Vaduz, November 20, 1981.

**ASSIGNOR**
HOR A.G.
Signature (illegible)

**ASSIGNEE**
ORIENTAL FILMS S.r.l.
The Managing Director
Signature (Elena Santarelli)

-3-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000332

Ex "E" - 4

*Verbum Linguistic Services*

Tel (212) 599-3275 – Fax (718) 727-0770 – RosannaGiammanco@cs.com

*Translation*

---

## HOR A.G.

Registered Office: Heiligkreuz 40
Postfach 831 FL 9490
VADUZ, Liechtenstein

Rome, November 23, 1981

INVOICE NO.  11/81

Messrs.
ORIENTAL FILMS s.r.l.
Via A. Fogazzaro, 30
00137 ROME

To be paid by you for transferring to you the following films:

| | |
|---|---|
| 1) SCIUSCIA' | Directed by Vittorio De Sica; |
| **2) LA DOLCE VITA** | **Directed by Federico Fellini;** |
| 3) OSSESSIONE | Directed by Luchino Visconti; |
| 4) LA TERRA TREMA | Directed by Luchino Visconti; |

For the whole world, with the exception of the territories listed in the contract we signed with you on November 20, 1981;

| | |
|---|---|
| For the price of | It. Lire 70,000,000 |
| Cost of 4 Masters | 914,907 |

TOTAL INVOICE        It. Lire 70,914,907

Please pay by bank transfer to our account at
TRADE DEVELOPMENT BANK,
Via Soave 1, Lugano, Switzerland.

HOR A.G.
(signature)

-4-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000333

EX "E"-5

<u>SCRITTURA PRIVATA</u>

L'anno 1981 il giorno 20 del mese di novembre a

VADUZ :

TRA

la HOR A.G. con sede a VADUZ (Liechtenstein) in

Heiligkreuz, 40 - in persona del suo procuratore

Sig. AGHIB Gabriele da una parte quale "CEDENTE"

E

la ORIENTAL FILMS S.r.l. con sede a Roma in Via A.

Fogazzaro, 30 - con P.I. nr. 00941301004 - in per-

sone del suo Amministratore Unico Sig.ra SANTARELLI

Elena dall'altra parte quale "CESSIONARIA"

PREMESSO

che la HOR A.G. si dichiara di essere proprietaria

del 100% dei residui diritti di sfruttamento econo-

mico, in tutti i formati scoperti e da scoprire,

per tutto il mondo con esclusione dei territori

indicati accanto ad ognuno dei seguenti films:

1) "SCIUSCIA'" - regia di Vittorio De Sica - escluso

ITALIA;

2) "LA DOLCE VITA"- regia di Federico Fellini -

escluso ITALIA ed ex-colonie e FRANCIA ed ex-colonie;

3)"OSSESSIONE" - regia di Luchino Visconti - esclu-

so ITALIA e SPAGNA;

4) "LA TERRA TREMA" - regia di Luchino Visconti -

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000334

Ex "E" - 6



**TRANSPERFECT**
T R A N S L A T I O N S

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
TOKYO
TORONTO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Marina Yoffe, hereby certify that the attached translation of the following documents: Statutory Declaration, Signature Authentication, the undersigned document, Declaration, Invoice, Transfer Instrument and Establishing Agreement is, to the best of my knowledge and belief, a true and accurate translation from Italian into English.

Marina Yoffe

Sworn to before me this

13th day of March 2007

Signature, Notary Public

HEATHER BOSLEY
Notary Public - State of New York
No. 01BO6118858
Qualified in NEW YORK County
My Commission Expires OCT 12, 20__

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000387

Ex "I" - 1

escluso ITALIA e SPAGNA;

come da fotocopia dei contratti allegati;

SI CONVIENE E SI STIPULA QUANTO SEGUE:

1) la premessa fa parte integrante ed essenziale del presente atto;

2) la HOR.A.G. come sopra rappresentata e domicilia-ta, cede, trasferisce ed aliena alla ORIENTAL FILMS S.r.l. come sopra rappresentata e domiciliata, che a sua volta acquista il 100% (centopercento) di tutti i residui diritti di sfruttamento economico, in tutti i formati, con mezzo di diffusione pre-sente e futuro, scoperto e da scoprire, per tutto il mondo con esclusione dei territori indicati ac-canto ad ognuno dei seguenti films:

1) "SCIUSCIA" - regia di Vittorio De Sica - escluso ITALIA;

2) "LA DOLCE VITA" - regia di Federico Fellini - escluso ITALIA ed ex-colonie e FRANCIA ed ex-colonie;

3) "OSSESSIONE" - regia di Luchino Visconti - escluso ITALIA e SPAGNA;

4) "LA TERRA TREMA" - regia di Luchino Visconti - escluso ITALIA e SPAGNA;

3) la CEDENTE garantisce l'assoluta proprietà di quanto è oggetto del presente accordo e ne garan-tisce il suo specifico godimento da parte della

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000335

Ex "E" - 7

CESSIONARIA manlevandola e dichiarandosi responsa-
bile per ogni azione e/o turbativa al riguardo;

4) a corrispettivo della presente cessione, la
Cessionaria pagherà alla Cedente l'importo comples-
sivo di L. 70.000.000= (settantamilioni=) a mezzo
trasferimento bancario da effettuarsi entro il
30.11.1981;

5) la HOR A.G. autorizza fin d'ora la ORIENTAL FILMS
S.r.l. all'accesso in perpetuo ai materiali negati-
vi depositati nei laboratori di sviluppo e stampa
sia in Italia che all'estero, per poter stampare
a proprie spese copie ad essa necessarie;

6) la presente Scrittura Privata sarà registrata
in caso di bisogno a cura e spese della Cessionaria;

7) tutte le spese di spedizione e di fornitura di
materiale pubblicitario relative ai films in ogget-
to della presente Scrittura Privata, sono a carico
della ORIENTAL FILMS S.r.l..

Vaduz, 20 novembre 1981

LA CEDENTE                        LA CESSIONARIA

HOR A.G.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000336

Ex "E" - 8

# HOR A.G.

Sede Legale: Heiligkreuz 40
Postfach 831 FL 9490
VADUZ (Liechtenstein)

Vaduz, 23 novembre 1981

Spett.le
ORIENTAL FILMS S.r.l.
Via A. Fogazzaro, 30
00137 ROMA / Italia

FATTURA NR. 11/81

- Vs. dare per cessione dei ns.
  seguenti films:

1) "SCIUSCIA'" - regia di Vittorio De Sica;
2) "LA DOLCE VITA" - regia di Federico Fellini;
3) "OSSESSIONE" - regia di Luchino Visconti;
4) "LA TERRA TREMA" - regia di Luchino Visconti;

per tutto il mondo con esclusione
dei territori riportati sul contratto
con Voi stipulato in data 20.11.81;

| | |
|---|---|
| al prezzo di . . . . . . . . . | L. 70.000.000= |
| + costo di nr. 4 Master . . . . . . | "     914.907= |
| TOTALE FATTURA | L. 70.914.907= |

che Vi preghiamo volerci rimettere
a ½ trasferimento bancario a ns.
favore presso la TRADE DEVELOPMENT BANK
Via Soave, 1 - Lugano/Svizzera.


HOR A.G.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000326

"EX-"E"-9

Roma 20/11/81    (12)

**UFFICIO ITALIANO DEI CAMBI**
SERVIZIO AUTORIZZAZIONI

N. Mecc. Ditta ☐ R.N. ☐ (3)

NULLA-OSTA N. ☐ 306774 ☐ (4)

ORIENTAL FILMS
presso Cecchetti & C.
Corso Trieste 85/B
ROMA

OGGETTO : Acquisto diritti di ........sfruttamento films.........

La Ditta in indirizzo ha chiesto l'approvazione del contratto, stipulato in data .20/11/81...
...tra le medesime e la MOR & C. di Vaduz...........
per l'acquisto in oggetto, relativa ai films :

| CONVICIA' - LA DOLCE VITA - OSSESSIONE - LA TERRA TREMA | (6) |

Tale contratto prevede, tra l'altro, il seguente pagamento :

☐ .. Lit. .. ☐ 70.000.000 ☐(8)   ( .lire italiane settantamilioni).
(valuta)       (importo)
..) a titolo di prezzo fisso

☐ ...........  dei proventi di noleggio in favore della concedente italiana, con un
minimo garantito di ........ ☐ ........ ☐(8)   ( ..................................
(valuta)       (importo)                              )

☐ ........ del proventi di noleggio in favore della concedente estera (percentuale semplice)
☐
per diritti di ..sfruttamento economico in tutti i .ferenti, per tutto
il mondo con esclusione dell'ITALIA e paesi riportati nel
contratto del 20/11/81...

Periodo di esclusiva :  IN PERPETUO

Paese estero creditore : VADUZ / Liechtenstein

INVALIDATO AI FINI VALUTARI
per Lit. 70.314.907 Roma 4/12/81
BANCA D'AMERICA E D'ITALIA

Altre eventuali condizioni contrattuali e / o disposizioni particolari dell'ufficio :

Quale banca prescelta dall'interessata, Vi comunichiamo il nostro NULLA-OSTA all'esecuzione
del contratto in questione per quanto concerne il regolamento dei predetti diritti, regolamento che
dovrà essere effettuato in " valuta di conto valutario " e / o in " lire di conto estero ".

Il presente nulla osta è valido, per il periodo di sei mesi, ai fini dell'importazione e/o trasformazione in definitiva del
materiale cinematografico relativo al film soprandicato, con esclusione, peraltro, delle copie positive in versione italiana.

In caso di risoluzione del contratto in parola la Ditta dovrà darne tempestiva comunicazione a questo Ufficio,
rimettendo idonea documentazione giustificativa nonché l'esemplare nulla-osta in suo possesso, per i relativi adempimenti
di ordine valutario (scarico degli impegni, perdita o rientrolo di eventuali anticipi, imputazione ad altri contratti, ecc.).

UFFICIO ITALIANO DEI CAMBI

BANCA D'AMERICA E D'ITALIA

(E. Ponzi)

ROMA

2 - alla Ditta

EX "E"-10

EXHIBIT F



**TRANSPERFECT**
T R A N S L A T I O N S

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
TOKYO
TORONTO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Marina Yoffe, hereby certify that the attached translation of the following documents: Statutory Declaration, Signature Authentication, the undersigned document, Declaration, Invoice, Transfer Instrument and Establishing Agreement is, to the best of my knowledge and belief, a true and accurate translation from Italian into English.

Marina Yoffe

Sworn to before me this

13th day of March 2007

Signature, Notary Public

HEATHER BOSLEY
Notary Public - State of New York
No. 01BO6116858
Qualified in NEW YORK County
My Commission Expires OCT 12, 20__

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000387

EX "F" - 1

[hw:] 3

*HOR A.G.*
*Heiligkreuz 40*
*P.O. Box 831*
*FL – 9490 Vaduz*

Vaduz, March 15, 1982

The undersigned

HOR A.G. – 9490 VADUZ – declares that it executed with ORIENTAL FILMS S.r.l. headquartered in Rome at Via A. Fogazzaro No. 32, a contract dated 11/20/1981, under which it transferred all cinematographic and television rights in perpetuity and for the entire world (to the exclusion of the territories indicated in the contract) of the following films:

1) SCIUSCIÀ [Shoeshine]

2) LA DOLCE VITA [La Dolce Vita]

3) OSSESSIONE [Obsessed]

4) LA TERRA TREMA [The Earth Trembles]

After the additional agreements were reached, the following is established:

We hereby transfer to you all rights in the subject and script of the film "LA DOLCE VITA" directed by Federico Fellini, for the entire world to the exclusion of ITALY and FRANCE, at the agreed price of L. 5,000,000 = (five million) payable in cash when signing this agreement, which also constitutes receipt.

In witness whereof

HOR A.G.
[signature]

[cancelled tax stamps in left margin]

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000390

*EX "F" - 2*

12.MAR.2007 16:36 0675359568                              P.001

**H O R  A.G.**
*Heiligkreuz 40*
*Postfach 831*
*FL - 9490 V a d u z*

3

Vaduz, 18 marzo 1982

La sottoscritta

HOR A.G. - 9490 VADUZ - dichiara che ha stipulato con la
ORIENTAL FILMS S.r.l. con sede a Roma in Via A. Fogazzaro
n. 32, un contratto in data 20.11.1981 nel quale ha ceduto
tutti i diritti cinematografici e televisivi in perpetuo e
per tutto il mondo (con esclusione dei territori indicati
nel contratto) dei seguenti films:

1) SCIUSCIA'
2) LA DOLCE VITA
3) OBSESSIONE
4) LA TERRA TREMA

Dopo gli ulteriori accordi intercorsi rimane stabilito
quanto segue:

Con la presente Vi cediamo tutti i diritti sul soggetto e
sulla sceneggiatura del film "LA DOLCE VITA" per la regia
di Federico Fellini, per tutto il mondo con esclusione del-
l'ITALIA e della FRANCIA, al prezzo concordato di L. 5.000.000=
(cinquemilioni) pagabili in contanti alla firma del presente
accordo che ne costituisce anche quietanza.

