# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 11-09112 SJO (AJWx)   **DATE:** May 21, 2013

**TITLE:** Paramount Pictures Corporation et al v. International Media Films Inc

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                     Not Present
Courtroom Clerk                      Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                          Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court finds this matter suitable for disposition without oral argument and **vacates** the hearing re **MOTION for Partial Summary Judgment as to The Complaint filed by Plaintiffs Melange Pictures LLC, Paramount Pictures Corporation [54]**, set for June 3, 2013. See Fed. R. Civ. P. 78(b).