JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and MELANGE PICTURES LLC, a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>INTERNATIONAL MEDIA FILMS, INC., a Nevada corporation,<br><br>　　　　Defendant. | CASE NO.: CV11-09112-SJO (AJWx)<br><br>**DEFAULT JUDGMENT BY COURT** |

The Court has reviewed the Application for Entry of Default Judgment By Court filed by Plaintiffs Paramount Pictures Corporation and Melange Pictures LLC ("Plaintiffs"), the evidence supporting the Application, and the Court's own files and records in this action. Based on the foregoing, and for the reasons stated in the Court's Order Granting Plaintiffs' Motion for Default Judgment, issued concurrently with this Order,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1

CASE NO. CV11-09112-SJO (AJWx)

**Judicial Determinations**

1. Defendant International Media Films, Inc. ("IMF") does not own, and at no time has owned, the United States copyright in the film *La Dolce Vita* (the "Film").

2. Plaintiffs exclusively own, and at all relevant times have exclusively owned, the United States copyright in the Film.

3. IMF has contributorily infringed upon Plaintiffs' United States copyright in Film.

**Permanent Injunction**

4. IMF and its agents, employees, officers and all persons in active concert and participation with IMF are permanently enjoined from infringing upon Plaintiffs' exclusive rights of United States copyright in the Film including, without limitation:

   a. By reproducing or authorizing others to reproduce the Film in copies;

   b. By preparing or authorizing others to prepare derivative works based upon the Film;

   c. By distributing or authorizing others to distribute copies of the Film to the public by sale or other transfer of ownership, or by rental, lease, or lending;

   d. By performing or authorizing others to perform the Film publicly;

   e. By displaying or authorizing others to display the Film publicly; and

   f. By exploiting or authorizing others to exploit the Film in any other manner.

5. IMF and its agents, employees, officers and all persons in active concert and participation with IMF are further permanently enjoined from claiming or representing to others that IMF owns any rights of United States copyright in the Film including, without limitation, on IMF's Internet website.

**Monetary Judgment**

6. Plaintiffs shall recover damages from and against IMF the principal amount of $474,555.70.

7. Plaintiffs shall also recover from and against IMF attorney's fees in the amount of $411,322.30 and costs in the amount of $13,599.40.

8. Plaintiffs shall also recover from and against IMF post-judgment interest pursuant to 28 U.S.C. §1961(a) on the foregoing amounts, which total $899,477.40, from the date of entry of the Judgment until this amount has been paid in full.

Dated:  February 18, 2015

*S. James Otero*

United States District Judge