In fede

HOR A.G.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

EX "F" 3

EXHIBIT G

*Verbum Linguistic Services*                                                    *Translation*

**ORIENTAL FILMS s.r.l.**
Registered Office and Business Address:
Via A. Fogazzaro 32 – 00137 ROME
Tel. 927 4697 – 927 7106 [numbers not clear]
Tax Id. No. 00902030584
**IN LIQUIDATION**

Rome, October 23, 1997

To: CINESTAMPA INTERNAZIONALE s.r.l.
Via A. Fogazzaro 30
00137 ROME

VAT No. 00981741002

Dear Sirs:

As exclusive owners, with this letter we confirm our irrevocable mandate to you to lease and sell throughout the world, with the exception of the territories listed next to each title, the following films:

1) SCIUSCIA'          Directed by Vittorio De Sica – except ITALY
2) LA DOLCE VITA      Directed by Federico Fellini – except ITALY and former
                      ITALIAN COLONIES, FRANCE and former FRENCH
                      COLONIES
3) OSSESSIONE         Directed by Luchino Visconti – except ITALY and SPAIN
4) LA TERRA TREMA     Directed by Luchino Visconti – except ITALY and SPAIN;

Together with the right and option of entering into corresponding agreements, issuing and receiving invoices, collecting monies and issuing receipts, with reference to the above mandate.

For the above mandate you shall be entitled to a 30% (thirty percent) commission. Your Company may partially or totally delegate these powers for distribution purposes, to another Company whom you trust, though such delegation of powers shall not cause any charge to us or any increase in the commission we shall owe you.

Wishing for a productive collaboration, we are

Very truly yours,

ORIENTAL FILMS s.r.l.
[signed: illegible]

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000328

EX "G" - 1

**ORIENTAL FILMS**
S.R.L.

SEDE E UFFICI:
Via A. Fogazzaro, 32 - Tel. 8274887 - 8277106
00137 ROMA

Roma, _____

Cod. Fiscale N. 00902030584

In liquidazione

Roma, 23.10.97

Spett.le
CINESTAMPA INTERNAZIONALE s.r.l.
Via A.Fogazzaro, 30
00137 ROMA

P.I. 00981741002

Egregi Signori,

nella ns. qualità di unici proprietari, con la presente Vi confermiamo irrevocabile mandato di noleggiare e vendere per tutto il mondo con esclusione dei territori indicati accanto ad ognuno dei seguenti films:

1) "SCIUSCIA" – Regia di Vittorio De Sica – Esclusa ITALIA;
2) "LA DOLCE VITA" – Regia di Federico Fellini – Escluse ITALIA ed EX-COLONIE e FRANCIA ed EX-COLONIE;
3) "OSSESSIONE" – Regia di Luchino Visconti – Escluse ITALIA e SPAGNA;
4) "LA TERRA TREMA" – Regia di Luchino Visconti – Escluse ITALIA e SPAGNA;

con diritto e facoltà di stipulare i relativi contratti, di emettere e di ricevere fatture, di incassare e quietanzare, in relazione al mandato come sopra conferitoVi.

Per tale mandato Vi sarà riconosciuta la percentuale del 30% (trentapercento). La Vs. Società potrà delegare in tutto o in parte, per lo svolgimento dei compiti di distribuzione, a un'altra Società di Vs. fiducia, ma tale deroga non costituirà alcun aggravio od aumento della percentuale a ns. carico.

Augurandoci una efficace collaborazione, Vi porgiamo i nostri migliori saluti.

...S.r.l.

*[signature]*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000329

EX "G" - 2

EXHIBIT H

## DEED OF TRANSFER

By this Private Instrument, intended to have every effect as provided by law,

### BETWEEN

ORIENTAL FILMS S.r.l. under liquidation, having its registered office in Rome, Via A. Fogazzaro No. 32, VAT Account No.: 00941301004, represented by its liquidator Ms. ELENA SANTARELLI

### AND

CINESTAMPA INTERNAZIONALE S.r.l., having its registered office in Rome, Via A. Fogazzaro No. 30, VAT Account No.: 00981741002, represented by its Sole Director Mr. MUSHI GLAM;

### WHEREAS

ORIENTAL FILMS S.r.l. under liquidation declares it is the owner of all rights of economic use throughout the world, with the exclusion of the territories indicated next to each, in the following films:

A) SCIUSCIÀ – directed by Vittorio De Sica – excluding ITALY;

B) LA DOLCE VITA – directed by Federico Fellini – excluding ITALY and its former colonies and FRANCE and its former colonies;

C) OSSESSIONE – directed by Luchino Visconti – excluding ITALY and SPAIN;

D) LA TERRA TREMA – directed by Luchino Visconti – excluding ITALY and SPAIN; inasmuch as it acquired them from the company HOR A.G. of VADUZ (Liechtenstein) on November 20, 1981, as evidenced by invoice No. 11/81 from HOR A.G., duly registered in the Day Book of the company ORIENTAL FILMS S.r.l. under liquidation,

EX"H"-1

on page No. 23;

- CINESTAMPA INTERNAZIONALE S.r.l. is interested in acquiring said rights of economic exploitation;

THE FOLLOWING IS AGREED AND STIPULATED:

1) The preamble is an integral part of this instrument;

2) CINESTAMPA INTERNAZIONALE S.r.l. acquires the goods described in the preamble in "as is" condition with regard to both substance and law, releasing the liquidator of ORIENTAL FILMS S.r.l. from all liability;

3) Ms. ELENA SANTARELLI, in her capacity as liquidator of ORIENTAL FILMS S.r.l., assigns to CINESTAMPA INTERNAZIONALE S.r.l., which accepts and acquires in perpetuity, all rights of economic use (none excluded) regarding the films indicated in the preamble, for the entire world, with the exclusion of the territories indicated next to each, in the following films:

A) SCIUSCIÀ – directed by Vittorio De Sica – excluding ITALY;

B) LA DOLCE VITA – directed by Federico Fellini – excluding ITALY and its former colonies and FRANCE and its former colonies;

C) OSSESSIONE – directed by Luchino Visconti – excluding ITALY and SPAIN;

D) LA TERRA TREMA – directed by Luchino Visconti – excluding ITALY and SPAIN;

4) In consideration for this transfer, CINESTAMPA INTERNAZIONALE S.r.l. shall pay to ORIENTAL FILMS S.r.l. under liquidation the amount of 50,000,000.00 Italian lire

EX "H" - 2

(fifty million) plus value-added tax, upon delivery of the masters;

5) This instrument shall be recorded, if needed, by the efforts and at the expense of CINESTAMPA INTERNAZIONALE S.r.l.;

6) For any dispute that may arise as to the interpretation of this Instrument, the venue and jurisdiction shall Rome.

Rome, January 7, 1998

ORIENTAL FILMS S.r.l. under liquidation

The Liquidator                                    [stamp] CINESTAMPA INTERNAZIONALE srl
[signature]                                                          The Sole Director
                                                                            [signature]

EX"H"-3

## MEMORANDUM OF TRANSCRIPTION

Assignment by ORIENTAL FILMS S.r.l. under liquidation, having its registered office in Rome, Via A. Fogazzaro No. 32, to CINESTAMPA INTERNAZIONALE S.r.l., having its registered office in Rome, Via A. Fogazzaro No. 30, which has acquired in perpetuity all rights of economic use for the entire world, to the exclusion of the territories indicated next to each, in the following films:

A) SCIUSCIÀ – directed by Vittorio De Sica – excluding ITALY;

B) LA DOLCE VITA – directed by Federico Fellini – excluding ITALY and its former colonies and FRANCE and its former colonies;

C) OSSESSIONE – directed by Luchino Visconti – excluding ITALY and SPAIN;

D) LA TERRA TREMA – directed by Luchino Visconti – excluding ITALY and SPAIN.

ORIENTAL FILMS S.r.l. under liquidation

The Liquidator

[signature]                              [stamp] CINESTAMPA INTERNAZIONALE srl

                                         The Sole Director

                                         [signature]

Ex "H" - 4

ATTO DI CESSIONE

Con la presente Scrittura Privata da valere ad ogni effetto di legge

T R A

la ORIENTAL FILMS S.r.l. in liquidazione con sede in Roma, Via A.Fogazzaro n. 32, P.I.: 00941301004, rappresentata dal suo liquidatore Sig.ra ELENA SANTARELLI

E

La CINESTAMPA INTERNAZIONALE S.r.l. con sede in Roma, Via A. Fogazzaro n.30, P.I.: 00981741002, rappresentata dal suo Amministratore Unico Signor MUSHI GLAM;

PREMESSO

che la ORIENTAL FILMS S.r.l. in liquidazione dichiara di essere titolare di tutti i diritti di utilizzazione economica per tutto il mondo con esclusione dei territori indicati accanto a ciascuno dei seguenti films:

A) SCIUSCIA' – regia di Vittorio De Sica – escluso ITALIA;

B) LA DOLCE VITA – regia di Federico Fellini – escluso ITALIA ed ex-colonie e FRANCIA ed ex-colonie;

C) OSSESSIONE – regia di Luchino Visconti – escluso ITALIA e SPAGNA;

D) LA TERRA TREMA – regia di Luchino Visconti – escluso ITALIA e SPAGNA;

per averli acquistati dalla Soc. HOR A.G. di VADUZ (Liechtenstein) in data 20.11.1981, come da fattura n. 11/81 della HOR A.G. regolarmente registrata sul Libro Giornale della Soc. ORIENTAL

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000376

EXH "-5

FILMS S.r.l. in liquidazione, alla pagina n. 23;

- che la CINESTAMPA INTERNAZIONALE S.r.l. ha interesse ad acquistare detti diritti di sfruttamento economico;

SI CONVIENE E SI STIPULA QUANTO SEGUE:

1) la premessa fa parte integrante del presente atto;

2) la CINESTAMPA INTERNAZIONALE S.r.l. acquista i beni descritti in premessa nello stato di fatto e di diritto in cui si trovano, sollevando il liquidatore della ORIENTAL FILMS S.r.l. da ogni responsabilità;

3) la Sig.ra ELENA SANTARELLI, nella sua qualità di liquidatore della ORIENTAL FILMS S.r.l., cede alla CINESTAMPA INTERNAZIONALE S.r.l., che accetta ed acquista in perpetuo tutti i diritti di utilizzazione economica (nessuno escluso) relativi ai films in premessa per tutto il mondo con esclusione dei territori indicati accanto a ciascuno dei seguenti films:

A) SCIUSCIA' – regia di Vittorio De Sica – escluso ITALIA;

B) LA DOLCE VITA – regia di Federico Fellini – escluso ITALIA ed ex-colonie e FRANCIA ed ex-colonie;

C) OSSESSIONE – regia di Luchino Visconti – escluso ITALIA e SPAGNA;

D) LA TERRA TREMA – regia di Luchino Visconti – escluso ITALIA e SPAGNA;

4) a corrispettivo della presente cessione, la CINESTAMPA INTERNAZIONALE S.r.l. pagherà alla ORIENTAL FILMS S.r.l. in liquidazione l'importo di Lire italiane 50.000.000=

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000377

EX "H" - 6

(cinquantamilioni) più IVA, alla consegna dei masters;

5) il presente atto sarà registrato in caso di bisogno a cura e spese della CINESTAMPA INTERNAZIONALE S.r.l.;

6) per qualunque controversia dovesse sorgere per l'interpretazione del presente atto, il Foro competente sarà quello di Roma.

Roma, 7 gennaio 1998

ORIENTAL FILMS  S.r.l. in liquidazione

Il Liquidatore

CINESTAMPA INTERNAZIONALE srl
L'Amministratore Unico

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000378

EX "H" - 7

<u>NOTA DI TRASCRIZIONE</u>

Cessione da parte della ORIENTAL FILMS S.r.l. in liquidazione, con sede a Roma in Via A.Fogazzaro n.32, a favore della CINESTAMPA INTERNAZIONALE S.r.l. con sede a Roma in Via A.Fogazzaro n.30 – che ha acquistato in perpetuo tutti i diritti di utilizzazione economica per tutto il mondo con l'esclusione dei territori indicati accanto a ciascuno dei seguenti films:

A) <u>SCIUSCIA'</u> – regia di Vittorio De Sica – escluso ITALIA;

B) <u>LA DOLCE VITA</u> – regia di Federico Fellini – escluso ITALIA ed ex-colonie e FRANCIA ed ex-colonie;

C) <u>OSSESSIONE</u> – regia di Luchino Visconti – escluso ITALIA e SPAGNA;

D) <u>LA TERRA TREMA</u> – regia di Luchino Visconti – escluso ITALIA e SPAGNA.

ORIENTAL FILMS S.r.l. in liquidazione

Il Liquidatore



CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000379

"EX"H"-8

EXHIBIT I

[hw:] 4

**ORIENTAL FILMS s.r.l.** *In liquidation*
*Headquarters and offices: Via A. Fogazzaro, 32 – 00137 ROME*
     *Tel. 8273697 – 8277106*

     *Tax Code No. 00902030584*

Rome, April 10, 1998

## DECLARATION

We hereby declare that on January 7, 1998 we transferred to the company CINESTAMPA INTERNAZIONALE s.r.l. headquartered in Rome at Via A. Fogazzaro No. 30—all rights for economic use in perpetuity and for the entire world (to the exclusion of the territories indicated in the contract) of the following films:

1) SCIUSCIÀ
2) LA DOLCE VITA
3) OSSESSIONE
4) LA TERRA TREMA

In addition, at your request, we also transferred to you all rights in the subject and script of the film "LA DOLCE VITA" in perpetuity and for the entire world, to the exclusion of Italy and France, after payment (as agreed with you) of Lire 8,000,000 = plus VAT (eight million) payable upon receipt of our invoice.

In witness whereof

[stamp:] ORIENTAL FILMS s.r.l.
*Liquidator*
[signature]

I, the undersigned, Doctor Quirino GAMBERALE, Notary residing in Rome, certify and authenticate the signature affixed in my presence at the foot of the preceding instrument, issued by Mrs. Elena SANTARELLI, born in Rogliano (CS) on 6/7/1915, in the capacity of liquidator, known to me, of ORIENTAL FILMS S.r.l. headquartered in Rome at Via A. Fogazzaro No. 32, of whose personal identity I, the Notary, am sure.

Rome, April 10, 1998

[signature]

[stamp:]
PARISI GIANTOMMASO SON OF THE LATE CARLOS,
NOTARY IN ROME

Social Capital Lire 20,000,000 fully paid in – Court of Rome 3130/68 – Chamber of Commerce and Industry 316338

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000391

EX "I"-2

**ORIENTAL FILMS s.r.l.** *in liquidazione*
Sede e uffici: Via A. Fogazzaro, 32 - 00137 ROMA
Tel. 8273697 – 8277105

Cod. Fiscale N. 00903030584

Roma, 10 aprile 1998

## DICHIARAZIONE

Con la presente si dichiara che in data 7 gennaio 1998 abbiamo ceduto alla società CINESTAMPA INTERNAZIONALE s.r.l. con sede a Roma in Via A. Fogazzaro n. 30 – tutti i diritti di utilizzazione economica in perpetuo e per tutto il mondo (con esclusione dei territori indicati nel contratto) dei seguenti films:

1) SCIUSCIA'
2) LA DOLCE VITA
3) LA TERRA TREMA
4) OSSESSIONE

Inoltre, a seguito della Vostra richiesta, Vi cediamo anche tutti i diritti sul soggetto e sulla sceneggiatura del film "LA DOLCE VITA" in perpetuo e per tutto il mondo con esclusione dell'Italia e della Francia, dietro pagamento (con Voi concordato) di Lire 8.000.000= più IVA (ottomilioni) pagabili al ricevimento della nostra fattura.

In fede

ORIENTAL FILMS s.r.l.
*Santarelli Elena*

Io sottoscritto Dottor Quirino GAMBERALE, Notaio residente in Roma, certifico vera ed autentica la firma apposta in mia presenza in calce alla scrittura che precede della Signora Elena SANTARELLI, nata a Rogliano (CS) il 7.6.1915, nella qualità di liquidatore, a me nota della ORIENTAL FILMS S.r.l. con sede a Roma in Via A. Fogazzaro n. 32, della cui identità personale io Notaio sono certo.

Roma, 10 aprile 1998

Cap. Soc. L. 20.000.000 int. vers. - Trib. Roma 3130/68 - C.C.I.A. 316338

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000398

Ex "I" - 3

EXHIBIT J

*Verbum Linguistic Services*
Rosanna M. Giammanco Frongia, Ph.D.
333 East 43rd Street #808 • New York NY 10017
vox 212/599-3275•986-1773 • fax 212/687-5302
e-mail RosannaGiammanco@cs.com

ATA Accreditation: English > Italian & Italian > English
Certified by The Translators & Interpreters Guild
U.S. Department of State Clearance & Translator
U.S. Federal Court Interpreter & Translator
Past President, New York Circle of Translators
Member, Italy-America Chamber of Commerce
Listed in Bowker's Literary Market Place

## CERTIFICATE OF ACCURACY

STATE OF NEW YORK   )
COUNTY OF NEW YORK) SS:

### TRANSLATION OF DOCUMENT FROM ITALIAN TO ENGLISH

On this day personally appeared before me Dr. ROSANNA M. GIAMMANCO who, after being duly sworn, deposes and says:

That she is a translator of the ITALIAN and ENGLISH languages by profession and that she is thoroughly conversant with these languages.

That she has carefully made the attached translation from the attached original document, written in the ITALIAN language, as follows:

-DEED OF ASSIGNMENT between CINESTAMPA INTERNAZIONALE s.r.l. and INTERNATIONAL MEDIA FILMS dated Sept. 20, 2001.

That the attached translation is true and correct ENGLISH version of such original, to the best of her knowledge and belief.

ROSANNA M. GIAMMANCO, Ph.D.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 4th DAY OF OCTOBER, 2001.

NOTARY PUBLIC

**FABIO FRONGIA**
Notary Public, State of New York
No. 31-4985G228
Qualified in New York County
Commission Expires July 5, 2002

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000372

EX "J" - 1

*Verbum Linguistic Services*                                    *Translation*

# DEED OF ASSIGNMENT

**BETWEEN:** CINESTAMPA INTERNAZIONALE s.r.l., with registered office at Via Antonio Fogazzaro 30, Rome, represented by its Managing Director Mr. GLAM MUSHI, also referred to herein as the Assignor,

**AND**

INTERNATIONAL MEDIA FILMS, with registered office at P.O. Box 27740, 1740 Sahara Avenue, Las Vegas, NV 89126, represented by its temporary legal representative Mr. ALFREDO LEONE, also referred to herein as the Assignee.

## WHEREAS

CINESTAMPA INTERNAZIONALE s.r.l. states that it is has exclusive ownership, in perpetuity, of all the rights of financial exploitation throughout the world except for ITALY and FORMER ITALIAN COLONIES and FRANCE and FORMER FRENCH COLONIES, to the Film:

"La dolce vita" directed by Federico Fellini;

**NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

1) The preamble is an integral and essential part of this deed;

2) CINESTAMPA INTERNAZIONALE s.r.l. assigns to INTERNATIONAL MEDIA FILMS that accepts and purchases, in perpetuity, all the rights to the film mentioned in the preamble, without limitations (and thus for every type of financial

-1-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000373

EX "J" - 2

*Verbum Linguistic Services*                                              *Translation*

exploitation for all television and audiovisual formats and using all present and future distribution media, now known and yet to be discovered, for the entire world except for ITALY and FORMER ITALIAN COLONIES and FRANCE and FORMER FRENCH COLONIES, of the film:

> • "La dolce vita" directed by Federico Fellini;

3) CINESTAMPA INTERNAZIONALE s.r.l. from this moment forth authorizes INTERNATIONAL MEDIA FILMS to access, in perpetuity, the negative materials located in the developing and printing laboratories both in Italy and abroad for the printing of copies or masters at their own expense;

4) The price for this transfer is US $                                      , and will be paid by the purchaser in the following manner:

> • US $                                ) upon signing of this private deed;
> • US $:                    housand US dollars) upon delivery of the materials;

5) In addition to the payment of US                                      as mentioned in article 4, INTERNATIONAL MEDIA FILMS shall pay to CINESTAMPA INTERNAZIONALE s.r.l. a percentage on the profits of 30% (thirty percent) once all expenses and advances have been recouped;

6) All expenses for photographs and advertising materials are the responsibility of INTERNATIONAL MEDIA FILMS;

7) For any eventual disputes arising from this contract, the Courts of Rome shall have jurisdiction;

-2-

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                    IMF 000374

EX "J" - 3

*Verbum Linguistic Services*                                                    *Translation*

8) Each year INTERNATIONAL MEDIA FILMS shall send us a report;

9) All expenses relating to this contract, including those for registration and stamp taxes, are the responsibility of INTERNATIONAL MEDIA FILMS.

Rome, September 20, 2001.

**ASSIGNOR**                              **ASSIGNEE**

Cinestampa Internazionale s.r.l.          International Media Films, Inc.
Managing Director                         (signature: Alfredo Leone)
(signature: illegible)                    Authorized agent

-3-

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000375

EX"J"-4



## ATTO DI CESSIONE

Tra la CINESTAMPA INTERNAZIONALE s.r.l. con sede a Roma in Via Antonio Fogazzaro, 30 in persona del suo Amministratore Unico, Sig. GLAM MUSHI, in seguito indicata anche come cedente.

E

la INTERNATIONAL MEDIA FILMS, in persona del suo legale rappresentante pro-tempore, Sig. ALFREDO LEONE, con sede in P.O. Box 27740, Las Vegas NV 89126-1740, Sahara Ave...., indicata in seguito anche come cessionaria.

### PREMESSO

che la CINESTAMPA INTERNAZIONALE s.r.l. dichiara di essere proprietaria esclusiva ed in perpetuo di tutti i diritti di utilizzazione economica in tutto il mondo con esclusione dell'ITALIA ed EX COLOGNE e della FRANCIA ed EX COLOGNE, del seguente film:

- "La dolce vita" regia di Federico Fellini;

    Le parti convengono e stipulano quanto segue:

1) le premesse fanno parte integrante del presente atto;

2) la CINESTAMPA INTERNAZIONALE s.r.l. cede alla INTERNATIONAL MEDIA FILMS che accetta ed acquisisce, in perpetuo, tutti i diritti relativi al film in premessa, senza limitazione

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000380

Ex"J"-5

alcuna (e quindi in ogni forma di sfruttamento economico in tutti i formati televisivi ed audiovisivi, con ogni mezzo di diffusione presente, futuro, scoperto e da scoprire, per tutto il mondo con esclusione dell'ITALIA ed EX COLOGNE e della FRANCIA ed EX COLOGNE, del film:

- "La dolce vita" regia di Federico Fellini;

3) la CINESTAMPA INTERNAZIONALE autorizza sin d'ora la INTERNATIONAL MEDIA FILMS all'accesso, in perpetuo, ai materiali negativi depositati presso i laboratori di stampa sia in Italia che all'Estero per la stampa di copie o master a loro spese;

4) il prezzo della presente cessione è di USA $ _ e vengono versati dall'acquirente come segue:

- quanto a USA $ _ a) alla firma della presente scrittura privata;

- quanto a USA $ _ , alla consegna dei materiali;

5) oltre al pagamento di USA $ _ al punto 4), la INTERNATIONAL MEDIA FILMS riconoscerà alla CINESTAMPA INTERNAZIONALE s.r.l. una percentuale sul guadagno del 30% una volta che saranno recuperate tutte le spese e tutte le anticipazioni;

6) tutte le spese per foto e materiale pubblicitario sono a carico della INTERNATIONAL MEDIA FILMS;

7) per ogni eventuale controversia che risultasse da questo atto, il Foro competente sarà quello di Roma;

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000381

EX"J" - 6

8) la INTERNATIONAL MEDIA FILMS si impegna a mandarci il rendiconto ogni anno;

9) tutte le spese inerenti al presente atto, ivi compresa quella per l'imposta di bollo e registrazione, sono a carico della INTERNATIONAL MEDIA FILMS.

Roma, 20 settembre 2001

LA CEDENTE                          LA CESSIONARIA





CONFIDENTIAL - ATTORNEY'S EYES ONLY                    IMF 000382

EX "J"-7

<u>NOTA DI TRSCRIZIONE</u>

Cessione da parte della CINESTAMPA INTERNAZIONALE S.r.l. con
sede a Roma in Via Antonio Fogazzaro, 30 a favore della Soc.
INTERNATIONAL MEDIA FILMS con sede a LAS VEGAS - P.O. Box
27740 - NV 89126 - 1740 Sahara Ave. per il prezzo di USA $
25.000= oltre il 30% del guadagno, il 100% di tutti i diritti,
in perpetuo, in tutti i formati televisivi e audiovisivi, con
ogni mezzo di diffusione presente e futuro, scoperto e da sco-
prire, per tutto il mondo con esclusione dell'ITALIA ed EX-COLO-
NIE e della FRANCIA ed EX-COLONIE del film "LA DOLCE VITA" per
la regia di Federico FELLINI.

LA CEDENTE

CINESTAMPA INTERNAZIONALE S.N.
L'Amministratore Unico

LA CESSIONARIA
INTERNATIONAL MEDIA FILMS, INC.

*Authorized Agent*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000384

EX"J"- 8

SI   NOTIFICA   ALLA      SIAE
VIA   della    LETTERATURA

ROMA

- 36296

10 N.

CERTIFICA

SIA Su

Roma, li

19 DIC. 2002

ONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000383

Ex "J"- 9



**TRANSPERFECT**
T R A N S L A T I O N S

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
TOKYO
TORONTO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Marina Yoffe, hereby certify that the attached translation of the following documents:
Statutory Declaration, Signature Authentication, the undersigned document, Declaration,
Invoice, Transfer Instrument and Establishing Agreement is, to the best of my knowledge
and belief, a true and accurate translation from Italian into English.

Marina Yoffe

Sworn to before me this

13th day of March 2007

Signature, Notary Public

HEATHER BOSLEY
Notary Public–State of New York
No.- 01BO6116856
Qualified in NEW YORK County
My Commission Expires OCT 12, 20__

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000387

EXK-1

[hw:] 6

## TRANSFER INSTRUMENT

**Between CINESTAMPA INTERNAZIONALE S.R.L.** headquartered in Rome at Via A. Fogazzaro No. 30, Tax Code 01281480580, in the person of its Sole Administrator, Mr. GLAM MUSHI, hereinafter also the TRANSFEROR

### AND

**INTERNATIONAL MEDIA FILMS**, in the person of its legal representative pro-tempore, Mr. Alfredo LEONE, Tax Code LNE LRD 26S30 Z4040, headquartered in Las Vegas (NY) [sic] 89126 – Sahara Ave. 1740 – P.O. Box 27740; hereinafter also the TRANSFEREE.

### RECITALS

CINESTAMPA INTERNAZIONALE S.R.L. declares that it is the owner in perpetuity of all the rights (none excluded) in the subject and script of the film "LA DOLCE VITA," because it purchased them from ORIENTAL FILM S.R.L. in liquidation on 4/10/1998, and that based on this script a film was produced, directed by Federico Fellini with the title "LA DOLCE VITA," for which the TRANSFEROR had previously acquired all worldwide rights, to the exclusion of Italy and France, and that on 9/20/2001, it transferred to INTERNATIONAL MEDIA FILMS such rights by contract regularly recorded with the Revenue Agency of Palestrina on 10/15/2001 - No. 2403 series 3.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000393

[hw:] Ex "K"-2

[hw:] 7

THE PARTIES AGREE AND ESTABLISH THE FOLLOWING:

1) The recitals are an integral part of this instrument;

2) CINESTAMPA INTERNAZIONALE S.r.l. transfers to
INTERNATIONAL MEDIA FILM, which accepts and acquires, in
perpetuity, all the rights in the subject and script of the
film indicated in recitals, without any limitation (and therefore in any form
of economic exploitation) for the entire world to the exclusion of
Italy and France;

3) The price of this transfer is US$ 10,000 = (ten thousand) and
it is paid by the buyer upon delivery by the
TRANSFEROR of the list of dialogues of the film;

4) In addition to the payment of US$ 10,000 – referred to in item 3,
INTERNATIONAL MEDIA FILM will acknowledge to CINESTAMPA
INTERNAZIONALE S.r.l a percentage on profits of 30%
after all the expenses and all down payments are recovered;

5) INTERNATIONAL MEDIA FILMS undertakes to send the reports to
CINESTAMPA INTERNAZIONALE S.r.l. every 6 months;

6) This contract will be registered if necessary and all
registration expenses will be paid by the TRANSFEREE;

7) For any possible dispute that may arise from this instrument, the competent
Court will be that of Rome.

*Rome, September 7, 2005*

*Transferor*                                          *Transferee*

[stamp:] CINESTAMPA INTERNAZIONALE s.r.l.    INTERNATIONAL MEDIA
*Sole Administrator*                                   FILMS INC.
[signature]                                           [signature]

CONFIDENTIAL - ATTORNEY'S EYES ONLY                          IMF 000394

$EX."K"-3$

*6*

## ATTO DI CESSIONE

Tra la **CINESTAMPA INTERNAZIONALE S.R.L.** con sede a Roma in Via A. Fogazzaro n. 30, C.F. 01281480580, in persona del suo Amministratore Unico sig. GLAM MUSHI, in seguito indicata anche come CEDENTE

E

la **INTERNATIONAL MEDIA FILMS**, in persona del suo legale rappresentante pro-tempore, Sig. Alfredo LEONE, C.F. LNE LRD 26S30 Z404O, con sede in Las Vegas (NY) 89126 – Sahara Ave. 1740 – P.O. Box 27740; indicata in seguito anche come CESSIONARIA.

### PREMESSO

che la CINESTAMPA INTERNAZIONALE S.R.L. dichiara di essere proprietaria in perpetuo di tutti i diritti (nessuno escluso) del soggetto e della sceneggiatura del film "LA DOLCE VITA" per averli acquistati dalla ORIENTAL FILM S.R.L. in liquidazione in data 10.4.1998, e che su questa sceneggiatura è stato prodotto un film per la regia di Federico Fellini dal titolo "LA DOLCE VITA" di cui la CEDENTE aveva acquistato in precedenza tutti i diritti mondiali con esclusione dell'Italia e della Francia e che in data 20.9.2001 ha ceduto alla INTERNATIONAL MEDIA FILMS tali diritti con contratto regolarmente registrato presso l'Agenzia delle Entrate di Palestrina il 15/10/2001 – nr. 2403 serie 3.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000400

*EX "K"-4*

7

**LE PARTI CONVENGONO E STIPULANO QUANTO SEGUE:**

1) la premessa fa parte integrante del presente atto;

2) la CINESTAMPA INTERNAZIONALE S.r.l. cede alla INTERNATIONAL MEDIA FILM che accetta ed acquisisce, in perpetuo, tutti i diritti relativi al soggetto e alla sceneggiatura del film in premessa, senza limitazione alcuna (e quindi in ogni forma di sfruttamento economico) per tutto il mondo con esclusione dell'Italia e della Francia;

3) il prezzo della presente cessione è di USA $ 10.000=)(diecimila) e vengono versati dall'acquirente alla consegna da parte della CEDENTE della lista dialoghi del film;

4) oltre il pagamento di USA $ 10.000= di cui al punto 3, la INTERNATIONAL MEDIA FILM riconoscerà alla CINESTAMPA INTERNAZIONALE S.r.l. una percentuale sul guadagno del 30% una volta che saranno recuperate tutte le spese e tutte le anticipazioni;

5) la INTERNATIONAL MEDIA FILMS s'impegna ad inviare alla CINESTAMPA INTERNAZIONALE S.r.l. i rendiconti ogni 6 mesi;

6) il presente contratto sarà registrato in caso di bisogno e tutte le spese di registrazione saranno a carico della CESSIONARIA;

7) per ogni eventuale controversia che risultasse da questo atto, il Foro competente sarà quello di Roma.

*Roma, 7 settembre 2005*

La Cedente

CINESTAMPA INTERNAZIONALE srl

La Cessionaria

INTERNATIONAL MEDIA FILMS INC.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

IMF 000401

EX "K"-5

EXHIBIT L



**TRANSPERFECT**
T R A N S L A T I O N S

City of New York, State of New York, County of New York

I, Leah Hershberger, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation from Italian into English of the following documents:

'Letter from Nicola Rocchetti, Esq. Dated July 6, 2005 Re: Rights to the film "La Dolce Vita"'

Leah Hershberger

Sworn to before me this

11ᵗʰ day of July 2005

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3 2009

Stamp, Notary Public

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

CONFIDENTIAL

IMF 000173

EX "L" - 1

NICOLA ROCCHETTI, Esq.
00180 ROME – VIA DELLA SCROFA, No. 22 – Tel: 06 687 5003  06 686 1740
Fax: 06 688 06100 – EMAIL: rocchettinicola@rocchettinicola@191.it

Rome, July 6, 2005

To
International Media Film Inc.
310 East 44th Street, suite 1024
New York, NY. 10017

Fax. 212-883-0283

As legal representative of Cinestampa Internazionale s.r.l., I hereby inform you of the following:

**Re: Rights to the film "La Dolce Vita"**

I refer to this film.

I have examined the documentation provided to me by Cinestampa Internazionale s.r.l. relating to your chain of rights for the ownership of the film "La Dolce Vita" and with regard to the details for the public registration of the film with SIAE [Società Italiana degli Autori ed Editori: Italian Society of Authors and Publishers] "Public Cinema Register," I discovered the following:

A) *Examination of documents filed with SIAE – Public Cinema Register (Doc. 1).*

The SIAE file contains the following details:
1) The film was produced by Riama Film Spa.
2) A deed filed with SIAE on 04/10/59 specifies the transfer of Riama to Banca Nazionale del Lavoro for up to 302,500,000 Italian lire of the rights for the economic use of the proceeds and contributions (abroad for 80%, with the exception of France and the ex-French territories) (Deed No. I in the SIAE file).
3) A deed filed on 12/11/61 specifies that Banca Nazionale del Lavoro waived the right to the guarantee specified above (Deed No. VII in the SIAE file).
4) A deed filed on 06/30/59 specifies the transfer of Riama to Cineriz for up to 175,000,000 Italian lire of the rental proceeds in Italy above the negative (Deed No. II in the SIAE file).
5) With a subsequent deed filed on 07/06/60, Cineriz waived

*TAX CODE RCC NCL 37R21 C632P - VAT No. 02047620584*

CONFIDENTIAL

IMF 000174

EX"L"-2

NICOLA ROCCHETTI, Esq.
00180 ROME – VIA DELLA SCROFA, No. 22 – Tel: 06 687 5003   06 686 1740
Fax: 06 688 06100 – EMAIL: rocchettinicola@rocchettinicola@191.it

the right to the guarantee specified above and in deed No. 3659 (Deed No. VI in the SIAE file).

6) A deed filed on 10/30/59 specifies that the company Altamoda Carosa seized, as damages, from Riama, the film materials up to a value of 2,866,730 Italian lire (Deed No. III in the SIAE file).

7) A deed filed with SIAE on 11/06/59 specifies that Altamoda Carosa waived the right to the seizure specified in number 6 (Deed No. IV in the SIAE file).

8) A deed filed on 07/02/60 specifies that Riama transferred to BNL, up to 250,000,000 Italian lire, 83% of state contributions (Deed No. V in the SIAE file).

9) A deed filed on 02/20/62 specifies that BNL waived the right to the guarantee deed dated 07/02/60 (Deed No. VIII in the SIAE file).

10) A deed filed on 03/27/62 specifies that Riama sold to Cinemat S.A. all the economic use rights relating to the ownership of the film (with the exception of Italy, France, Belgium, Luxembourg and the ex-French territories) (Deed No. IX in the SIAE file).

11) A deed filed with SIAE on 04/13/62 specifies that Riama Film was wound up (Deed No. X in the SIAE file).

12) A deed filed with SIAE on 08/10/62 specifies that Riama transferred to Cineriz all the use rights for Italy and the ex-colonies (Deed No. XI in the SIAE file).

13) A deed filed with SIAE on 01/22/64 specifies that Cineriz sold to Cinematografica Federiz its worldwide rights including "La Dolce Vita" (Deed No. XII in the SIAE file).
This deed specifies that Cineriz sold all the rights belonging to it. Therefore, with regard to the film "La Dolce Vita," it only sold all the rights for Italy.

14) A deed filed with SIAE on 9/16/64 specifies that Federiz transferred to Banca d'America e d'Italia up to 150,000,000 Italian lire of government contributions (Deed No. XIII in the SIAE file).

15) A deed filed with SIAE on 6/21/65 specifies that Federiz became Rizzoli SPA (Deed No. XV in the SIAE file).

16) A deed filed with SIAE on 9/27/84 specifies that Rizzoli sold to Rete Italia all the economic use rights for Italy only for the film "La Dolce Vita" (Deed No. XVI in the SIAE file).

17) A deed filed with SIAE on 8/7/2000 specifies that Mercurio Fincom transferred to

2

*TAX CODE RCC NCL 37R21 C632P - VAT No. 02047620584*

CONFIDENTIAL

EX "L"-3

NICOLA ROCCHETTI, Esq.

00180 ROME – VIA DELLA SCROFA, No. 22 – Tel: 06 687 5003    06 686 1740

Fax: 06 688 06100 – EMAIL: rocchettinicola@rocchettinicola@191.it

Rete Italia the free TV rights to the film until 12/19/2000 (Again here, the rights transferred only relate to Italy and have a set term. We do not actually understand the active legitimization of Mercurio Fincom) (Deed No. XVII in the SIAE file).

18)    These deeds are followed by a further three deeds, namely: the transfer from Video Film K to Cecchi Gori filed with SIAE on 6/28/2001 (Doc. XVIII), the transfer from Mercurio Fincom to Mediatrade filed with SIAE on 3/25/2002 (SIAE Deed XIX) and the deed filed with SIAE on 5/21/2002 by RAI (Doc. XX). All these deeds only relate to the use rights for Italy and all have a set term: the first on 8/31/2001, the second on 2/30/2003 and the third on 12/19/2000. They all relate to the TV rights.

\* \* \*

An examination of these SIAE transcriptions (which all have efficacy as declarations and do not create rights) reveals that RIAMA (the film producer) only transferred to Cineriz (SIAE Deed XI) the use rights for Italy. These rights for Italy were then transferred to Rete Italia (SIAE Deeds XII, XV and XVI). The SIAE records do not reveal the legitimization of Mercurio Fincom srl (SIAE Deeds XVII and XIX), the legitimization of Video Film K (SIAE Deed XVIII) and the legitimization of RAI (SIAE Deed XX). Note again that all these deeds refer to Italy.

\* \* \*

An examination of the SIAE records also reveals that, with a deed filed with SIAE on 12/18/2002 (SIAE Deed XXI), Cinestampa Internazionale srl sold to International Media Film [sic] all the permanent worldwide rights to the film, with the exception of Italy and ex-colonies and France and ex-colonies.

**B) *Examination of documents provided to me by Cinestampa Internazionale srl***

1)    Deed (Doc. 2) dated 3/9/62, filed with the Records Office in Rome on 3/24/62, filed with SIAE on 3/27/62: the producer of the film, RIAMA Film

3

*TAX CODE RCC NCL 37R21 C632P - VAT No. 02047620584*

CONFIDENTIAL

IMF 000176

EX "L"-4

NICOLA ROCCHETTI, Esq.

00180 ROME – VIA DELLA SCROFA, No. 22 – Tel: 06 687 5003   06 686 1740
Fax: 06 688 06100 – EMAIL: rocchettinicola@rocchettinicola@191.it

spa (the film producer), sold Cinemat s.a. the worldwide use rights "permanently," with the exception of Italy and ex-colonies and France and ex-colonies. This is the contract registered by SIAE listed above in article A-10.

2)   Deed dated 12/9/80 registered in Vaduz on 12/16/80 (Doc. 3): Cinemat s.a. sold to Hor A.G. from Vaduz all the worldwide use rights "permanently," with the exception of Italy and ex-colonies and France and ex-colonies.
This deed is not filed with SIAE.

3)   Deed dated 11/20/81 (Doc. 4): Hor A.G. from Vaduz sold to the company Oriental Film srl all the worldwide use rights permanently, with the exception of Italy and ex-colonies and France and ex-colonies. This deed was not registered, but the certain date derives from the approval of the contract, issued by the Italian Exchange Office on 11/28/81 (Docs. 5 and 6).

4)   Deed dated 1/7/98 registered on 10/7/03 (Doc. 7): Oriental Film srl in liquidation sold to Cinestampa Internazionale srl all the worldwide use rights permanently, with the exception of Italy and ex-colonies and France and ex-colonies.

5)   Deed dated 9/20/2001 registered on 10/15/01 and filed with SIAE on 12/19/03 (Doc. 8): Cinestampa Internazionale srl sold to International Media Films all the worldwide use rights permanently, with the exception of Italy and ex-colonies and France and ex-colonies.

* * *

An examination of this documentation, for which only the last contract was also filed with SIAE, leads to the following conclusions:

a)   Given that the SIAE records do not have constitutive value but only efficacy as declarations, the non-filing with SIAE is not relevant.
As a result of this, both the contracts filed with SIAE and those not filed with SIAE must be considered as valid. In any case, the contracts not filed with SIAE do not clash with the contracts filed with SIAE.

b)   On the basis of the above, it can be said that International Media Film [sic] has permanently acquired all the economic use rights for the

4

*TAX CODE RCC NCL 37R21 C632P - VAT No. 02047620584*

CONFIDENTIAL

IMF 000177

EX "L" - 5

NICOLA ROCCHETTI, Esq.

00180 ROME – VIA DELLA SCROFA, No. 22 – Tel: 06 687 5003   06 686 1740
Fax: 06 688 06100 – EMAIL: rocchettinicola@rocchettinicola@191.it

film "La Dolce Vita" for all world countries with the exception of Italy and ex-colonies, Belgium, Luxembourg and France and ex-colonies.

c)   With regard to the remake rights, I can say that these rights are neither excluded nor included in the contracts filed with SIAE nor in the contracts not filed with SIAE.

Yours faithfully,

(*Nicola Rocchetti, Esq.*)
[signature]

5

*TAX CODE RCC NCL 37R21 C632P - VAT No. 02047620584*

CONFIDENTIAL

IMF 000178

EX "L" - 6

AVV. NICOLA ROCCHETTI

00186 ROMA - VIA DELLA SCROFA N. 22 - TEL. 06/6879003 - 06/6861740
TELEFAX N. 06/68806100 - E-MAIL rocchettinicola@rocchettinicola.191.it

Roma, 6 luglio 2005

Spett.le
International Media Film Inc.
310 East 44th Street, suite 1024
New York, NY. 10017

Fax n. 212-883-0283

In qualità di legale della Cinestampa Internazionale s.r.l., Vi comunico quanto segue:

**Oggetto: Diritti Film "La dolce vita"**

Mi riferisco al film in oggetto.

Ho esaminato la documentazione che mi ha fornito la Cinestampa Internazionale s.r.l. concernente la Vostra catena dei diritti relativa alla proprietà sul film "La dolce vita" ed in proposito i dati di registrazione pubblica del film presso la SIAE "Registro Cinematografico Pubblico", ho rilevato quanto a presso.

**A)** *Esame atti registrati alla SIAE - Pubblico Registro Cinematografico (doc. 1).*

Dall'estratto SIAE risultano i seguenti atti:

1) Il film risulta prodotto dalla Riama Film Spa
2) Dall'atto notificato alla SIAE il 10/04/59 risulta una cessione della Riama alla Banca Nazionale del Lavoro fino a Lire 302.500.000 dei diritti di utilizzazione economica dei proventi e dei contributi (per l'estero per l'80%, salvo Francia ed ex possedimenti francesi) (Atto n. I dell'estratto SIAE).
3) Con atto notificato l'11/12/61 la Banca Nazionale del Lavoro ha

COD. FISC. ROC NCL 37R21 C413P - P. IVA 02047620584

|| CONFIDENTIAL

IMF 000179

EX "L" - 7

Avv. NICOLA ROCCHETTI

00186 ROMA - VIA DELLA SCROFA N. 22 - TEL. 06.6875003 - 06/6861740
TELEFAX N. 06/68806100 - E-MAIL rocchettinicola@rocchettinicola.191.it

rinunciato alla garanzia di cui al numero precedente (Atto n. VII della SIAE).

4) Dall'atto notificato il 30/06/59 risulta una cessione della Riama a Cineriz fino a Lire 175.000.000 dei proventi di noleggio in Italia oltre al negativo (Atto n. II della SIAE).

5) Con successivo atto notificato il 06/07/60 la Cineriz ha rinunciato alla garanzia di cui al numero precedente e di cui all'atto 3659 (Atto n. VI della SIAE).

6) Atto notificato il 30/10/59 con cui la casa Altamoda Carosa ha sequestrato in danno di Riama i materiali del film fino a Lire 2.866.730 (Atto n. III SIAE).

7) Atto notificato il 06/11/59 alla SIAE con cui la Casa Carosa ha rinunciato al sequestro di cui al numero 6 (Atto n. IV della SIAE).

8) Atto notificato il 02/07/60 con cui la Riama ha ceduto alla BNL fino alla concorrenza di Lire 250.000.000, l'83% dei contributi statali (Atto n. V della SIAE).

9) Atto notificato il 20/02/62 con cui la BNL ha rinunciato all'atto di garanzia del 02/07/60 (Atto n. VIII della SIAE).

10) Atto notificato il 27/03/62 con cui la Riama ha venduto a Cinemat S.A. tutti i diritti di utilizzazione economica relativi alla proprietà del film (salvo l'Italia, la Francia, Belgio, Lussemburgo ed ex possedimenti Francesi) (Atto n. IX della SIAE.

11) Atto notificato alla SIAE il 13/04/62 con cui la Riama Film viene messa in liquidazione (Atto n. X della SIAE).

12) Atto notificato alla SIAE il 10/08/62 con cui la Riama cede alla Cineriz tutti i diritti di utilizzazione per l'Italia ed ex colonie (Atto n. XI della SIAE).

13) Atto notificato alla SIAE il 22/01/64 con cui la Cineriz vende alla Cinematografica Federiz i diritti per tutto il mondo tra cui la Dolce Vita (Atto n. XII della SIAE).

In questo atto si precisa che la Cineriz vende tutti i diritti di cui essa era intestataria e quindi per quanto riguarda il film "La dolce vita" solo tutti i diritti per l'Italia.

14) Atto notificato a SIAE il 16.9.64 con cui la Federiz cede alla Banca d'America e d'Italia fino a Lire 150.000.000 di contributi governativi

2

COD. FISC. RCC NCL 37R21 C413P – P. IVA 02047020584

CONFIDENTIAL

IMF 000180

EX "L" - 8

Avv. NICOLA ROCCHETTI

00186 ROMA · VIA DELLA SCROFA N. 22 – TEL. 06.6875003 – 06/6861740
TELEFAX N. 06/68806100 – E-MAIL rocchetti.nicola@rocchetti.nicola.191.it

(atto n. XIII della SIAE).

15)  Atto notificato a SIAE il 21.6.65 con cui la Federiz diventa Rizzoli SPA (atto n. XV della SIAE).

16)  Atto notificato il 27.9.84 alla SIAE con cui la Rizzoli vende a Rete Italia tutti i diritti di utilizzazione economica solo per l'Italia del film "La dolce vita" (Atto n. XVI della SIAE).

17)  Atto notificato il 7.8.2000 alla SIAE con cui la Mercurio Fincom cede a Rete Italia i diritti free TV del film sino al 19.12.2000 (Anche qui i diritti ceduti riguardano solo l'Italia, sono a tempo determinato, e peraltro non si capisce la legittimazione attiva della Mercurio Fincom) (atto n. XVII della SIAE).

18)  Seguono altri tre atti e cioè quello Video Film K a Cecchi Gori notificato il 28.6.2001 alla SIAE (doc. XVIII), quello Mercurio Fincom a Mediatrade notificato il 25.3.2002 alla SIAE (atto XIX SIAE)"e l'atto notificato alla SIAE il 21.5.2002 della RAI (doc. XX). Peraltro tutti questi atti riguardano solo i diritti di sfruttamento per l'Italia e sono tutti con scadenza temporale: il primo al 31.8.2001, il secondo al 30.2.2003 e il terzo al 19.12.2000) e riguardano tutti i diritti televisivi.

* * *

Dall'esame di dette trascrizioni della SIAE (peraltro tutte con efficacia dichiarativa e non costitutiva di diritti) emerge che la RIAMA (produttrice del film) ha ceduto alla Cineriz (atto XI della SIAE) solo i diritti di sfruttamento per l'Italia. Tali diritti per l'Italia sono poi pervenuti a Rete Italia (atti n. XII, XV e XVI della SIAE). Non si evince dalle registrazioni SIAE la legittimazione della Mercurio Fincom srl (atto XVII e XIX della SIAE), quella della Video Film K (atto XVIII della SIAE), e la legittimazione della RAI (Atto XX della SIAE). Peraltro tutti gli atti di cui sopra riguardano, ripetiamo, sempre l'Italia.

* * *

3

COD. FISC. RCC NCL 37R21 CA52P – P. IVA 03047610584

CONFIDENTIAL                                                    IMF 000181

EX "L" -9

Avv. NICOLA ROCCHETTI

00186 ROMA - VIA DELLA SCROFA N. 22 - TEL. 06/6875003 - 06/6861740
TELEFAX N. 06/68806100 - E-MAIL rocchettinicola@rocchettinicola.191.it

Dall'esame delle registrazioni SIAE risulta anche che con atto notificato alla SIAE il 18.12.2002 (atto XXI della SIAE) la Cinestampa Internazionale srl ha venduto alla International Media Film tutti i diritti in perpetuo per tutto il mondo, salvo Italia ed ex colonie, Francia ed ex colonie, del film stesso.

## B) *Esame atti datimi in visione dalla Cinestampa Internazionale srl*

1)  Atto (doc. 2) del 9.3.62, registrato all'Ufficio del Registro di Roma il 24.3.62 notificato alla SIAE il 27.3.62: la produttrice del film RIAMA Film spa (produttrice del film) vende alla Cinemat s.a. i diritti di utilizzazione per tutto il mondo "in perpetuo" - ad esclusione dell'Italia ed ex colonie e della Francia ed ex colonie . questo è il contratto registrato dalla SIAE elencato sopra all'articolo A-10.

2)  Atto del 9.12.80 risultante reg. a Vaduz il 16.12. 80 (doc. 3): la Cinemat s.a. vende alla Hor A.G. di Vaduz, tutti i diritti di sfruttamento per tutto il mondo "in perpetuo" ad esclusione dell'Italia ed ex colonie e della Francia ed ex colonie.
    Tale atto non risulta trascritto alla SIAE.

3)  Atto del 20.11.81 (doc. 4): la Hor A.G. di Vaduz, vende alla Soc. Oriental Film srl tutti i diritti di sfruttamento per tutto il mondo in perpetuo con la esclusione dell'Italia ed ex colonie e della Francia ed ex colonie. L'atto non è stato registrato, ma la data certa deriva dall'approvazione del contratto rilasciata dall'Ufficio Italiano dei Cambi in data 28.11.81 (doc. 5 - 6).

4)  Atto del 7.1.98 registrato il 7.10.03 (doc. 7): la Oriental Film srl in liquidazione vende alla Cinestampa Internazionale srl tutti i diritti di sfruttamento per tutto il mondo in perpetuo meno l'Italia ed ex colonie e la Francia ed ex colonie.

5)  Atto del 20.9.2001 registrato il 15.10.01 e notificato alla SIAE il 19.12.03 (doc. 8): la Cinestampa Internazionale srl vende alla International Media Films tutti i diritti di sfruttamento per il mondo in perpetuo meno l'Italia ed ex colonie e la Francia ed ex colonie.

4

COD. FISC. RCC NCL 37R11 C612P - P. IVA 03047620584

CONFIDENTIAL

IMF 000182

EX "L" - 10

Avv. NICOLA ROCCHETTI

00186 ROMA - VIA DELLA SCROFA N. 22 - TEL. 06.6875005 - 06/6861740
TELEFAX N. 06/68806100 - E-MAIL roccbettinicola@rocobettinicola.191.it

***

Dall'esame di detta documentazione, di cui solo l'ultimo contratto è stato anche trascritto alla SIAE, desumo quanto appresso:

a)  Posto che le trascrizioni alla SIAE non hanno valore costitutivo mà solo dichiarativo, non è rilevante la mancata trascrizione alla SIAE.
    In ragione di quanto sopra debbono essere ritenuti validi sia i contratti trascritti presso la SIAE che quelli non trascritti i quali ultimi comunque non appaiono in contrasto con i primi.
b)  Sulla base di tutto quanto sopra può affermarsi che la International Media Film ha acquistato in perpetuo tutti i diritti di sfruttamento economico del film "La dolce vita" per tutti i Paesi del mondo esclusi Italia ed ex Colonie, Belgio, Lussemburgo, Francia ed ex colonie.
c)  Per quel che riguarda i diritti di remake posso dire che gli stessi non risultano né esclusi né inclusi nei contratti trascritti presso la SIAE ed in quelli non trascritti.

Mi è gradita l'occasione per porgerVi i miei migliori saluti.

(Avv. Nicola Rocchetti)

*Nicola Rocchetti*

5

COD. FISC. RCC.NCL 37R31 C632P - P. IVA 02047620584

CONFIDENTIAL

IMF 000183

EX "L" - 11

EXHIBIT M

## BILL OF SALE

THIS BILL OF SALE dated the 2nd day of February, 2010, by and between ALFREDO LEONE, a resident of New York, New York, individually and as President and Authorized Agent of INTERNATIONAL MEDIA FILMS, INC., (the "Seller"), and KATHLEEN FERRARO, individually, and as Managing Member of INTERNATIONAL CLASSIC FILMS, LLC, a New York limited liability company (the "Buyer");

WITNESSETH:

WHEREAS, the Seller is the sole and exclusive owner of all right, title and interest in and to a certain property described in Schedule A hereof (the "Property"), and has the sole and exclusive right to sell, assign and transfer all right, title and interest in and to the Property to the Buyer; and

WHEREAS, the Buyer wishes to acquire all right, title and interest in and to the Property from the Seller.

NOW, THEREFORE, for and in consideration of the premises and mutual covenants hereinafter contained and other good and valuable consideration, the parties hereto agree and bind themselves as follows:

1. The Seller agrees to sell to the Buyer all right, title and interest in and to the Property, and the Buyer agrees to purchase the Property upon the terms and conditions provided herein.

2. The Seller covenants, warrants and represents that:

EX "M" - 1

(a) Seller has good and marketable title to the Property, free and clear of any mortgage, charge, security interest, lien, claim, charge or other encumbrance of any nature or kind whatsoever;

(b) Seller has the authority to sell the Property to the Buyer;

(c) Buyer shall, immediately after execution and delivery of this Bill of Sale, have quiet and peaceful possession and enjoyment of the Property for the Buyer's own use and benefit without any manner of hindrance, interruption, molestation, claim or demand whatsoever of, from or by the Seller or any person;

(d) Seller will, from time to time and at all times hereafter, on every reasonable request of the Buyer, make, do and execute or cause to be made, done and executed all further acts, deeds or assurances as may be reasonably required by the Buyer for more effectually and completely vesting in the Buyer the Property;

(e) Seller to indemnify and save harmless the Buyer from all costs, damages, expenses and other losses resulting or arising from the breach or untruth of any covenant, warranty or representation made or given by the Seller hereunder.

3.    The Purchase Price for the Property shall be Four Hundred Forty-Five Thousand Seven Hundred and Sixty Six Dollars and 78/100 ($445,776.78) for the exclusive exploitation rights to the Property shown on <u>Schedule A</u>, and in accordance with the Exclusive Distribution Agreement dated November 16, 2009, between INTERNATIONAL MEDIA FILMS, INC. AND E1 ENTERTAINMENT U.S., LP annexed hereto.

EX"M" - 2

4. It is understood between the parties that the Purchase Price shall be paid through the forgiveness of loans and interest through the current date owing from the Seller to the Buyer in the amount of the Purchase Price.

5. Record title to the Property shall vest in the Buyer immediately upon the effective date of this Agreement. The Seller shall execute, deliver and record or file any and all instruments necessary or appropriate to vest title in the Buyer.

6. This Bill of Sale shall inure to the benefit of the successors and assigns of the Buyer.

7. Neither Party shall have a right, without the written consent of the other, to alter the terms of this instrument.

8. This instrument constitutes the entire agreement between the Parties, and shall be governed by and construed in accordance with the laws of the State of New York.

9. This Agreement may be executed in counterparts which when taken together shall form one Agreement.

[BALANCE OF PAGE INTENTIONALLY LEFT BLANK]

EX "M"-3

IN WITNESS WHEREOF, the undersigned have executed this Bill of Sale as of

the day and yeah first above written.

Seller:                                                Buyer:

_____        _____
ALFREDO LEONE                                KATHLEEN FERRARO


INTERNATIONAL MEDIA FILMS, INC.          INTERNATIONAL CLASSIC FILMS, LLC

By: _____        By: _____
    ALFREDO LEONE, President                 KATHLEEN FERRARO, Managing Member


INTERNATIONAL MEDIA FILMS, INC.

By: _____
    ALFREDO LEONE, Authorized Agent

EX"M'-4

STATE OF NEW YORK )
: SS:
COUNTY OF New York )

On the 2nd day of February, 2010 before me, the undersigned, personally appeared ALFREDO LEONE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the attached Bill of Sale and acknowledged to me that he executed the same and that by his signature on the instrument he executed the instrument.

_____
Notary Public

SCOTT H. JACOBS
Notary Public, State of New York
No. 02JA6003721
Qualified in New York County
Commission Expires April 22, 2010

STATE OF NEW YORK )
: SS:
COUNTY OF New York )

On the 2nd day of February, 2010 before me, the undersigned, personally appeared KATHLEEN FERRARO, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the attached Bill of Sale and acknowledged to me that she executed the same and that by her signature on the instrument she executed the instrument.

_____
Notary Public

SCOTT H. JACOBS
Notary Public, State of New York
No. 02JAE003721
Qualified in New York County
Commission Expires April 22, 2010

EX "M-5

## Schedule A

All rights to the exploitation of the following films under the contract between INTERNATIONAL MEDIA FILMS, INC. AND E1 ENTERTAINMENT U.S., LP dated November 16, 2009, a copy of which is annexed hereto.

*La Dolce Vita* (directed by Frederico Fellini)

*Bellisima* (directed by Luchino Visconti)

*La Terra Trema* (directed by Luchino Visconti)

*Ossessione* (directed by Luchino Visconti)

*Germania Anno Zero* (directed by Roberto Rossellini)

*Sciuscia* (directed by Vittorio de Sica)

*Il Mio Nome e Nessuno* (directed by Tonino Valerii)

EX"M"-6

# PROMISSORY NOTE

Principal:  $445,766.78

Date: November 13, 2009

Interest Rate:  Variable (see below)

Term: On Demand

1.      The undersigned (the "Promissors"), for valuable consideration, the receipt of which is hereby acknowledged, do hereby promise individually and severally to pay to KATHLEEN FERRARO (the "Creditor"), in Bellmore, New York, or wherever the Creditor shall otherwise designate, the principal sum (which includes originally accumulated interest plus additional accumulated interest to date) of Four Hundred and Forty-Five Thousand Seven Hundred Sixty-Six and 78/100 ($445,766.78) as reflected on Schedule A attached hereto, including any additional principal loaned from the Creditor to the Promissors after this date, together with any interest on such principal sums accruing from the date hereof or thereof, as the case may be, on the balances outstanding from time to time, and compounding annually at 0.75%; provided, however, that notwithstanding the foregoing, any part of the principal subject to the Bank of America Home Equity Loan variable interest rate shall instead be subject to the then prevailing variable rate.  The rate for the remaining existing principal is subject to the short-term Applicable Federal Rate in effect for October 2009 under section 1274(d) of the Internal Revenue Code of 1986, as amended (the "AFR Rate"). The rate for any additional principal loaned to the Promissors by the Creditor will be subject to the then prevailing AFR Rate in effect at such time.

2.      The principal on this Promissory Note may be paid in whole or in part from time to time, without premium or penalty, but shall be payable in part or in full upon demand by the Creditor.

3.      The undersigned hereby waives presentment for payment and all other notices in connection with this Promissory Note.

IN WITNESS WHEREOF, the undersigned has executed this Promissory Note as of the day and year first above written.

_____
ALFREDO LEONE

INTERNATIONAL MEDIA FILMS, INC.

By: _____
ALFREDO LEONE, President

INTERNATIONAL MEDIA FILMS, INC.

By: _____
ALFREDO LEONE, Authorized Agent

EX "M" -7

STATE OF NEW YORK        )
                        : SS:
COUNTY OF New York       )

On the 13th day of November, 2009 before me, the undersigned, personally appeared ALFREDO LEONE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the attached Promissory Note and acknowledged to me that he executed the same and that by his signature on the instrument he executed the instrument.

Notary Public

SCOTT H. JACOBS
Notary Public, State of New York
No. 02JA6003721
Qualified in New York County
Commission Expires April 22, 2010

EX "M" - 8

## Schedule A

### Capital Borrowed from Kathleen Ferraro

| | | |
|---|---|---|
| 09/02/2002 | Chase Gold | $10,000.00 |
| 06/24/2004 | Fleet Platinum | 9,000.00 |
| 07/02/2004 | Chase Platinum | 11,000.00 |
| 11/03/2005 | Visa Platinum | 12,000.00 |
| 05/30/2006 | Insur. Premium | 60,000.00 |
| 10/08/2006 | Personal | 14,000.00 |
| 06/07/2006 | Personal | 12,000.00 |
| 04/09/2009 | Chase | 15,000.00 |
| 10/13/2009 | Personal | 5,000.00 |

**Total: $148,000.00**

Bank of American Home Equity Loan against property located at 2960 Len Drive, Bellmore NY 11710
Beginning 10/23/2004 to February 1, 2010 in the amount of $100,000.00 escalating to current: **$249,370.42**

In addition, monthly variable interest charges on the Bank of America loans listed below on an annual basis.

| | |
|---|---|
| 2004 | 27.78 |
| 2005 | 5,542.27 |
| 2006 | 7,798.50 |
| 2007 | 17,420.53 |
| 2008 | 11,354.84 |
| 2009 | 6,252.44 |
| **Total:** | **$48,396.36** |

| | |
|---|---|
| **Grand Total** | **$445,766.78** |

EX"M"-9

**INTERNATIONAL MEDIA FILMS, INC.**
310 East 44th Street, Suite 1024
New York, NY 10022

March 17, 2010

<u>BY EMAIL</u>
E1 Entertainment U.S., LP
Koch Lorber Films, LP
22 Harbor Park Drive
Port Washington, NY 11050
Attn.: Michael Rosenberg

       Re:    Exclusive Distribution Agreement dated as of November 16, 2009 (the "**Agreement**") by and between E1 Entertainment U.S., LP ("**E1**") and International Media Films, Inc. ("**IMF**")

Dear Michael:

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, each of the undersigned agree as follows:

1.    Unless otherwise defined herein, all terms shall have the same meaning as ascribed in the Agreement.

2.    The second sentence of Section 17 of the Agreement is hereby deleted and amended in its entirety to read: "Licensor may not assign this Agreement without the written consent of E1."

3.    IMF hereby does transfer and assign unto International Classic Films, LLC ("**ICF**") all of IMF's rights, obligations, interests and liabilities under the Agreement.

4.    E1 and Koch Lorber Films, LP each consent to, and approve of, the assignment of the Agreement from IMF to ICF.

5.    For and in consideration of the assignment herein, ICF hereby assumes all of IMF's rights, obligations, interests and liabilities under the Agreement to the same extent as though it had originally been named as a party thereto and agrees to observe, perform and fulfill all the terms and conditions of the Agreement to the same extent as if it had been originally named as a party thereto.

6.    Except as hereinabove modified and amended, and as so modified and amended, the Agreement is hereby ratified and confirmed in all respects, and shall be binding upon the parties hereto and their respective successors and assigns.

EXH #10

7.    This letter agreement may not be changed, modified or cancelled orally. This letter agreement may be executed in counterparts; a facsimile or PDF signature shall be as valid as the original.

Very truly yours,

INTERNATIONAL MEDIA FILMS, INC.

Alfredo Leone, CEO

**ABOVE AGREED TO AND ACCEPTED:**

**E1 ENTERTAINMENT U.S. LP**
**By: E1 Entertainment GP LLC (General Partner)**

By: _____
Name:  Michael Rosenberg
Title:   President

**KOCH LORBER FILMS LP**

By: _____
Name:  Michael Rosenberg
Title:   President

**INTERNATIONAL CLASSIC FILMS, LLC**

By: _____
Name:  Kathleen Ferraro
Title:   Owner

2

EX "M" - 11

EXHIBIT N

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

Month  OCT 2 9 2001  Year

**RECEIVED**

NOV 1 1 2001

Volume __3475__  Page __728__

**DOCUMENT SECTION**

Volume _____  Page _____

DO NOT WRITE ABOVE THIS LINE.

To the Register of Copyrights:
Please record the accompanying original document or copy thereof.

REMITTANCE _____

FUNDS RECEIVED _____

**1** NAME OF THE PARTY OR PARTIES TO THE DOCUMENT, AS THEY APPEAR IN THE DOCUMENT.

Party 1: CINESTAMPA INTERNAZIONALE s.r.l.
Via Antonio Pogazzero 30
Rome, Italy

Party 2: INTERNATIONAL MEDIA FILMS
1740 Sahara Avenue
Las Vegas, Nevada 89126

**2** DESCRIPTION OF THE DOCUMENT:
☒ Transfer of Copyright      ☐ Termination of Transfer(s) [Section 304]      ☐ Transfer of Mask Works
☐ Security Interest          ☐ Shareware                                     ☐ Other
☐ Change of Name of Owner    ☐ Life, Identity, Death Statement [Section 302]

**3** TITLE(S) OF WORK(S), REGISTRATION NUMBER(S), AUTHOR(S), AND OTHER INFORMATION TO IDENTIFY WORK.

Title: LA DOLCE VITA    Registration Number _____    Author: FEDERICO FELLINI

Additional sheet(s) attached?
☐ yes
☒ no
If so, how many? _____

**4** ☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**5** Number of titles in Document    1

**6** Amount of fee enclosed or authorized to be charged to a Deposit Account _____

**7** Account number DA0 83518
Account name  Bernard C. Dietz, Esquire

**8** Date of execution and/or effective date of accompanying document:
(month)    (day)    (year)

**9** AFFIRMATION:* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.

Signature
10-15-01
Date

**10** CERTIFICATION:* Complete this certification if a photocopy of the original signed document is submitted in lieu of a document bearing the actual signature.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature  International Media Films
Duly Authorized Agent of
10-15-01
Date

MAIL RECORDATION TO:

Name  BERNARD C. DIETZ, ESQUIRE
Number/Street/Apartment Number  600 PENNSYLVANIA AVENUE, SE, SUITE 200
City/State/ZIP  WASHINGTON, DC 20003

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.

January 1993—50,000

IMF 000026

Ex "M"-1

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

RECEIVED

NOV 1 3 2001

DOCUMENT SECTION

OCT 2 9 2001
Month    Day    Year

Volume 3475    Page 728

Volume ___    Page ___

DO NOT WRITE ABOVE THIS LINE.

REMITTANCE _____

FUNDS RECEIVED _____

To the Register of Copyrights:
*Please record the accompanying original document or copy thereof.*

**1** NAME OF THE PARTY OR PARTIES TO THE DOCUMENT, AS THEY APPEAR IN THE DOCUMENT.

Party 1: CINESTAMPA INTERNAZIONALE s.r.l.
Via Antonio Fogazzaro 30
Rome, Italy

Party 2: INTERNATIONAL MEDIA FILMS
1740 Sahara Avenue
Las Vegas, Nevada 89126

**2** DESCRIPTION OF THE DOCUMENT
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☐ Other _____

**3** TITLE(S) OF WORK(S), REGISTRATION NUMBER(S), AUTHOR(S), AND OTHER INFORMATION TO IDENTIFY WORK.

Title  LA DOLCE VITA    Registration Number ____    Author FEDERICO FELLINI

Additional sheet(s) attached?
☐ yes
☒ no
If so, how many? ____

**4** ☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**5** Number of titles in Document: 1

**6** Amount of fee enclosed or authorized to be charged to a Deposit Account ____

**7** Account number DA0 83518
Account name Bernard C. Dietz, Esquire.

**8** Date of execution and/or effective date of accompanying document (month) (day) (year)

**9** AFFIRMATION* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.

_Signature_
10-15-01
Date

**10** CERTIFICATION: *Complete this certification if a photocopy of the original signed document is submitted in lieu of a document bearing the actual signature.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

_Signature_
Internarona de Media Films
Duly Authorized Agent of
10-15-01
Date

MAIL RECORDATION TO:

Name ▼
BERNARD C. DIETZ, ESQUIRE

Number/Street/Apartment Number ▼

YOU MUST:
• Complete all necessary spaces
• Sign your cover sheet in space 9

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Two copies of the Document Cover Sheet

The Copyright Office has the authority to not ___

IMF 000027

EX "M" - 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-222-980

EFFECTIVE DATE OF REGISTRATION

*12-26-03*
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**a  TITLE:**

LA DOLCE VITA

English translation:

THE SWEET LIFE

**b  DESCRIPTION OF THE WORK: (Check one or more)**

- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☑ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**a  AUTHOR(S):**
Name: Federico Fellini

Citizenship (when work was created): Italy
Domicile (when work was created): Italy
Date of death: October 31, 1993

**b  Name:**

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**YEAR AND NATION OF PUBLICATION:** (If work was published, give the year and nation in which it was first published.)
Year: 1960

Nation: Italy

**a  OWNER(S) OF U.S. COPYRIGHT:**
Name: International Media Films, Inc.

Address:
310 East 44th Street. Suite 1023
New York, New York 10017

**b  Means by which copyright ownership was transferred**
(if owner is not the author):

By Assignment of all U.S. Rights

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
*Dec. 26. 2002*

DEPOSIT RECEIVED
*Dec 26. 2002*

FUNDS RECEIVED

EX "N" -3

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
   Yes

FORM GATT

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration:
(see instructions)

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                                                           Account Number ▼

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☐ Same as space 4a.
   Alfredo Leone                                                                  ☐ Same as space 9.
   International Media Films, Inc.
   310 East 44th Street, Suite 1023
   New York, New York 10017

Area or country code and telephone number ▶ 646.658.0143          Email ▶ aleone@nyc.rr.com          Fax number ▶ 646.658.0143

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one )
   ☐ Author
   ☑ Owner of U. S. copyright
   ☐ Agent of _____
                              (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name: Alfredo Leone.

☞ Handwritten signature (X) ▼                                      Date: DECEMBER 18, 2002

*Alfredo Leone*

Certificate
will be
mailed in a
window
envelope to
this
address:

Name ▼
Alfredo Leone
Number/Street/Apt ▼
International Media Films, Inc., 310 East 44th Street, Suite 1023
City/State/ZIP/Nation ▼
New York, New York 10017

• Complete all necessary spaces
• Sign your application in space 8

1. Application form  2. Nonrefundable
$30 filing fee in check or money order
payable to Register of Copyrights
3. Deposit

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev: June 2002    ♲ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Ex "N" - 4

EXHIBIT O



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dolce vita
Search Results: Displaying 1 of 1 entries



Click here to return to the previous screen

*La dolce vita & 7 other titles.*

| | |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V3607D546 |
| **Date of Recordation:** | 2011-08-22 |
| **Entire Copyright Document:** | V3607 D546 P1-2 |
| **Date of Execution:** | 28Apr11 |
| **Title:** | La dolce vita & 7 other titles. |
| **Notes:** | Assignment. |
| **Party 1:** | International Media Films, Inc. |
| **Party 2:** | International Classic Films, LLC. |
| **Links:** | List of Titles |
| **Names:** | International Media Films, Inc. |
| | International Classic Films, LLC. |



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    *Titles*    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

EX "O"-1

EXHIBIT "P"

16.MAG.2012 10:57 0678359668                           #1091 P.003 /007

| Confédération Suisse | Service de l'état civil |
| Schweizerische Eidgenossenschaft | Zivilstandswesen |
| Confederazione Svizzera | Servizio dello stato civile |
| Swiss Confederation | Civil Status Office |
| Confederación Helvética | Servicio del estado civil |
| | 2.80 |

"EXHP"

(CIEC)
er (CIEC)
(CIEC)
(ICCS)
ción (CIEC)

| 5-3 | | ... / Morte / Death / Defunción | | | | |
|---|---|---|---|---|---|---|
| 9-9 | Date du décès<br>Todesdatum<br>Data della morte<br>Date of death<br>Fecha de la defunción | 14.06.1992 | | | | |
| 2-6 | Lieu du décès<br>Todesort<br>Luogo di morte<br>Place of death<br>Lugar de la defunción | Zollikon ZH | | | | |
| **Personne décédée / Verstorbene Person / Defunta/defunto / Deceased / Difunta/difunto** | | | | | | |
| 7-6 | Nom du défunt<br>Name des Verstorbenen<br>Cognome del defunto<br>Name of deceased<br>Apellidos del difunto | Hügi | | | | |
| 8-6 | Prénoms du défunt<br>Vornamen des Verstorbenen<br>Nomi del defunto<br>Forenames of deceased<br>Nombre propio del difunto | Bruno | | 3-4 | Sexe<br>Geschlecht<br>Sesso<br>Sex<br>Sexo | M |
| 9-7 | Date de naissance<br>Geburtsdatum<br>Data di nascita<br>Date of birth<br>Fecha de nacimiento | 25.01.1903 | | | | |
| 2-4 | Lieu de naissance<br>Geburtsort<br>Luogo di nascita<br>Place of birth<br>Lugar de nacimiento | -/- | | | | |
| **Dernier conjoint / Letzter Ehegatte / Ultimo coniuge / Last spouse / Último cónyuge** | | | | | | |
| 7-5-3-1 | Nom du dernier conjoint du défunt<br>Name des letzten Ehegatten des Verstorbenen<br>Cognome dell'ultimo coniuge del defunto<br>Name of last spouse of deceased<br>Apellidos del último cónyuge del difunto | Hügi | | | | |
| 8-5-3-1 | Prénoms du dernier conjoint du défunt<br>Vornamen des letzten Ehegatten des Verstorbenen<br>Nomi dell'ultimo coniuge del defunto<br>Forenames of deceased's last spouse<br>Nombre propio del último cónyuge del difunto | Rosa-Lina | | | | |

| Lieu, date, nom, fonction<br>Ort, Datum, Name, Funktion<br>Luogo, data, cognome, funzione<br>Place, date, name, function<br>Lugar, fecha, apellidos, función | Page, sceau<br>Seite, Amtsstempel<br>Pagina, bollo<br>Page, office stamp<br>Páginación, sello | Signature<br>Unterschrift<br>Firma<br>Signature<br>Firma |
|---|---|---|
| Zollikon ZH, 03.05.2012<br>Nadja Kamer, Zivilstandsbeamtin | |  |

EX'P'-1

2.80

Extrait de l'acte de décès (CIEC)
Auszug aus dem Todesregister (CIEC)
Estratto dell'atto di morte (CIEC)
Extract from record of death (ICCS)
Certificación en extracto de defunción (CIEC)

| 3-2 | | Mère / Mutter / Madre / Mother / Madre | |
|---|---|---|---|
| 7-2 | Nom de la mère<br>Name der Mutter<br>Cognome della madre<br>Name of mother<br>Apellidos de la madre | Hügi | |
| 8-2 | Prénoms de la mère<br>Vornamen der Mutter<br>Nomi della madre<br>Forenames of mother<br>Nombre propio de la madre | Lina | |
| 3-1 | | Père / Vater / Padre / Father / Padre | |
| 7-1 | Nom du père<br>Name des Vaters<br>Cognome del padre<br>Name of father<br>Apellidos del padre | Hügi | |
| 8-1 | Prénoms du père<br>Vornamen des Vaters<br>Nomi del padre<br>Forenames of father<br>Nombre propio del padre | Arnold | |
| 1-9 | | Autres énonciations de l'acte / Andere Angaben aus dem Eintrag /<br>Altre enunciazioni dell'atto / Other particulars from the record /<br>Otros datos del acta | |
| | Nom de célibataire du défunt<br>Ledigname des Verstorbenen<br>Cognome da celibe del defunto<br>Maiden name of the deceased when<br>single<br>Nombre de soltero del difunto | Hügi | |
| | Autres noms du défunt<br>Andere Namen des Verstorbenen<br>Altri nomi del defunto<br>Other names of the deceased<br>Otros apellidos del difunto | -/- | |
| | Lieu d'origine du défunt<br>Heimatort des Verstorbenen<br>Luogo d'attinenza del defunto<br>Place of origin of the deceased<br>Lugar de origen del difunto | Niederbipp BE | |
| | Nationalité du défunt<br>Staatsangehörigkeit des Verstorbenen<br>Cittadinanza del defunto<br>Nationality of the deceased<br>Nacionalidad del difunto | Schweiz | |
| | Heure du décès<br>Todeszeit<br>Ora della morte<br>Time of death<br>Hora de la muerte | 06:15 | |

Lieu, date, nom, fonction
Ort, Datum, Name, Funktion
Luogo, data, cognome, funzione
Place, date, name, function
Lugar, fecha, apellidos, función

Page, sceau
Seite, Amtsstempel
Pagina, bollo
Page, office stamp
Paginación, sello

Signature
Unterschrift
Firma
Signature
Firma



Zollikon ZH, 03.05.2012
Nadja Kamer, Zivilstandsbeamtin

EX "B"-2

**EXHIBIT "Q"**

# FISH & RICHARDSON P.C.

Citigroup Center
153 East 53rd Street,
52nd Floor
New York, New York
10022-4611

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

***VIA FEDERAL EXPRESS***

August 6, 2007

David Halberstadter, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067

Re:          *La Dolce Vita*
Our Ref.:    21180-010001

Dear Mr. Halberstadter,

We write in response to your letter dated May 31, 2007 (the "Letter") regarding the motion picture *La Dolce Vita* (the "Picture").

As a preliminary matter, we note that Paramount's professed assumption that IMF "had conceded Paramount's ownership of the Picture and had withdrawn its claim", as alleged in the Letter, is outlandish, considering IMF's conspicuous and continuing distribution of the Picture (via its distributor Koch Lorber Films) prior to and after January 2005, throughout North America. It seems to us that Paramount's inactivity in either exercising or policing its supposed rights is more consistent with a recognition of the precarious nature of Paramount's claim of ownership rights in the Picture.

Turning to the substantive issues at the heart of this matter, there are several deficiencies in Paramount's chain of title which are fatal to Paramount's claim of ownership of the Picture.

Paramount's stated position is that the "fatal flaw" in IMF's chain of title is that at the time that Cinemat S.A. ("Cinemat") transferred rights in the Picture to Hor, it no longer owned those rights, having long ago transferred its rights to the company in Paramount's direct chain of title.

As set forth in more detail below, the transfer of the Picture from Cinemat to Astor Pictures International, Inc. ("Astor") is the "fatal flaw" in Paramount's chain of title for the simple reason that Cinemat did not yet own rights in the Picture when it executed the transfer of the Picture to Astor.

EXH Q- 1

FISH & RICHARDSON P.C.

David Halberstadter, Esq.
August 6, 2007
Page 2

As evidenced by the agreement between Astor and Cinemat, which was referenced in the Letter and attached thereto (the "Astor Agreement"), and which Paramount evidently relies on today as the basis of its ownership of the Picture, the transfer of the Picture from Cinemat to Astor was executed on January 8, 1962.

As is demonstrated by the deed of sale filed with the Italian Society of Authors and Publishers (the "SIAE"), Riama Film S.P.A. ("Riama") sold to Cinemat all rights in the Picture for a territory comprising the world (with the exception of Italy, France, Belgium, Luxembourg, and the former French territories), on March 9, 1962. Such deed of sale was recorded with the Records Office in Rome on March 24, 1962 and with the SIAE on March 27, 1962.

Noting the March 9, 1962 date of transfer to Cinemat, it appears obvious that the January 8, 1962 date of transfer from Cinemat to Astor was, on its face, invalid as it occurred two months prior to Cinemat's ownership of rights in the Picture. Indeed, Cinemat could not have transferred what it did not own.

Our review of the Astor Agreement itself is instructive because it raises further significant flaws in the claim that rights in the Picture were acquired by Paramount.

*First*, the exhibit stamp on the front page of the Astor Agreement indicates that it was utilized as an exhibit in a New York Supreme Court litigation on June 18, 1963. Accordingly, it appears clear that the validity of the Astor Agreement was at that time under scrutiny and/or more likely, that there was a breach of the terms of the Astor Agreement by one or both party(ies). No information has been provided to us that would indicate the Astor Agreement was deemed valid by the Court, and/or that the parties continued to treat the Astor Agreement as valid, and/or that the rights granted pursuant to the Astor Agreement continued to be in full force and effect.

*Second*, placement of the paragraph above the first Whereas clause on the first page of the document (which is where the Astor Agreement technically starts), that commences with the words "However, Purchaser…" and ends with … "Purchaser or International".)", evidences that at some point, the document was modified at a date subsequent to full execution, perhaps in connection with the litigation noted above. In any event, the addition of the words "'Purchaser or "International'.)" appear to be misplaced on the document, and look as if they are a continuation of text from a prior page that was not provided to us.

Moreover, the language of this oddly placed paragraph indicates, as it refers to "the breaches of Paragraph 3…5..or 6…" and the "unpaid balance of the purchase price", that the payment terms of the Astor Agreement had been breached at one

Paramount Pictures 8.6.07

EXH Q-2

FISH & RICHARDSON P.C.

David Halberstadter, Esq.
August 6, 2007
Page 3

time or another by Astor and as a result, Astor may not have acquired all or any of the rights in the Picture.

Indeed, Astor's failure to make timely payments was detrimental to the rights granted to it, based on the language of paragraph 5 in the Astor Agreement which provides:

> 5.  It is agreed that <u>until the completion of all payments required to be made by the Purchaser</u> [Astor] <u>to the Seller</u> [Cinemat] in accordance with Paragraph 3 herein:
>
> a) Purchaser will not authorize or permit the exhibition, distribution or exploitation of the Film or any of the rights and properties sold herein, by any means of television, or by any other means other than in motion picture theatres in the Film's present form:
>
> b) <u>All copyrights to the Film and registrations if and where existing thereof shall remain in the name of the Producers and/or the Seller</u> [Cinemat]...[1] (emphasis added)

Further, paragraph 7 provides:

> ... in the event the <u>Purchaser defaults in the making of any of the payments</u> referred to in Paragraph 3 above and such default continues for a period of thirty (30) days:
>
> a) seller may sue for performance and damages for delay, or
>
> b) in lieu of such suit... Seller may forego subsequent performance and at its option, either claim damages for non-performance or withdraw from the contract.
>
> If Seller withdraws from the Contract:
>
> a) <u>Purchaser shall be deemed divested of all ownership and rights of every name and nature in and to the Film and the rights of exploitation thereof; and any ownership or right which may have been granted or vested in the Purchaser pursuant to this Agreement shall automatically revert to the Seller</u> ... (emphasis added)

---

[1] We acknowledge the assignment of copyright dated July 25, 1962 executed by Cinemat, however, as this predates the June 18, 1963 litigation (and was apparently held in escrow), such assignment could have "automatically revert[ed] " to Cinemat pursuant to paragraph 7 of the Astor Agreement due to Astor's subsequent failure to make timely payments to Cinemat. Yet another reason that Paramount lacks any rights in the Picture is that Astor's apparent failure to compensate Cinemat terminated any rights granted to Astor pursuant to the terms of the Astor Agreement.

Paramount Pictures 8.6.07

EXH Q-3

FISH & RICHARDSON P.C.

David Halberstadter, Esq.
August 6, 2007
Page 4

Accordingly, with absolutely no confirmation that Astor did timely fulfill its payment obligations, and no information regarding the litigation surrounding the Astor Agreement, we cannot acknowledge the validity of Paramount's claims of ownership in the Picture.

*Third*, the duplicate signature pages dated January 8, 1962 which depict different signatures, one of which is initialed on the bottom left corner (presumably by one of the party's attorney), and one of which is not, leads to the conclusion that the documentation provided to us is not authentic.  We have been informed by IMF's foreign counsel (who reviewed the Letter as well as the supporting documentation provided therewith), that because the Astor Agreement is not initialed on each page, but is only initialed on the last page, validity as to the 'un-initialed' pages is questionable, and in fact, may be disclaimed entirely, because any modifications made to such un-initialed pages could go unnoticed. As noted above, it appears that at least the first page of the document has been modified.

Accordingly, we hereby request on IMF's behalf, that Paramount provide IMF with any and all documentation in its possession relating to the Picture, including, without limitation, its complete chain of title to the Picture, within the next two weeks.

IMF stands firm in its position that it owns all rights in the Picture in all the territories noted above and hereby requests that Paramount immediately cease from interfering with those rights.

This letter is not intended to constitute an exhaustive statement of IMF's legal positions nor is it intended as a waiver of any of its rights and/or remedies in this or any other matter, all of which are hereby reserved.

Very truly yours,

Peter Fields

cc:    Mark Fischer, Esq.
       Anthony Fletcher, Esq.
       Kristen McCallion, Esq.

Paramount Pictures 8.6.07